1   ALEXANDER G. CALFO (SBN 152891)
      ACalfo@yukelaw.com
2   KELLEY S. OLAH (SBN 245180)
      KOlah@yukelaw.com
3   GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      ganderson-thompson@yukelaw.com
4   YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
5   Los Angeles, CA 90071-1560
    Telephone: (213) 362-7777
6   Facsimile: (213) 362-7788

7   Attorneys for Defendants
    JOHNSON & JOHNSON, JANSSEN
8   RESEARCH & DEVELOPMENT, LLC
    (formerly known as Johnson & Johnson
9   Pharmaceutical Research & Development,
    LLC), and JANSSEN
10  PHARMACEUTICALS, INC. (formerly
    known as and Ortho-McNeil
11  Pharmaceutical, Inc.)

```
FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

12              **UNITED STATES DISTRICT COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15  CLEO FLAUTA, STEVE COBBLE,          CASE NO. **CV12-9095**-PSG
    AL NOROOZ, DANIEL STREEPICE,                                   (AGR)
16  FRANK DICKERSON, JACQUELINE        **NOTICE OF REMOVAL OF**
    ENGLE, LAWRENCE ST: CIN;           **ACTION UNDER 28 U.S.C.**
17  DEBORAH HILDEBRANDT,               **SECTION 1441(b) (DIVERSITY)**
    DIANNA MOORE, KENNETH
18  MOORE, JANYA SAMPLE, BILLY         JURY TRIAL DEMANDED
    JOE SUTTON, PAMELA DENNISON,
19  DARRELL GRIGGS, SUSAN PRICE,
    RACHAEL SPEIR, ROSETTA
20  COLEMAN, YOLANDA
    ALVARADO, DAVID ANDERSON,
21  MICHAEL ANDERSON, JOHNETTA
    ATEMAN, LONNIE BANDY,
22  CHARLEY BARRON, DANNY BESS,
    WANDA BLUCHER., GARY BOYD,
23  LINDA BRADBERRY, PATTI
    BRISTER, RALPH BURTS,
24  CAROLYN CALLAHAN, SANDRA'
    ·CAPRARO, ANNIE CARTER,
25  MELODY CRESSLER, ROGER
    DAMNITZ, BERNITA DARLING,
26  LINDA DAVIS, LARRY
    DAWSONJENNWER FURLS,
27  DAISEY FORD, BARBARA FREY
    CARLOS GARCIA, JANICE
28  GLACKIN, CHRISTINE GREGORY,

831271.1 / 25-373
CH01/ 26040704.1

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

1  BARBARA HAMILTON,
2  BERNADINE HAMILTON, MARY
   HANDELAND, ROBERT
3  HANRAHAN, ROBERT
   HERSHFELT, CLAUDINE HILL-
4  AYIND, VICTORIA. JOHNSON,
   SIMONE LAGESSIE, NANCY
5  LATINOVICH, VICTOR LAWSON,
   GARLETTE LEWIS-SEIFER, KELLI
6  LONGACRE, ALPHONSO LYONS,
   SANDRA MARTIN-CLAYTON,
7  DANIEL MCCARTNER, GEORGIA
   MCCUAN, CHRISSIE MCINTOSH,
8  SHIRLEY MCNER, PEGGY
   MELLEIN, ARTHUR MILLER,
9  RUSTY MILLER, MAUREEN
   MITCHELL, RONALD MOORE,
10 THOMAS MOSTETER, CLIVE
   NORTON, LINDA O'BANION,
11 EDWIN PAGAN, VELMA PEDEN,
   KATHLEEN PHILLIPS, LAURINDA
12 PYE, TIFFANY RAY, LORETTA
   RICHARDSON, NETTIE ROBEY,
13 SHEIREE ROCQUEMORE, JAMES
   ROONEY, BESSIE ROSSIANO,
14 EDWARD SARNEY, JAMES
   SAWYER, ROBERT SMITH,
15 MICHAEL ADAMS, MAGALENE
   BAILEY, DENNIS BARKWAY,
16 MARILYN BRADFORD, KAREN
   BRADLEY, NEIL BRONSTEIN,
17 JAMES JESSE BRROKS, ANNIE
   BROWN, JAMES BRUGETTE,
18 MELISSA CAMPBELL, ALFRED
   CARNAHAN, JANET LYNN
19 CRAWFORD, MARTHA JANE
   CUSTER, LOIS DWYER, STEVEN
20 FARROW, RICKY FOXWORTH,
   JOANN GEER, SHIRLEY
21 GOLDSTEIN, SHARON HAMILTON,
   KAREN HARVERY, ROBERT
22 HASTINGS, ALICIA HERNANDEZ,
   PHIL HINSON, LOIS HOWARD,
23 CAROL HOWARD-LEASURE,
   WILEY JAMES, MYRON JORDAN,
24 FRANCES KAPLAN, WILLIAM
   KRAMER, LUCILLE LAWHON,
25 EDWIN LAWTON, MICHAEL
   LEAGUE, LINDA LEFFEW,
26 BRENDA LEGE, MICHELE LOGAN,
   BERNARD MAHAN, SHERI
27 MALAR, SHIRLEY ANN MAUNEY,
   LISA MITCHELL, ROSA IRENE
28 MOOR, KALMAN PARKER,
   JOHNNY REED, DANNY ROBERTS,

831271.1 / 25-373
CH01/ 26040704.1

2

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  IRENE RODRIGUEZ, FAITH
2  SCHROEDER, MICHELLE SMITH,
   WILSON SPURLIN, BOBIE ST.
   CHRISTOPHER, NANCY
3  STAFFORD, BEVERLY STEPHENS,
   VIRGIL TAYLOR, LORETTA
4  TEALER, MARCENIA THOMAS,
   JAMES ULIK, BILLY WALKER,
5  NANCY WARE, KAREN WELLS,
   KAREN YOUNG, BEVERLY ZECH,
6  LESTER APPELL, FANNIE BAKER,
   MADELYNE BERRY-DAHM, GREG
7  BIRKLAND, ALICE BREWER,
   RALPH BROWN, EDWARD CHAIT,
8  LARRY COLEMAN, RALPH
   CONSTANTINEAU, PAUL
9  DAUSMAN, DEBBIE DIBIANCE,
   LYNN ERKMANN, CLARA
10 GARCIA, EVON GARRETT,
   CRISTEN CIANNESCHI, DAN
11 HARRIS, JEANNETTE HART,
   JENNIFER HOCHBERG, NORMA
12 HOUSER, TARENCE JENKINS,
   CRYSTAL KEMPFER, LINDA
13 KUHN, JERRY LONG, SYLVIA
   LOVE, DAVID MAAS, CELINE
14 MARSHALL, MARC MCNEESE,
   VERNA MCNEIL, HELEN MILLER,
15 BERNARD MOLLOY, STEPHEN
   MONTALBANO, GREGORY
16 MORRIS, KIMBERLY MOSS,
   THEODORA MURRELL, NASSIR
17 MATTHEW REHAND, MILDRED
   ROBINSON, ARNOLD SHARKAN,
18 PAMELA SHEPPARD, JOHN
   SIMON, HENRY SMITH JR., VERNA
19 SMITH, THOMAS STUKINS,
   DARRELL SULLIVAN
20 GWENDOLYN SYKES, MICHAEL
   TEAGUE, MARY JANE THOMPSON,
21 YOLANDA TORRES, SANDRA.
   WARREN, KAREN WATSON,
22 NORMA WEBB, MARGARET
   WEINAND, JENNIFER WHITE,
23 CARRIE WILLIAMS, KAREN
   WILLIAMS, SAMUEL WILSON,
24 VERNON WINZELER, TIMOTHY
   WOLFE, DEBRA WOLINSKY,
25 VELMA WYMAN, BELINDA
   YOUNG, DIANA ALLEN, DAVE
26 ARNOLD, ROGER BALES, LARA
   BATIE, TAMMY BAUER, SHIRLEY
27 BENDER, STEPHEN MICHAEL
   BENSON, TIMOTHY BRAZEAL,
28 KELLY BURNETTE, TERESA

831271.1 / 25-373
CH01/ 26040704.1

3

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  CASHEN, ANDREA CHAVEZ-
   OCHOA, CANDACE CLOWARD-
2  DOUGLAS, RACHEL COLOMBO,
   MARY COSTA, THERESA DESOTO,
3  NIKOLAI DEZMURA, MATILDE
   DIAZ-SILVA, MALCOME ENGER,
4  HENRY ESTRADA, BRIAN
   FILSINGER, KATIA FLEURY,
5  RONNIE GARCIA, JOHN GARZA,
   CHARLOTTE GRAVITO, CAROL
6  HASTINGS, ROBERT HERNANDEZ,
   LISA HOFFMAN, MONICA
7  HOLLAND, LAVERNE HOUSE,
   KATHRYN INGRAM, ANN MARIE
8  JONES, LOIS JOHNSON,
   HITHAYARANI KANDAVELU,
9  FOTINA KATSOUDAS, HOAWRD
   KRINICK, NINA LAWSON, JAMES
10 LESLIE, SANDRA MAHMOODI,
   JEAN MCCORMICK, ROBERT
11 MICHEL, PAMELA MOQUIN,
   TRACY LYNN MURAD, WALTER
12 OSBOURN III, BONNIE PARKER,
   ELLIS PENDERGRAFT, STEPHEN
13 PROCK, DEBRA O'SHA.NE, JUDIE
   ANN QUIJANO, GORDON
14 ROBERTS, ALEXANDRIA ROSES,
   LAWRENCE SCHNEIDER, RUBY
15 STOLZE, DEBORAH THOMAS,
   ARVID TOMILLA, NOELLE
16 GARDNER VAHDAT, MICHAEL
   WOOLMAN, WILLIAM BEAVER,
17 FRANZE BEISERT, SUSAN
   BETHEL, RHONDA BRALLEY,
18 LLOYD BRYANT, GARY BUHROW,
   MELANIE CAMPBELL, KIRK
19 CARTER, ROGER CLARK, SHIRLEY
   CREELEY, YVONNE DAY, MOZIZ
20 DEWALT, BERNADETTE DODSON,
   MICHAEL DOLYNUIK, PAUL
21 DUMPSON, VAUGHN EDWARDS,
   JEFFEREY FAIRBAIRN, MARY
22 FLOYD, LUCILLE FORD-BAILEY,
   RACHEL (MARIA) FREEMAN, VITA
23 FULLER, CURTIS GEE, KATIE
   GERARD, KRISTI GUTKNECHT,
24 .PAULA HALES, PAUL HARRIS,
   DOROTHY HARRIS, ROGER
25 HIGGINS, TONY HOWELL,
   PATRICIA JOHNSON, RICHARD
26 JOY, SUSHILA KHANNA, CYNDI
   KLINE, GILBERT LENNETT, LORI
27 LINCOLN, FRANCES LUCAKS,
   PHILLIP MALLORY,. LISA
28 MASKEVICH, KELLY MCANDREW,

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

VERONICA MILLER, GERALDINE MOONEY, WILLIAM MURRELL, JENNIFER NASELARIS, ALICE FAYE NEWSOME, ARTHUR O'HARE, JOZALYN PALMER, LINDA PHILLIPS, NATAN ROZENFELD, ROBERT . SCHMITZ, GLORIA SCHWARTZ, MICHAEL SILVERMAN, SANDRA SMITH, JUDY STEPHENSON, RITA STONE, STEPHEN SWENSON, TERESA THOMPSON, RICK TRIPLETT, LAURA WEST, SANDRA WILKINS, CINDY WISMER, LEATRIS WOMACK JR., GARY YOUNG, WILLIAM AMMERMAN, BETTY ANDERSON, LEONARD ASHLEY, DAVID BRANSON, JACQUELINE BROUGHTON-RUCKER, LINDA BROWNING, VIRGINIA BYERS, CYNTHIA BYRD, JERRY CARTER, ALAN CASWELL, JOSEPH CONVERY, CYNTHIA COOPER, FRANK COSCO, NANCY CRAWFORD, J.W. DEBOARD, IRENE DESANTIS, LEO DESTEFANO, JAMES DUNN SR., GLORIA ESCOE, ROBERT FREEMAN, FREDERICK HAMMERSCHMIDT, SUSAN HANSON, DUSTIN HEITZ, TERRY HEMBY, JAN HILSON, MARY HUBBARD, CAROL HYATT, VIRGINIA JACKSON, VICTORIA JENNINGS, EVELYN JONES, SANDRA JUDD, CYNTHIA KIDD-STEWART, WANDA SUE KINCAID, JOHN JAMES KINNEY, NEVIN KIRK, HAROLD KRAVITZ, LEANN KURTZ, CARLOS LOPEZ, MARTHA LORD, BRODY LOZO, JANIS LUTKE, SUSAN MAGOON-PETIT, HOPE MALN ATI, DEBORAH MASON, JULIAN MCCAMY, DAVID MEADE, PATRICIA MEANY, JEAN ANN MILLER, SCOTT MILLER, ANNA MOCCALDI, HELEN MYERS, PATRICIA NEARY, PAMELA NELSON, ALICE NORRIS, ANA PEREIRA, TARA REYES, FRANK RIDLON, LUIS RODRIGUEZ, MILES SMASH, TIFFANY SPEARS, ROMMIE STALNAKER, SHARON STEORT, MARY JANE TAGLIERI, WILLIE TOMPKINS, MICHAEL

YUKEVICH CALFO & CAVANAUGH

355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

5

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

VIEIRA, ANNIE MAUDE WAGNER, KATHLEEN WALLS, JOANN WILCHER, LORETTA WILHELM, RICHARD WOODS, MICHAEL ABRAHAM, DIANNE ANDIS, CYNTHIA ANDREWS, JANACE BAILEY, NORMA BROOKS, LOIS BURGESS, TAMMY BURNETT, GILBERT CARRASCO, JOAN GASELLI-GROSS, CAROL LEE CHAPPELL, JOSEPH CLARK, LINDA CONOVALOFF, SUSAN WINIFRED DAVIS, JAMES DECKER, RONALD DELCAMP, ROBELIN DELEON, JR., WAYNE PAUL DONALDSON, NANCY EDWARDS, DONNA ERWIN, ELLEN FINLEY, AMNITA FLORES, GARY FOSTER, FREDERICK FREEH, ERNESTO FUSARELLI, ANNETTE GALVAN, GLORIA HAMILTON, MARLISSA HENDRIX, PAUL HILF, TAMECA JENKINS, KAREN JONES, LISA KLAPPENBACK, HERMAN KLINE, BARTON LACHAPPELLE, LINDA LAWLER, CYNTHIA LINDLEY, MICHAEL MALLICOAT, ISABEL MARTINEZ, RAUL MARTINEZ, VAROLYN MCGEE, CYNTHIA MENDEZ, TAWNYA MITCHELL, NICOLE MOORE, MICHAEL MURPHY, ALICE NASH, BAKULA PATEL, DUANE PATTERSON, CARL PAYTON, JEANETTE PESSOLANO, STEVEN PEZZINO, JOAN PICARONE, SHARON PICKARD, THERESA PRIMAVERA, JUDY SLATON, CHARLES SMITH, NANCY LOUISE SMITH, BRENDA STUKEY, JIMMIE TERREL, DOUGLAS WILLIAMS, HOLLY WITWORTH, JOSELITO YAMBAO, DONALD ABNER, JANET ALMOND, LUANN AVEN, PATRICIA BACHISN, JANE ANN BAKER, VICKI BLOMMEL, DAVID BOSWELL, LESLIE BROWN, KIMBERLY BURGE, PEGGY SUE BUSH, ALTON CARTER, BARBARA CASEY, ALICIA CUMMINS, DAVID DARST, STELLA LOUISE DEEDS, ANTHONY DEGIDIO, BRIAN DIETZ, GEORGE FESSLER, RHONDA GILKEY-TREVLEN,

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

6

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

LEONARD GOLDBERG, DORIS GORDON, JOANNE HALL, CHARLES HOBBS, DENNIS HOLCOMB, DONNA HOUSTON, DARLENE JANIS, RICK KIDWELL, SANDRA LOGAN, HEIDI LOWE, DONNA LUDWIG, SYLVIA MCELHANNON, RICHARD MOSTELLER, JOYCE ROTH, DIANE RUDE, MARY SACCO, MARY JO SAUERS, KERRI SECHMAN, GAYLAND SELBY, WARREN SHARPE, ELLEN SHUMWAY, FANCES SPENCE, CAROL STARBUCK, MELISSA TEDESHI, JACOB THOMPSON, SHIRLEY THOMPSON, MELVIN TIMBERLAKE, ROSEANNA VALENZANO, RICHARD WALDRON, JOHN WILSON, THOMAS YERIAN, JOSALYN BUCHANAN, KIMBERLY CLARK, JON HURLEY, DAVID MEDINA, DONALD MYERS, PATRICIA NEARY, DAVID NEIGHBORS, ANA PEREIRA, TARA REYES, LECIA SEAMAN, LIDA SHAFFER, EMILY SHELTON, RUTH VEGA, CAROL WILCOX, KERRY WILKES, JOY ATKINS, ANGENETTA BAILEY, JERRY BAILEY, ROBERT LEE BALL, BETTY BARKLEY, DEBORAH BENGE, RHONDA BOUDREAUX, CYNTHIA BURGETT, MICHAEL CARROLTHERS, RICKEY COOPER, MAXINE CROUCH, GARRY DAILEY, PEGGY DAVERSA, ROBERT DAVOLT, TOM DIEM, DONNA DUNCAN, SONJA FASSBENDER, REMY FERRER, BONNIE FOSTER, ROBERT GODWIN, KAYE GOODRICH, BARBARA GORDON-ABSTON, ANNIE HANNAH, ROBERT HARKINS, HOWARD HENDERSON, LAWRENCE HILT, MERLIN HULL, LORI JEAN IRWIN, GERALD JONES, EARL KENT, REX LECLERC, SHELIA LEON, MARION LEONARD, DONALD LIVENGOOD, ROXANNE LUCAS, DEBORAH LUCE, THOMAS MALONEY, BRUNA MATTIOLI, THOMAS MCCANT KATHY ANN MCCRORY,

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

7

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

YUKEVICH CALFO & CAVANAUGH

355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  ROBYN MOORE, WILLIE NELSON,
JACK PENROD, KATHY POWE,
2  DIANNE RANSOM, KENNETH
ROBERTS, CHESTINE SCOTT,
3  ANNIE SCHACKELFORD, ARDEN
JESS SMITH, WILLIAM SHORT,
4  RICHARD STOVER, CHARLENE
TAYLOR, WILLIAM THILMONT,
5  ALETHEA WATSON-AGEE,
KRISTY WAYLAND, SARA
6  WELBORN, VIVIAN WERNTZ,
LYNNE WETTIG, SELENA
7  WHEELER, FLORENE WHITE-
RAYMOND, LAWRENCE WILSON,
8  ELLSWORTH WRIGHT, MARY
ANN ANDERSON, CAROL
9  ANDREWS, DESIREE
BOLOGNONE, JUNE CONNOR,
10  THOMAS DARK, ANTHONY
DEFELICE, CHARLES DENNISON,
11  KAREN FIELDS, JENNY GRAVES,
CHRISTINE HAAR, CHARLES
12  HOOD, JENNIFER JARDINE,
ARTHUR LEBOFSKY, DIANE
13  LEWANDOWSKI, JACK
MCCGINNIS, DANIEL MEINERT,
14  HAROLD OKUN, PEGGY ROSS,
CAROLYN STINNETT, DIANA
15  SWENSON, ANTONIO TAYLOR,
NORMA THOMPSON, ODESSA
16  UNDERWOOD, BLAIR WEBB,
PAULA WELLS, JOSEPH
17  ATKINSON, JOSEPH DEMTY,
FANNY DIAZ, DENNIS DICKSON,
18  VIRGINIA DIETRICH, LISA DIXON,
LINDA DOMAN, MICHAEL
19  DONOFRIO, BENNY DYE, LOUISE
FINELY, SUE FINN, CHARLES FINN
20  III, DIANE FITZGERALD, JERRY
FLAKUS, NINA FLEISHER, SHELLY
21  FROMM, MARILYN GOLDBERG,
VAN GREENE, VIRGINIA
22  GREGORY, BARBARA
HELMINGER, VERONICA HELSBY,
23  JANICE HERRING, RAY HOLMES,
DENNIS HORN, GEORGIA IRWIN,
24  GLORIA JACKSON, ALICE
JOHNSON, PATRICIA JOHNSON,
25  GERALD KAMINER, LORETTA
KAUL, STEVEN KELLY, WANDA
26  KIZER, SHARI KRISBY, MARTIN
LALLI, DONNA LAROCHELLE,
27  RICHARD LAROSA SR, LUCILLE
LEECH, SUSAN LESOWITZ,
28  THERESA MASUCCI, DORA MATA,

831271.1 / 25-373
CH01/ 26040704.1

8

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

BETTY MCKINNIE, WILLIE
MCLEAN, JOSEPH MCNALLY,
MYRCA MONTREUIL, MARVIN
MOORE, JAMES NESTOR, NANCY
NIETO, CAROLYN ONDRUSEK,
ARELYS PEREZ, CHRISTOPHER
PORTER, LEE POWERS, EDWARD
PUSKAS, JOHN RATHGEB,
CAROLE RAY, CYNTHIA REEDY,
THEODORE REGAL, DEBRA
ROSENFELD, MARC RUBINSON,
EARNEST RUSSELL, HALLEH
SABET, LYNNE SACHSE, LEROY
SANFORD, MELODY SANSBURY,
JEANNETTE SANTORE, NANCY
SEIB, NORMAN SELF, ELIZABETH
SHEEDY, EMILIE SHRIVER,
KRISSY SLAWINSKI, RUTH
SLONE, CLIFTON SMITH, ELAINE
SNYDER, MICHAEL STOLICA,
PRISCILLA SWARTWOOD, FRANK
TABINO JR., LONNIE THOMAS,
JOSETTE THOMPSON, HOBY
UNKELBACH, MARK VALENTE,
ROSEMARY VANRIPER, CARROLL
WARD, JACQUELINE WHEELER,
MARGARET WHITE, GLORIA
WHITE, JOHN VINELLI, BRADLEY
ADDIS, JOHN ALTMAN, BILLIE
KAYE ALEXANDER, STEVEN
ALTEMEYER, BELA ANTAL,
HARRIET ANTHONY, JESSE
ARCHER, PRESTON ARNOLD,
VIKKI AVILA, PATSY JOAN
BAILEY, SCOTT BALLENGER,
HELEN BALTIMORE-MINNER,
CAROL BANJO, CHERIE
BARDEZBAIN, VINCE
BATTAGLIA, JAMES BERNEY,
PATRICE BETHEA, MARY BEIS,
CAROL BERMAN, MARK BESSEN,
BERNARD BINGHAM, TODD
BISHOP, TERETHA BONGALIS,
CHARLOTTE BOATMAN,
JACQUELYN BORMANN, PAUL
BRAUNGER, NANCY BREWER,
VIRGINIA BULLOCK-GREY, GINA
LOUISE BURNS, GUY BURNS,
JOHN CALVERT, JUDITH COHEN,
STACEY COLLINS, JOHN ARTHUR
COUILLARD, HARRY CUSHING,
LONNIE DEGG, CONNIE DESILVIS,
CHERYL DEWITT, BERNICE
DISCIANNO, LINDA DOERR,
ANTONION DORSEY, LUELLA

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

9

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  EDWARDS, ANITA EVANS,
ERNEST FALK, JOSEPH FELLER,
2  TERRY FLETCHER, LARRY
FOUNTAIN, JASON LEE
3  FRANKLIN, JAN GARRETT,
MARCIA GRACE, ELIZABETH
4  GRAVES, BETTY HARDEN,
TERESA HARRIMAN, HENRY
5  HOWES, LOUIS JONES, HELEN
KANE, JOHN KRAMER, DEBORAH
6  LARAIA, RAMONA LOWELL,
CAROL LUCKOW, ROGER MAY,
7  BRADLEY MCCOY, VIOLET
MCGEE, GARY MILLER,
8  MARSCHERE MILER, SHARON
MONTGOMERY, JOSEPHINE
9  MOURNING, JUDY MULLINS,
GERALDINE NEWBY, EUGENE
10  O'NEILL, ANTHONY PALMIERO,
DENNIS PARKER, CAROLYN
11  RICKER, JOE ROMERO, DEWEY
RUSS JR., FAITH SCHUPANITZ,
12  KEVIN SCOTT, NEIL SCROGGINS,
MARY SLAGLE, CHERYL SMITH,
13  CHARLOTTE SOBER, SUSAN
STONE, RODNEY THIELBAR,
14  GLENNY TIEPEL, DEREK TRAPP,
NICOLE TUCEK, MARY KAY
15  VISSER, MICHAEL ZIELINSKI,
GEORGINA ALVAREZ-GRESPO,
16  MICHAEL ALVERSON SR., DIANE
AXELROD, RODGER BAKER,
17  ARTHUR BAPTISTER, JOSE
BARRIENTOS, DOROTHY
18  BASARABA, FREDERICK
BENNETT, MIKE BENTLEY, JOAN
19  BERMAN, STEPHANIE BILDNER,
JEANNETTE BIMONTE, MICHAEL
20  BOARD, APRIL BOLOGNA,
CAROLYN BRANSCOMB, SYBIL
21  BRITT, RENDER BRITTON,
BEVERLY BROWN, DEBRA JEAN
22  BROWN, KAREN BROWN, ESTHER
BROWNE-KING, DARRY BROWN-
23  WAKEFIELD, DANA
BROWNWRIGHT, RHONDA FAYE
24  BRYANT, ROBERT BURGIO,
BRADEN BYRD, RICHARD
25  CADIEUX, SHARON CAMPBELL,
DANNY CARNELL, THEMLA
26  CARTER, SAPHINA CASEY, JOSE
CASTELLANOS, MYRON
27  CHESTNUT, HENRY CLAUSON,
DIANNE CLAWSON, JASON COOK,
28  JAMES COONEY, BETTY COOPER,

831271.1 / 25-373
CH01/ 26040704.1

10

1  WILLIAM CORDREY, ELAINE
   COUTURE, JUANITA COVINGTON-
2  BROWN, HOLLY CREEL, JULIAN
   CROSS, MARTIN CROWE, DENNIS
3  CUNNINGHAM, GWENDOLYN
   CUNNINGHAM, RICHARD
4  D'ALESSANDRO, PAULA
   DEFOREST, WILLIAM
5  DEJARNETTE, PAUL DEMARIA,
   SHERYL ELLIS-RICHARDSON,
6  ANDREA ESSARY, MAUREEN
   FLETCHER, JACKIE FLIPPO,
7  LARRY FLOYD, LORA GRAHAM,
   LIZ HAGGARD, JANIE HATHOOT,
8  CYNTHIA HENNECK, CHARLES
   HOLMAN, PATRICIA HOWARD,
9  HELEN JONES, TAMARA JONES,
   LINDA KANIA, VINCENT KELLY,
10 PEDRO LABARTA, ARCHIE LAIL,
   PATRICIA LANDRY, MARY
11 LAWTON, SAMUEL LUCAS,
   SHARON MALOFSKY, DAN
12 MCDOWELL, RICHARD MILSAK,
   LETA MITCHELL, CATHERINE
13 MULLEN, SUZANNE MURPHY,
   PAM MYERS, KEVIN SCOTT,
14 RENEE SHEPHERD, ALICE SHORE,
   PATSY SORRELLS, BARBARA
15 STRAUB, KELLY TAYLOR,
   ROWLAND TRAVIS, JAMES
16 WEILANDT, ROBERT
   WIERZBICKY, JULIE KAY ADAMS,
17 CARLOS ALVAREX, JAMES
   ANDERSON, GAYLE BALDWIN,
18 PAUL BARRETTE, LAURA BERRY,
   CHERYL BITTERS, ROBERT
19 BOSTIC, WERNER
   BRANDENBURG, TABITHA
20 BRUAH, CAROLYN BUCK,
   VERNON CAMERON, PAUL
21 CLIFTON JR., JENNIE CLINGEN,
   REGINA COLLURA, NORMA
22 CONWAY, PATRICIA COOK,
   REBECCA CRAWFORD, TERRY
23 CRESWELL, RENE DAVIS,
   CRYSTAL DOW, PATRICK EDNIE,
24 EDGAR AVANS, FRETTA FOEKS,
   RAMONA FOSHEE, RENAE
25 FURLONG, CLARENCE GARTIN,
   MARY JANE GAVIN, RYAN
26 GERHARDT, JESSICA GETSFRID,
   PAUL GIGUERE, VIRGINIA
27 GILMORE, DAVID GORDON,
   LORETTA GRAVES, JOHN
28 GRAYBILL, EVONNE HAAK, ANN

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  HAHN, BILLY HARDEE, VARNEY
2  HARMON, STEVEN HARRIS, KEITH
   HARVEY, DANIEL HOLMAN,
   WILLIAM HOLLY, TRACY HOOKS,
3  JANET HORSMAN, WILLIAM
   HUMPHREY, JOYCE ANN HYDE,
4  BRENDA JAEGER, DALLAS
   JOHNSON, JOUISE JURACKA,
5  SUZANNE KEUPER, RICH KING,
   LOUANN KOCHER, LARRY
6  KOLLMAR, JOHN MATHEWS,
   ROBERT MCLENNON, ERIKA
7  MIDKIFF, GLENN CASEY NORDIN
   JR., JANE OWENBY, TERRY
8  PATTERSON, ANTIONETTE
   POWERS, ANTONIO PURIFICATO,
9  DAVID REAVIS, ELIZABETH
   ROBERTSON, JOANN ROS,
10 KATHLEEN ANN RUSSO, ANN
   SADLER-GODWIN, TERESA
11 SCHANZER, VICKIT ANN
   SCHMITT, JANICE SCOTTI,
12 REBECCA SCRUGGS, ROBERT
   SHEFFER, LYNNE SHERLAND-
13 DUPUIS, JAMES SISTARE, PATSY
   SMITH, RICHARD SMITH, PHYLLIS
14 SONNIER, JAMES SPENCE,
   WLATER STEWART, JAMES
15 TAYLOR JR, JOYCE TERRY, ROY
   EUGENE URPMAN, RICKY
16 WAKELAND, RUDOLPH
   WEINHANDL, EARLEEN
17 WILLIAMS, REBECCA
   WINCHESTER,

18              Plaintiffs,

19     vs.

20 JOHNSON & JOHNSON, ORTHO-
   McNEIL PHARMACEUTICAL, INC.,
21 JOHNSON & JOHNSON
   PHARMACEUTICAL RESEARCH &
22 DEVELOPMENT, LLC,

23              Defendants.

24

25

26                **GROUNDS FOR OF REMOVAL**

27    Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc. (formerly

28 known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and incorrectly named as

831271.1 / 25-373
CH01/ 26040704.1

12

1  Ortho-McNeil Pharmaceutical, Inc.), and Janssen Research & Development, LLC

2  (formerly known as Johnson & Johnson Pharmaceutical Research & Development,

3  LLC and incorrectly named as Johnson & Johnson Pharmaceutical Research &

4  Development, LLC) (collectively, "Removing Defendants"), through undersigned

5  counsel, hereby remove the state-court action entitled *Cleo Flauta, et al. v. Johnson*

6  *& Johnson, et al.*, Civil Action No. BC492826, filed in the Superior Court of

7  California, County of Los Angeles. Removal is warranted under 28 U.S.C. §

8  1441(b) because this is a diversity action over which this Court has original

9  jurisdiction under 28 U.S.C. § 1332.

10  In support of removal, Removing Defendants state as follows:

11      1.      On or about October 3, 2012, the above captioned plaintiffs

12  commenced this action against Removing Defendants by filing a complaint in the

13  Superior Court of Los Angeles County, in the State of California, bearing case

14  number BC492826.

15      2.      Plaintiffs allege that they suffered tendon injuries as a result of using

16  the prescription medication Levaquin® (levofloxacin) manufactured and sold by

17  Removing Defendants. (*See* Amended Complaint, ¶¶ 2-6.)

18      3.      This is one of more than 1900 cases pending around the country

19  regarding Levaquin®. On June 13, 2008, the Judicial Panel on Multidistrict

20  Litigation created a multidistrict litigation ("MDL") proceeding for all claims

21  involving Levaquin®. That proceeding is pending in the United States District

22  Court for the District of Minnesota before the Honorable John R. Tunheim and has

23  been designated MDL No. 1943: *In re: Levaquin Products Liability Litigation.*

24      4.      Removing defendants intend to seek the transfer of this action to the

25  MDL proceeding, and will shortly provide the MDL Panel notice of this action

26  pursuant to the "tag-along" procedure contained in R.P.J.P.M.L. 7.1.

27      5.      As set forth more fully below, this case is properly removed to this

28  Court pursuant to 28 U.S.C. § 1441 because the Court has subject-matter

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1    jurisdiction over this action pursuant to 28 U.S.C. § 1332, and removing defendants

2    have satisfied the procedural requirements for removal.

3    **I.**    **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT-MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441.**

4

5

6    6.    This Court has subject-matter jurisdiction over plaintiffs' claims

7    pursuant to 28 U.S.C. §§ 1332 and 1441 because this is a civil action in which the

8    amount in controversy exceeds the sum of $75,000, exclusive of costs and interest,

9    and is between citizens of different States.

10    **A.**    **Complete Diversity Of Citizenship**

11    7.    Plaintiffs Yolanda Alvarado, Wanda Boucher, Linda Bradberry, Patti

12    Brister, Annie Bown, Melissa Campbell, Janet Lynne Crawford, Frances Kaplan,

13    William Kramer, Frances Cassola, Edward Chait, Ralph Constantineau, Debbie

14    DiBianca, Stephen Montalbano, Collette Fotiadis, Lisa Hoffman, Laverne House,

15    Ann Marie James, Fotini Katsoudas, Howard Krinick, Gilbert Lenett, Deborah

16    Benge, Charles Hood, Pedro Labarta, Gilbert Lenett, Carlos Lopez, Francis Lukacs,

17    Lisa Maskevich, Joseph McNally, Patricia Geraldine Mooney, Virgil William

18    Murrell, Stephanie Myers, Patricia Neary, Anthony Palmiero, Ana Pereira,

19    Jeannette, Pessolano, Steven Pezzino, Joan Picarone, Warren Sharpe, Ellen

20    Shurnway,  Roseanna Valenzano, Ruth Vega, Selena Wheeler, Florene White-

21    Raymond, Melissa Tedeschi, Mary Ann Verde, Pat Patel, Lena Schnetzinger ("New

22    Jersey Plaintiffs") are citizens of the State of New Jersey.  (*See* Amended

23    Complaint, ¶ 12.)

24    8.    Plaintiffs Kelli Longacre, Steven Altemeyer, Carol Andrew, Harriet

25    Anthony, Preston Arnold, Vikki Avila, Patsy Joan Bailey, Scott Ballenger, Helen

26    Baltimore-Minner, Carol Banjo, Cherie Bardezbain, Patrice Beathea, Mary Beis,

27    Carol Berman, Mark Bessen, Bernard Bingham, Todd Bishop, Henry Howes,

28

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

14

1   Carolyn McGee, Billie Kaye Alexander are citizens of the State of Missouri. (*Id.*
2   ¶ 13.)

3       9.      Plaintiffs Thomas Mosteter, Jerry Bailey, Betty Barkley, Jeannette
4   Bimonte, Maxine Crouch, Peggy Daversa, Sonja Fassbender, Remy Ferrer, Kaye
5   Goodrich, Annie Hannah, Howard Henderson, Jr., Earl Kent, Jr., Mary Lawton,
6   Roxane Lucas, Thomas McCants, Willie Nelson, Kathy Powe, Annie Shackelford,
7   Richard Stover, Alethea Watson-Agee, Kristy Wayland (Bobo), Thomas Dark,
8   Odessa Underwood are citizens of the State of Alabama. (*Id.* ¶ 14.)

9       10.     Plaintiffs Michael Adams, JoAnn Geer, Karen Harvey, Nancy Ware are
10  citizens of the State of Alaska. (*Id.* ¶ 15.)

11      11.     Plaintiffs Michael Alverson, Sr., Mary Ann Anderson, Carolyn
12  Branscomb, Dana Brown-Wright, Rhonda Faye Bryant, Braden Byrd, Danny
13  Camell, Andrea Essary, Jackie Flippo, Larry Floyd, Liz Haggard, Janie Hathoot,
14  Charles Holman, Helen Jones, Vincent Kelly, Archie Lail, Samuel Lucas, Dan
15  Charles McDowell, Richard Milsak, Leta Mitchell, Catherine Mullen, Pam Myers,
16  Renee Shepherd, Barbara Straub, Kelly M. Taylor, Holly Creel, Lora Graham, Patsy
17  Sorrells, Darryl Brown-Wakefield are citizens of the State of Arkansas. (*Id.* ¶ 16.)

18      12.     Plaintiffs Dave Arnold, Lara Batie, Tammy Bauer, Shirley Bender,
19  Teresa Caslien, Rachel Colombo, Theresa Desoto, Malcolm Enger, Katia Fleury,
20  John Garza, Robert Michel, Bonnie Parker, Ellis Pendergraft, Stephen Prock, Debra
21  O'Shane, Judie Ann Quijano, Alexandria Roses, Lawrence Schneider, Ruby Stolze,
22  Deborah Thomas, Arvid Tommila, William DeJarnette, Patricia Landry, Alice
23  Shore, James Weilandt are citizens of the State of Arizona. (*Id.* ¶ 17.)

24      13.     Plaintiffs Bernard Molloy, Diana Allen, Roger Bales, Stephen Michael
25  Benson, Timothy Brazeal, Kelly Burnette, Andrea Chavez-Ochoa, Candace
26  Cloward-Douglass, Mary Costa, Nikolai Dezmura, Matilda Diaz-Silva, Henry
27  Estrada, Brian Filsinger, Cleo Flauta, Ronnie Garcia, Charlotte Garavito, Robert
28  Hernandez, Monica Holland, Kathryn Ingram, Lois Johnson, Hityarani Kandavelu,

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  Nina Lawson, James Leslie, Sandra Mahmoodi, Jean McCormick, Pamela Moquin,
2  Tracy Lynn Murad, Walter Osbourn III, Gordon Roberts, Noelle Gardner-Vandat,
3  Michael Woolman, William Beaver, Franz Beisert, Susan Bethel, Melanie
4  Campbell, Kirk Carter, Yvonne Day, Michael Dolyniuk, Paul Dumpson, Jeffrey
5  Fairbaim, Lucille Ford-Bailey, Rachel (Maria) Freeman, Curtis Gee, Katie Gerard,
6  Steve Cobble, Sheryl Ellis-Richardson, Paul Harris, Rodger Higgins, Tony Howell,
7  Richard Joy, Sr., Cyndi Kline, Phillip Mallory, Kelly McAndrew, Al F. Norooz,
8  Arthur O'Hare, Jozalyn Palmer, Natan Rozenfeld, Robert Schmitz, Gloria Schwartz,
9  Michael Silverman, Sandra Smith, Romrnie L. Stalnaker, Daniel Striepeke, Stephen
10  Swenson, Teresa Thompson, Cindy Wismer, Leatris Womack, Jr., Joseph Clark,
11  Jack McGinnis, Gary Young, Judith Cohenare are citizens of the State of California.
12  (*Id.* ¶ 18.)
13      14.     Plaintiffs Diane Andis, Lois Burges, Susan Winifred Davis, Ronald
14  Delcarnp, Frederick Freh, Anete Galvan, Paul Hilf, Herman Kline, Bakula Patel,
15  Kevin Scot, Emily Shelton, Judy Slaton, Nancy Louise Smith are citizens of the
16  State of Colorado.  (*Id.* ¶ 19.)
17      15.     Plaintiffs Michael Board, Gwendolyn Cunningham, Richard Al.
18  D'Alessandro, Maureen Fletcher, Patricia Howard, Linda Kania, Sharon Malfsky,
19  Suzanne Murphy, Rowland Travis, Tamara Jones are citizens of the State of
20  Connecticut.  (*Id.* ¶ 20.)
21      16.     Plaintiffs Henry Smith, Jr., Georgina Alvarez-Grespo, Diane Axelrod,
22  Roger Baker, Arthur Baptister, Jose Barientos, Dorothy Basaraba, Frederic Benet,
23  Mike Bentley, Joan Berman, Stephanie Bildner, April Bologna, Sybil Brit, Render
24  Briton, Beverly Brown, Debra Jean Brown, Karen Brown, Esther Browne-King,
25  Robert Burgio, Richard Cadieux, Thelma Carter, Saphina Casey, Jose Castellanos,
26  Myron Chestnut, Henry E. Clauson, Dianne Clawson, Jason Cook, James Cooney,
27  Betty Cooper, William Cordrey, Elaine Couture, Juanita Covington-Brown, Julian
28  Cross, Martin Crowe, Dennis Cunningham, Paula DeForest, Paul DeMaria, Joseph

831271.1 / 25-373
CH01/ 26040704.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  Demty, Charles Dnnison, Fanny Diaz, Dennis Dickson, Virginia Dietrich, Lisa

2  Dixon, Linda Doman, Michael Donofrio, Benny Dye, Louise Finley, Sue Finn,

3  Charles Finn III, Diane Fitzgerald, Jerry Flakus, Nina Fleisher, Shelley Fromm,

4  Marilyn Goldberg, Van Greene, Virginia Gregory, Susan Hanson, Barbara

5  Helminger, Veronica Heisby, Janice Herring, Ray Holmes, Dennis Horn, George

6  Irwin, Gloria Jackson, Alice Johnson, Patricia Johnson, Jennifer Johnson, Gerald

7  Kaminer, Loretta Kaul, Steven Kelly, Wanda Kizer, Shari L. Krisby, Martin LaIli,

8  Donna LaRochelle, Richard LaRosa, Sr., Lucille Leech, Susan Lesowitz, Theresa

9  Masucci, Dora Mata, Betty MeKinnie, Willie McLean, Myrca Montreuil, Maryn

10  Moore, James Nestor, Nancy Nieto, Carolyn Ondrusek, Arelys Perez, Christopher

11  Porter, Lee Powers, Edward Puskas, John Rathgeb, Carole Ray, Charles Ray,

12  Cynthia Reedy, Theodore Regal, Debra A. Rosenfeld, Marc Brad Rubinson, Earnest

13  Russell, Halleh Sabet, Lynne Sachse, Leroy Sanford, Melody Sallsbury, Jeannette

14  Santore, Mary Jo Sauers, Nancy Seib, Norman Self, Elizabeth Sheedy, Emilie

15  Shriver, Krissy Slawinslci, Ruth Slone, Clifton Smith, Elaine Snyder, Priscilla

16  Swartwood, Frank Tabino, Jr., Lonnie Thomas, Josette Thompson, Hoby

17  Urikelbach, Mark Valente, Rosemary VanRiper, Annie Maude Wagner, Carroll

18  Ward, Jacqueline Wheeler, Margaret White, Gloria White, Sharon Pickard, John

19  Vinelli, Sharon Campbell, Michael Stolica are citizens of the State of Florida. (*Id.*

20  ¶ 21.)

21        17.    Plaintiffs Betty Ammerman, Betty Anderson, Leonard Ashley, David

22  Branson, Jacqueline Broughton-Rucker, Cynthia Byrd, Jerry Carter, Alan Caswell,

23  Cynthia Cooper, J.W. DeBoard, Jr., Gloria Escoe, Robert Freeman, Anna

24  Hammerschmidt, Betty Harden, Dustin Heitz, Jan Hinson, Mary Hubbard, Virginia

25  Jackson, Evelyn Jones, Sandra Judd, Cynthia Kidd-Stewart, Martha Lord, Janis

26  Lutke, Deborah Mason, Julian McCamy, David Meade, Jean Ann Miller, Helen

27  Myers, David Neighbors, Pamela Nelson, Alice Norris, Frank Ridlon, Luis

28

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1    Rodriguez, Miles Smash, Willie Tompkins, Kathleen Walls, Joann Witcher, Desiree

2    Bolognone, Tiffany Spears are citizens of the State of Georgia. (*Id.* ¶ 22.)

3        18.    Plaintiffs Paul Braunger, John Arthur Couillard, LeAnn Kurtz, Susan

4    Magoon-Pettit, Scott Miller, Cynthia Sohupanitz are citizens of the State of Iowa.

5    (*Id.* ¶ 23.)

6        19.    Plaintiffs Vita Fuller, Kristi Gutknecht, Paula Hales are citizens of the

7    State of Idaho.  (*Id.* ¶ 24.)

8        20.    Plaintiffs Frank Dickerson, Jacquelyn Engle, Lawrence St. Cin,

9    Deborah Hildebrandt, Diana Moore, Kenneth Moore, Jayna Sample, Billy Joe

10   Sutton, Pamela Demlison, Darrell Griggs, Susan Price, Rachael Speir, Rosetta

11   Coleman, David Anderson, Michael Anderson, Johnetta Atemen, Lonnie Bandy,

12   Charley Barron, Damly Bess, Gary Boyd, Ralph Burts, Carolyn Callahan, Sandra

13   Capraro, Annie Carter, Melody Cressler, Roger Damnitz, Bemita Darling, Linda

14   Davis, Larry Dawson, Jennifer Fliris, Daisy Ford, Barbara Frey, Carlos Garcia,

15   Janice Glackin, Christine Gregory, Barbara Hamilton, Bernadine Hamilton, Mary

16   Handeland, Robert Hanrahan, Robert Hershfelt, Claudine Hill-Ayinde, Victoria

17   Johnson, Simone Lagessie, Nancy Latinovich, Victor Lawson, Garlette Lewis-

18   Seifer, Alphonso Lyons, Daniel Cartney, Georgia McCuan, Chrissie Mcintosh,

19   Shirley McNear, Peggy Mellein, Arthur Miller, Rusty Miller, Maureen Mitchell,

20   Ronald Moore, Clive Norton, Linda O'Banion, Edwin Pagan, Vehna Peden,

21   Kathleen Phillips, Laurinda Pye, Tiffany Ray, Loretta Richardson, Nettie Robey,

22   Sheiree Rocquemore, James Rooney, Bessie Rossiano, Edward Sarney, Jmnes

23   Sawyer, Robert Smith, Lester Appell, Fannie Baker, Madalyne Berry-Dahm, Greg

24   Birkland, Alice Brewer, Ralph Brown, Larry Coleman, Paul Dausrnan, Lynn

25   Erkmann, Clara Garcia, Evon Garrett, Cristen Giannesehi, Dan Harris, Jeanette

26   Hart, Jennifer Hochberg, Nonna Rouser, Tarence Jenkins, Crystal Kempfer, Linda

27   Kuhn, Jerry Long, Sylvia Love, David Maas, Celine Marshall, Marc McNeese,

28   Verna McNeil, Helen Miller, Gregory Morris, Kimberly Moss, Therodora Murrell,

1   Nassir Matthew Rehan, Mildred Robinson, Arnold Sharkan, John Simon, Verna

2   Smith, Thomas Stukins, Darrell Sullivan, Gwendolyn Sykes, Michael Teague, Mary

3   Jane Thompson, Yolanda Torres, Sandra Warren, Karen Watson, Norma Webb,

4   Margaret Weinand, Jennifer White, Carrie Williams, Karen Williams, Samuel

5   Wilson, Vernon Winzeler, Timothy Wolfe, Debra Wolinsky, Velma Wyman,

6   Belinda Young, Rickey Wakeland, Michael Murphy are citizens of the State of

7   Illinois.  (*Id.* ¶ 25.)

8         21.    Plaintiffs Pamela Sheppard, Joy Atkins, Rickey Cooper, Garry Dailey,

9   Tom Diem, Donna Duncan, Robert Godwin, Jenny Graves, Teresa Harriman,

10  Gerald Jones, Rex LeClerc, Tomas Maloney, Kathy Ann McCrory, Sharon

11  Montgomery, Jack Penrod, Kenneth Roberts, Joe Romero, William Short, Charlene

12  Taylor, William Thilmont, Sr., Norma Thompson, Sara Welborn, Paula Wells, Carol

13  Wilcox are citizens of the State of Indiana.  (*Id.* ¶ 26.)

14        22.    Plaintiffs Robert Lee Ball, Cynthia Burgett, Michael Carrolthers,

15  Bonnie Foster, Merlin Hull, Lori Jean Irwin, Marion Leonard, Donald Livengood,

16  Deborah Luce, Bruna Mattioli, Robyn Moore, Duane Patterson, Dianne Ransom,

17  Chestine Scott, Vivian Wemtz, Lynne Wettig, Lawrence Wilson, Ellsworth Wright,

18  Robert Jr. Davolt, Jesse Sherwood are citizens of the State of Kansas.  (*Id.* ¶ 27.)

19        23.    Plaintiffs Lloyd Bryant, Gay Buhrow, Roger Clark, Mozziz DeWalt,

20  Mary Floyd, Dorothy Heron, Patricia Johnson, Charlotte Sober, Judy Stephenson,

21  Laura West are citizens of the Commonwealth of Kentucky.   (*Id.* ¶ 28.)

22        24.    Plaintiffs Angenetta Bailey, Rhonda Boudreaux, Kimberly Clark,

23  Robert Harkins, Lawrence Hilts, Sheila Leon, Ellen Finley, Arden Jess Smith are

24  citizens of the State of Louisiana. (*Id.* ¶ 29.)

25        25.    Plaintiffs Joseph Feller, Jennifer Jardine, Peggy Ross are citizens of the

26  State of Maine.  (*Id.* ¶ 30.)

27        26.    Plaintiffs Karen Bradley, Shirley Goldstein, Carol Howard-Leasure,

28  Edwin Lawton, Michael League, Michele Logan, Sheri Malar, Lisa Mitchell,

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  Kalman Parker, Faith Schroeder, Marschere Miller, Josephine Mourning are citizens

2  of the State of Maryland. (*Id.* ¶ 31.)

3      27.    Plaintiffs Joseph Convery, Irene DeSantis, Leo DeStefano, Terry

4  Hemby, Nevin Kirk, Harold Kravitz, Brody Lozo, Hope Malnati, Anna Moccaldi,

5  Harold Okun, Mary Jane Taglieri, Richard Woods, Diane Lewandowski are citizens

6  of the Commonwealth of Massachusetts. (*Id.* ¶ 32.)

7      28.    Plaintiffs Beverly Zech, John Altman, Vince Battaglia, James Berney,

8  Teretha Bongalis, Virginia Bullock-Gray, Tammy Burnett, Gina Louise Bums, Guy

9  Bums, John Calvert, Stacey Collins, Lonnie Degg, Connie DeSilvis, Cheryl DeWitt,

10  Bernice Discianno, Linda Doerr, Antonio Dorsey, Luella Edwards, Anita Evans,

11  Terry Fletcher, Jason Lee Franklin, Jan Garrett, Elizabeth Graves, Louis Jones, John

12  Kramer, Deborah LaRaia, Roger May, Gary Miller, Geraldine Newby,  Dennis

13  Parker, Dewey Russ, Jr., Susan Stone, Glenny Tiepel, Derek Trapp, Nicole Tucek,

14  Mary Kay Visser, Bela Antal, Charlotte Boatman, Marcia Grace, Bradley McCoy,

15  Mary Slagle, Michael Zielinski, Judy Mullins are citizens of the State of Michigan.

16  (*Id.* ¶ 33.)

17      29.    Plaintiffs Badley Addis, Jesse Archer, Jacquelyn A. Borrmann, Nancy I.

18  Brewer, Harry Cushing, Ernest Falk, Larry Fountain, Helen Kane, Ramona Lowell,

19  Carol Luckow, Violet McGee, Eugene O'Neill, Corlyn Ricker, Rodney Thielbar,

20  Cheryl L. Smith are citizens of the State of Minnesota. (*Id.* ¶ 34.)

21      30.    Plaintiff Barbara Gordon-Abston is a citizen of the State of Mississippi.

22  (*Id.* ¶ 35.)

23      31.    Plaintiff Donald Myers is a citizen of the State of Montana. (*Id.* ¶ 36.)

24      32.    Plaintiffs Carol Lee Chappell, Nancy Edwards, Christine Haar, Lisa

25  Klappenback, Theresa Primavera, Charles Smith, Robert Wierzbicky, Joselito

26  Yambao, Jr., Karen Jones, Brenda Stukey, Joan Caselli-Gross are citizens of the

27  State of Nevada. (*Id.* ¶ 37.)

28

33.     Plaintiff Sandra Martin-Clayton is a citizen of the State of New Hampshire. (*Id.* ¶ 38.)

34.     Plaintiff Jennifer Naselaris is a citizen of the State of New Mexico. (*Id.* ¶ 39.)

35.     Plaintiff Tara Reyes is a citizen of the State of New York. (*Id.* ¶ 40.)

36.     Plaintiffs Donald Abner, Vicki S. Blommel, David Boswell, Leslie Brown, Tabitha Bruah, Kimberly Burge, David Darst, Anthony DeGidio, Doris Gordon, JoAnne Hall, Donna Houston, Brenda Jaeger, Darlene Janis, Rick Kidwell, Larry Kollmar, Sandra Logan, Heidi Lowe, Antoinette Powers, Joyce Roth, Mary (Becky) Sacco, Jacob Thompson, Melvin Timberlake, Richard Waldron, Thomas Yerian, Sr., Gayland C. Selby, Kerry Wilkes, Leonard Goldberg are citizens of the State of Ohio. (*Id.* ¶ 41.)

37.     Plaintiffs Janet Almond, Luann Avens, Peggy Sue Bush, Alton Carter, Barbara Casey, Stella Louise Deeds, Ramona Foshee, Charles Hobbs, Jon Hurley, Joyce Ann Hyde, Sylvia McElhannon, Frances Spence, Carol Starbuck, Diane Rude are citizens of the State of Oklahoma. (*Id.* ¶ 42.)

38.     Plaintiff Lecia Seaman is a citizen of the State of Oregon.   (*Id.* ¶ 43.)

39.     Plaintiffs Patricia Bachisn, Alicia Cummins, Brian Dietz, George Fessler, Rhonda Gilkey-Trexler, Virginia Gilmore, Dennis Holcomb, Donna Ludwig, Richard Mosteller, Kerri Sechman, Shirley Thompson, John Wilson, Fretta Foeks, Arthur Lebofsky, Daniel Meinert, Antonio Purifleato, Lida Shaffer, Diana Swenson ("Pennsylvania Plaintiffs") are citizens of the Commonwealth of Pennsylvania. (*Id.* ¶ 44.)

40.     Plaintiffs Paul Giguere, Steven Harris, John Mathews, Joyce Terry, Michael Vieira are citizens of the State of Rhode Island. (*Id.* ¶ 45.)

41.     Plaintiffs James Anderson, Robert Bostic, Carolyn Buck, Vernon Cameron, Paul Clifton, Jr., Regina Collura, Rebecca Crawford, Terry Creswell, Rene Davis, Patrick Ednie, Mary Jane Gavin, Ann Hahn, Billy Hardee, Varney

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

Harmon, Tracy Hooks, Janet Horsman, Suzanne B. Keuper, Alice Faye Newsome, Jane Owenby, Terry Patterson, Vickie Ann Schmitt, Janice Scotti, Rebecca Scruggs, Robert Sheffer, Lynne Sherland-Dupuis, James Sistare, Patsy Smith, Richard Smith, James Spence, Walter Stewart, Blair Webb, Earlean Williams, Rebecca Winchester are citizens of the State of South Carolina. (*Id.* ¶ 46.)

42.    Plaintiffs Magalene Bailey, Alfred Carnahan, Linda Leffew, Johnny Reed, June Conner, Patricia Cook, William Holly, Carolyn Stinnett are citizens of the State of Tennessee. (*Id.* ¶ 47.)

43.    Plaintiffs Dennis Barkway, Marilyn Bradford, Neil Bronstein, James Jesse Brooks, James Brugette, Martha Jane Custer, Lois Dwyer, Steven Farrow, Ricky Foxworth, Sharon Hamilton, Robert Hastings, Alicia Hernandez, Phil Hinson, Lois Howard, Wiley James III, Myron Jordan, Lucille Lawhon, Brenda Lege, Bernard Mahan, Shirley Ann Mauney, Rosa Irene Moor, Danny Roberts, Irene Rodriguez, Michele Smith, Wilson Spurlin, Bobie St. Christopher, Nancy Stafford, Beverly Stephens, Virgil Taylor, Loretta Tealer, Marcenia Thomas, James Ulik, Billy Walker, Karen Wells, Karen Young, Michael Abraham, Cynthia Andrews, Janace Bailey, Jane Ann Baker, Josalyn Buchanan, Gilbert Carrasco, Linda Conovaloff, James Decker, Anthony DeFelice, Rohelin DeLeon, Jr., Wayne Paul Donaldson, James Dunn, Sr., Donna Ervin, Karen Fields, Aminta Flores, Gary Foster, Ernesto Fusarelli, Gloria Hamilton, Marlissa Hendrix, Cynthia Henneck, Tameca Jenkins, Barton Lachapelle, Linda Lawler, Cynthia Lindley, Michael Mallicoat, Isabel Martinez, Raul Martinez, Robert MeLennon, David Medina, Cynthia Mendez, Nicole Moore, Alice Nash, Carl Payton, Ann Sadler-Godwin, Teresa Schanzer, Carol Scroggins, Antonio Taylor, Mimic Terrell, Douglas Williams, Holly Witworth, Tawnya Mitchell, Glenn Casey Nordin, Jr., Norma Brooks are citizens of the State of Texas. (*Id.* ¶ 48.)

44.    Plaintiffs Carol Hastings, Joseph Atkinson are citizens of the State of Utah. (*Id.* ¶ 49.)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

45. Plaintiffs Rhonda Bralley, Shirley Creeley, Bernadette Dodson, Vaughn Edwards, Sushila Khanna, Lori Lincoln, Veronica Miller, Linda Phillips, JoAnn T. Ros, Rita Stone, Rick Triplett, Sandra Wilkins are citizens of the State of Virginia. (*Id.* ¶ 50.)

46. Plaintiff Kathleen Ann Russo is a citizen of the State of Vermont. (*Id.* ¶ 51.)

47. Plaintiffs Gayle Baldwin, Laura Berry, Jennie Clingen, Edgar Evans, Clarence J. Gartin, John Graybill, Keith O. Harvey, Daniel Holman, Rick King, David Reavis, Phyllis Sonnier, James Taylor, Jr., Roy Eugene Urpman, Rudolph Weinhandl, Jessica Getsfrid, Loretta Graves, Elizabeth Robertson are citizens of the State of Washington. (*Id.* ¶ 52.)

48. Plaintiffs Linda Browning, Virginia Byers, Frank Cosco, Nancy Crawford, Carol Hyatt, Victoria Jennings, Wanda Sue Kincaid, John James Kinney, Jr., Erika Midkiff, Sharon Steorts, Loretta Wilhelm are citizens of the State of West Virginia. (*Id.* ¶ 53.)

49. Plaintiffs Julie Kay Adams, Carlos Alvarez, Paul Barrette, Cheryl Bitters, Werner Brandenburg, Norma Conway, Crystal Dow, Renae Furlong, Ryan Gerhardt, David Gordon, Evonne Haak, William Humphrey, Dallas Johnson, Louise Juracka, LouAnn Kocher are citizens of the State of Wisconsin. (*Id.* ¶ 54.)

50. Johnson & Johnson is now, and was at the time plaintiffs commenced this action, a corporation organized under the laws of the State of New Jersey with its principal place of business in New Brunswick, New Jersey, and is therefore a citizen of the State of New Jersey for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

51. Janssen Pharmaceuticals, Inc. (formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Inc.) is now, and was at the time plaintiffs commenced this action a corporation organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in New Jersey and is therefore a

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

1    citizen of the Commonwealth of Pennsylvania and the State of New Jersey for

2    purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

3        52.    Janssen Research & Development, LLC (formerly known as Johnson &

4    Johnson Pharmaceutical Research & Development, LLC) is now, and was at the

5    time plaintiffs commenced this action, a New Jersey limited liability corporation

6    whose sole member is Centocor Research & Development, Inc., a Pennsylvania

7    corporation. The citizenship of a limited liability company is determined by the

8    citizenship of its partners. *See Carden v. Arkoma Assoc.*, 494 U.S. 185 (1990);

9    *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 848, 899 (9th Cir. 2006).

10   Thus, Johnson & Johnson Pharmaceutical Research & Development, LLC is now,

11   and was at the time plaintiffs commenced this action, a citizen of Pennsylvania for

12   purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

13       53.    All plaintiffs are diverse from all defendants, except for New Jersey

14   Plaintiffs and Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc.

15   who are citizens of New Jersey, and Pennsylvania Plaintiffs and Defendants Janssen

16   Pharmaceuticals, Inc. and Janssen Research & Development, LLC who are citizens

17   of Pennsylvania.

18       54.    The New Jersey Plaintiffs' and Pennsylvania Plaintiffs' joinder in the

19   case does not warrant remand of the entire action because these plaintiffs' claims

20   against Removing Defendants are fraudulently misjoined with the claims of the

21   other plaintiffs – i.e., they do not arise out of a common transaction, occurrence, or

22   series of transactions or occurrences in accordance with the federal or state

23   requirements for permissive joinder. *See, e.g.*, *In re Rezulin Prods. Liab. Litig.*, 168

24   F. Supp. 2d 136, 144 (S.D.N.Y. 2001) ("Misjoinder of parties occurs where a party

25   fails to satisfy the conditions for permissive joinder under Rule 20(a)."). The

26   fraudulent-misjoinder doctrine applies where plaintiffs' claims are "egregious[ly]"

27   misjoined to defeat federal jurisdiction and "have no real connection" to one

28   another. *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1 (11th Cir. 2000). As set

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

831271.1 / 25-373
CH01/ 26040704.1

24

forth below, since New Jersey Plaintiffs' and Pennsylvania Plaintiffs' claims are fraudulently misjoined, their presence in the suit does not defeat diversity jurisdiction for the other plaintiffs.  Instead, the claims of the New Jersey Plaintiffs and Pennsylvania Plaintiffs should be severed and remanded to state court.

> ### (1) Claims brought by New Jersey Plaintiffs and Pennsylvania Plaintiffs Are Fraudulently Misjoined And Should Be Severed And Remanded.

55.   Although New Jersey Plaintiffs and Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. are both citizens of New Jersey (Amended Complaint ¶¶ 12, 55-57), the joinder of New Jersey Plaintiffs' claims with those of the other plaintiffs does not support remand of the entire action because these plaintiffs' claims are fraudulently misjoined.  Accordingly, the claims of the New Jersey Plaintiffs should be severed and remanded to state court.

56.   Additionally, although Pennsylvania Plaintiffs and Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC are both citizens of Pennsylvania (Amended Complaint ¶¶ 44), the joinder of Pennsylvania Plaintiffs' claims with those of the other plaintiffs does not support remand of the entire action because these plaintiffs claims are fraudulently misjoined.  Accordingly, the claims of the Pennsylvania Plaintiffs should be severed and remanded to state court.

57.   Fraudulent misjoinder arises where the "factual commonality" of the parties' claims are insufficient to satisfy Rule 20.[1] *Sutton v. Davol, Inc.*, 251 F.R.D.

---

[1]  "[S]ince the focus of the fraudulent misjoinder analysis is on whether the claims were properly joined in the state court complaint," some courts have recognized "that the procedural rules of the state court in which the action was filed should govern the issue of proper joinder." *See, e.g., Asher v. 3M*, No. 04-CV-522-KKC, 2005 U.S. Dist. LEXIS 42266, at *39 n.3 (E.D. Ky. June 30, 2005).  Here, however, the Court need not decide whether federal or state joinder rules apply because the California and federal rules regarding misjoinder are, in all significant respects, (footnote continued)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

500, 503 (E.D. Cal. 2008); *see also Greene v. Wyeth*, 344 F. Supp. 2d 674, 685 (D. Nev. 2004) (claims are fraudulently joined "where joinder is procedurally inappropriate and clearly accomplishes no other objective than the manipulation of the forum"); *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353, 1359-60 (11th Cir. 1996) (fraudulent misjoinder arises where claims are "egregious[ly]" misjoined to defeat federal jurisdiction and "have no real connection" to one another). Federal courts throughout the country have recognized the validity of the fraudulent-misjoinder doctrine. *See, e.g., In re Benjamin Moore & Co.*, 318 F.3d 626, 630-31 (5th Cir. 2002) (noting "the force of the *Tapscott* principle that fraudulent misjoinder of plaintiffs is no more permissible than fraudulent misjoinder of defendants to circumvent diversity jurisdiction"); *Grennell v. W.S. Life Ins. Co.*, 298 F. Supp. 2d 390, 396 (S.D. W. Va. 2004) (diversity jurisdiction cannot be defeated "through . . . joining nondiverse plaintiffs").

58. Numerous courts have found plaintiffs' claims to be fraudulently misjoined in almost the exact circumstances presented in this case – where plaintiffs attempt to join their factually dissimilar personal-injury claims in a single action in an attempt to defeat diversity jurisdiction. *See, e.g., In re Rezulin*, 168 F. Supp. 2d at 145-46 (prescription-drug plaintiffs' claims were fraudulently misjoined where plaintiffs did not "allege that they received Rezulin from the same source or that they were exposed to Rezulin for similar periods of time" and where they alleged "different injuries"); *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig.*, No. Civ. A. 98-20478, 1999 WL 554584, at *3 (E.D. Pa. July 16, 1999) (finding fraudulent misjoinder where plaintiffs "attempt[ed]

identical. *Compare* Fed. R. Civ. P. 20 *with* Cal. Civ. Proc. §§ 378-379; *see also Adams v. I-Flow Corp.*, No. CV09-09550 R (SSx), 2010 U.S. Dist. LEXIS 33066, at *20 (C.D. Cal. Mar. 30, 2010) ("The California rule on joinder of parties plaintiff is practically identical to Rule 20").

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1 | to join persons from seven different states into one civil action who have absolutely

2 | no connection to each other" other than ingestion of diet drugs); *Weaver v. Am.*

3 | *Home Prods. Corp. (In re Diet Drugs Prods. Liab. Litig.)*, 294 F. Supp. 2d 667, 673,

4 | 679 (E.D. Pa. 2003) (denying remand where prescription drug users fraudulently

5 | misjoined their claims against prescription drug manufacturers and other parties;

6 | "the same principles of fraudulent joinder apply where a plaintiff is improperly

7 | joined with another plaintiff so as to defeat diversity jurisdiction"); *cf. Adams*, 2010

8 | U.S. Dist. LEXIS 33066, at *20-21 (granting motion to sever plaintiffs' claims in

9 | action involving allegedly defective pain pump where plaintiffs "underwent separate

10 | shoulder surgeries . . . performed at different times . . . in different hospitals located

11 | in [different] states[;]" and the surgeries at issue involved "risk factors and

12 | circumstances unique to each plaintiff"); *Guilbeau v. Wyeth, Inc.*, No. 09-1652,

13 | 2010 U.S. Dist. LEXIS 53294, at *5-6 (W.D. La. May 28, 2010) (granting motion to

14 | sever plaintiffs' claims in product-liability action involving allegedly defective

15 | prescription drug; Rule 20 requirements were not met because "[t]he operative facts

16 | under plaintiffs' claims [were] significantly different . . . [and] involve[d] different

17 | medical histories, different courses of treatment and/or underlying conditions,

18 | different prescribing physicians . . . different alleged injuries and different treatment

19 | options and risks").

20 |     59.    In *In re Rezulin*, for example, plaintiffs sought recovery for personal

21 | injuries allegedly resulting from the use of the prescription diabetes medication

22 | Rezulin.  168 F. Supp. 2d at 138.  The court found that the plaintiffs' claims were

23 | misjoined because they did "not allege that they received Rezulin from the same

24 | source or that they were exposed to Rezulin for similar periods of time," and "they

25 | [did] not allege injuries specific to each of them so as to allow the Court to

26 | determine how many plaintiffs, if any, share[d] injuries in common." *Id.* at 146.

27 | The court further reasoned that severance of the sole diversity-defeating plaintiff

28 | was appropriate because "the cost and efficiency benefits" to joined plaintiffs

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  "simply [did] not carry the same weight when balanced against the defendant's right

2  to removal." *Id.* at 147.

3      60.    Here, too, plaintiffs have fraudulently misjoined the claims of sixty-

4  seven plaintiffs who have nothing in common other than the fact that they all claim

5  to have used Levaquin® and allegedly suffered injuries as a result. But these claims

6  do not arise out of the same factual circumstances – plaintiffs had different

7  prescribing physicians, and allegedly sustained different types of injuries under

8  individualized circumstances. Accordingly, as in *In re Rezulin*, the Court should

9  sever and remand New Jersey Plaintiffs' and Pennsylvania Plaintiffs' fraudulently

10  misjoined claims "for purposes of maintaining the defendants' right to removal of

11  the remainder of the action." *Id.* at 148.

**B.    Amount In Controversy**

13      61.    Plaintiffs in this action claim that they "sustained and will continue to

14  sustain severe and debilitating injuries, economic loss and other damages including,

15  but not limited to, cost of medical care, rehabilitation, lost income, permanent

16  instability and loss of balance, immobility, and pain and suffering…" (Amended

17  Complaint ¶ 114.) Plaintiffs seek actual and compensatory damages. (*See id.*)

18      62.    It is widely recognized that personal-injury claims facially meet the

19  $75,000 jurisdictional threshold. *See, e.g., In re Rezulin Prods. Liab. Litig.*, 133 F.

20  Supp. 2d 272, 296 (S.D.N.Y. 2001) (finding that a complaint alleging various

21  injuries from taking a prescription drug "obviously asserts a claim exceeding

22  $75,000"). In addition, compensatory and punitive damages in excess of the

23  jurisdictional amount of $75,000 have been awarded in product-liability cases in

24  California. *See, e.g., Stewart v. Union Carbide Corp.*, 190 Cal. App. 4th 23 (2010);

25  *Karlsson v. Ford Motor Co.*, 140 Cal. App. 4th 1202 (2006); *Jones v. John Crane,*

26  *Inc.*, 132 Cal. App. 4th 990 (2005).

27      63.    Other federal courts have similarly concluded that the amount in

28  controversy exceeded $75,000 in pharmaceutical cases. *See, e.g., Smith v. Wyeth,*

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  *Inc.*, 488 F. Supp. 2d 625, 630-31 (W.D. Ky. 2007) (denying motion to remand);

2  *Fisher v. Pelstring*, No. 4:09-252-TLW-TER (D.S.C. Sept. 29, 2009) (same);

3  *Copley v. Wyeth, Inc.*, No. 09-722, 2009 WL 1089663 (E.D. Pa. Apr. 22, 2009)

4  (same); *Cousins v. Wyeth Pharm., Inc., et al.*, No. 3:08-CV-00310-N (N.D. Tex.

5  Apr. 18, 2008) (same).

6       64.    Given that plaintiffs claim they have suffered "severe and debilitating

7  injuries, economic loss and other damages including, but not limited to, cost of

8  medical care, rehabilitation, lost income," and the complaint contains over nine-

9  hundred plaintiffs, it is evident that the amount of recovery sought by plaintiffs

10  exceeds $75,000.

11       65.    Thus, on the face of the Amended Complaint, the finder of fact could

12  easily conclude that plaintiffs are entitled to damages in excess of $75,000.

13  **II.**   **REMOVING DEFENDANTS HAVE SATISFIED THE PROCEDURAL**

14       **REQUIREMENTS FOR REMOVAL.**

15       66.    Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc.

16  (formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Inc), and Janssen

17  Research & Development, LLC (formerly known as Johnson & Johnson

18  Pharmaceutical Research & Development, LLC) were each served with plaintiffs'

19  Complaint on October 9, 2012. Accordingly, this Notice of Removal is timely filed

20  pursuant to 28 U.S.C. § 1446(b).

21       67.    The Superior Court of Los Angeles County is located within the

22  Central District of California. *See* 28 U.S.C. § 1441(a).

23       68.    Plaintiffs have fraudulently misjoined their claims against Removing

24  Defendants. Accordingly, this court should sever and remand the claims of New

25  Jersey Plaintiffs and Pennsylvania Plaintiffs and assert jurisdiction over the

26  remaining plaintiffs' claims.

27       69.    No previous application has been made for the relief requested herein.

28

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1    70.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and

2 orders served upon removing defendants, which papers include the Complaint, are

3 attached collectively as Exhibit 1.  Pursuant to 28 U.S.C. § 1446(d), a copy of this

4 Notice of Removal is being served upon counsel for plaintiffs and a copy is being

5 filed with the Clerk of the Superior Court of the County of Los Angeles.

6    WHEREFORE,  Defendants Johnson & Johnson, Janssen Pharmaceuticals,

7 Inc. (formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and

8 incorrectly named as Ortho-McNeil Pharmaceutical, Inc.), and Janssen Research &

9 Development, LLC (formerly known as Johnson & Johnson Pharmaceutical

10 Research & Development, LLC and incorrectly named as Johnson & Johnson

11 Pharmaceutical Research & Development, LLC) respectfully removes this action

12 BC492826, to this Court.

13 DATED: October 23, 2012            YUKEVICH CALFO & CAVANAUGH

14

15

16                                    By: _____

17                                    Alexander G. Calfo
                                     Kelley S. Olah
18                                   Gabrielle Anderson-Thompson
                                     Attorneys for Defendants JOHNSON &
19                                   JOHNSON, JANSSEN RESEARCH &
                                     DEVELOPMENT, LLC (formerly known
20                                   as Johnson & Johnson Pharmaceutical
                                     Research & Development, LLC), and
21                                   JANSSEN PHARMACEUTICALS, INC.
22                                   (formerly known as and Ortho-McNeil
                                     Pharmaceutical, Inc.)
23

24

25

26

27

28

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# EXHIBIT 1



**SUMMONS**
*(CITATION JUDICIAL)*

SUM-100

**CONFORMED COPY**
**ORIGINAL FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
*(SOLO PARA USO DE LA CORTE)*

OCT 03 2012

John A. Clarke, Executive Officer/Clerk

BY _____, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., Johnson &
Johnson Pharmaceutical Research & Development, LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Cleo Flauta, et al. [See Attached Exhibit A for list of all Plaintiffs]

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Los Angeles, Central District<br>Stanley Mosk Courthouse, 111 North Hill St., Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>BC492826 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel V. Santiago KPMG Tower 355 South Grand Avenue, Ste 2450, Los Angeles, CA 90071

| DATE:<br>*(Fecha)* | John A. Clarke | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

OCT 03 2012

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Johnson & Johnson
   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

*EXHIBIT 1 - PAGE 31*

AMENDED
SUMMONS
*(CITACION JUDICIAL)*



CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
*(SOLO PARA USO DE LA CORTE)*

SUM-100

OCT 0 3 2012

John A. Clarke, Executive Officer/Clerk

by _Cristina Grijalva_ Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson Pharmaceutical Research & Development, LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Cleo Flauta, et al. [See Attached Exhibit A for list of all Plaintiffs]

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* BC492826 |
|---|---|

Superior Court of California, County of Los Angeles, Central District
Stanley Mosk Courthouse, 111 North Hill St., Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel V. Santiago KPMG Tower 355 South Grand Avenue, Ste 2450, Los Angeles, CA 90071

| DATE: *(Fecha)* John A. Clarke | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL] OCT 0 3 2012

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Johnson & Johnson Pharmaceutical Research & Development, LLC

under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☒ other *(specify):*
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | SUMMONS | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
|---|---|---|

Page 1 of 1

*EXHIBIT 1 - PAGE 32*



**AMENDED**
# SUMMONS
### (CITACION JUDICIAL)

**SUM-100**

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
(SOLO PARA USO DE LA CORTE)

OCT 03 2012

John A. Clarke, Executive Officer/Clerk

BY _Cristina Grijalva_, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson Pharmaceutical Research & Development, LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Cleo Flauta, et al. [See Attached Exhibit A for list of all Plaintiffs]

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
| --- | --- |
| Superior Court of California, County of Los Angeles, Central District Stanley Mosk Courthouse, 111 North Hill St., Los Angeles, CA 90012 | BC492826 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel V. Santiago KPMG Tower 355 South Grand Avenue, Ste 2450, Los Angeles, CA 90071

| DATE: *(Fecha)* | John A. Clarke | Clerk, by *(Secretario)* | _____ , Deputy *(Adjunto)* |
| --- | --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

OCT 03 2012

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
   Ortho-McNeil Pharmaceutical, Inc.
3. [✓] on behalf of *(specify):*
   under: [✓] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California

# SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

***EXHIBIT 1 - PAGE 33***

# EXHIBIT A

CLEO FLAUTA, STEVE COBBLE, AL NOROOZ, DANIEL STRIEPKE, FRANK DICKERSON, JACQUELINE ENGLE, LAWRENCE ST. CIN, DEBORAH HILDEBRANDT, DIANNA MOORE, KENNETH MOORE, JANYA SAMPLE, BILLY JOE SUTTON, PAMELA DENNISON, DARRELL GRIGGS, SUSAN PRICE, RACHAEL SPEIR, ROSETTA COLEMAN, YOLANDA ALVARADO, DAVID ANDERSON, MICHAEL ANDERSON, JOHNETTA ATEMAN, LONNIE BANDY, CHARLEY BARRON, DANNY BESS, WANDA BOUCHER, GARY BOYD, LINDA BRADBERRY, PATTI BRISTER, RALPH BURTS, CAROLYN CALLAHAN, SANDRA CAPRARO, ANNIE CARTER, MELODY CRESSLER, ROGER DAMNITZ, BERNITA DARLING, LINDA DAVIS, LARRY DAWSON, JENNIFER FLIRIS, DAISEY FORD, BARBARA FREY, CARLOS GARCIA, JANICE GLACKIN, CHRISTINE GREGORY, BARBARA HAMILTON, BERNADINE HAMILTON, MARY HANDBLAND, ROBERT HANRAHAN, ROBERT HERSHFELT, CLAUDINE HILL-AYINDE, VICTORIA JOHNSON, SIMONE LAGESSIE, NANCY LATINOVICH, VICTOR LAWSON, GARLETTE LEWIS-SEIFER, KELLI LONGACRE, ALPHONSO LYONS, SANDRA MARTIN-CLAYTON, DANIEL MCCARTNER, GEORGIA MCCUAN, CHRISSIE MCINTOSH, SHIRLEY MCNER, PEGGY MELLEIN, ARTHUR MILLER, RUSTY MILLER, MAUREEN MITCHELL, RONALD MOORE, THOMAS MOSTETER, CLIVE NORTON, LINDA O'BANION, EDWIN PAGAN, VELMA PEDEN, KATHLEEN PHILLIPS, LAURINDA PYE, TIFFANY RAY, LORETTA RICHARDSON, NETTIE ROBBY, SHEIREE ROCQUEMORE, JAMES ROONEY, BESSIE ROSSIANO, EDWARD SARNEY, JAMES SAWYER, ROBERT SMITH, MICHAEL ADAMS, MAGALENE BAILEY, DENNIS BARKWAY, MARILYN BRADFORD, KAREN BRADLEY, NEIL BRONSTEIN, JAMES JESSE BROOKS, ANNIE BROWN, JAMES BRUGETTE, MELISSA CAMPBELL, ALFRED CARNAHAN, JANET LYNN CRAWFORD, MARTHA JANE CUSTER, LOIS DWYER, STEVEN FARROW, RICKY FOXWORTH, JOANN GEER, SHIRLEY GOLDSTEIN, SHARON HAMILTON, KAREN HARVERY, ROBERT HASTINGS, ALICIA HERNANDEZ, PHIL HINSON, LOIS HOWARD, CAROL HOWARD-LEASURE, WILEY JAMES, MYRON JORDAN, FRANCES KAPLAN, WILLIAM KRAMER, LUCILLE LAWHON, EDWIN LAWTON, MICHAEL LEAGUE, LINDA LEFFEW, BRENDA LEGE, MICHELE LOGAN, BERNARD MAHAN, SHERI MALAR, SHIRLEY ANN MAUNEY, LISA MITCHELL, ROSA IRENE MOOR, KALMAN PARKER, JOHNNY REED, DANNY ROBERTS, IRENE RODRIGUEZ, FAITH SCHROEDER, MICHELLE SMITH, WILSON SPURLIN, BOBIE ST. CHRISTOPHER, NANCY STAFFORD, BEVERLY STEPHENS, VIRGIL TAYLOR, LORETTA TEALER, MARCENIA THOMAS, JAMES ULIK, BILLY WALKER, NANCY WARE, KAREN WELLS, KAREN YOUNG, BEVERLY ZECH, LESTER APPELL, FANNIE BAKER, MADELYNE BERRY-DAHM, GREG BIRKLAND, ALICE BREWER, RALPH BROWN, EDWARD CHAIT, LARRY COLEMAN, RALPH CONSTANTINEAU, PAUL DAUSMAN, DEBBIE DIBIANCE, LYNN ERKMANN, CLARA GARCIA, EVON GARRETT, CRISTEN CIANNESCHI, DAN HARRIS, JEANNETTE HART, JENNIFER HOCHBERG, NORMA HOUSER, TARENCE JENKINS, CRYSTAL KEMPFER, LINDA KUHN, JERRY LONG, SYLVIA LOVE, DAVID MAAS, CELINE MARSHALL, MARC MCNEESE, VERNA MCNEIL, HELEN MILLER, BERNARD MOLLOY, STEPHEN MONTALBANO, GREGORY MORRIS, KIMBERLY MOSS, THERODORA MURRELL, NASSIR MATTIEW REHAND, MILDRED ROBINSON, ARNOLD SHARKAN, PAMELA SHEPPARD, JOHN SIMON, HENRY SMITH JR., VERNA SMITH, THOMAS STUKINS, DARRELL SULLIVAN GWENDOLYN SYKES, MICHAEL TEAGUE, MARY JANE THOMPSON, YOLANDA TORRES, SANDRA WARREN, KAREN WATSON, NORMA WEBB, MARGARET WEINAND,

*EXHIBIT 1 - PAGE 34*

JENNIFER WHITE, CARRIE WILLIAMS, KAREN WILLIAMS, SAMUEL WILSON, VERNON WINZELER, TIMOTHY WOLFE, DEBRA WOLINSKY, VELMA WYMAN, BELINDA YOUNG, DIANA ALLEN, DAVE ARNOLD, ROGER BALES, LARA BATIE, TAMMY BAUER, SHIRLEY BENDER, STEPHEN MICHAEL BENSON, TIMOTHY BRAZEAL, KELLY BURNETTE, TERESA CASHEN, ANDREA CHAVEZ-OCHOA, CANDACE CLOWARD-DOUGLAS, RACHEL COLOMBO, MARY COSTA, THERESA DESOTO, NIKOLAI DEZMURA, MATILDE DIAZ-SILVA, MALCOME ENGER, HENRY ESTRADA, BRIAN FILSINGER, KATIA FLEURY, RONNIE GARCIA, JOHN GARZA, CHARLOTTE GRAVITO, CAROL HASTINGS, ROBERT HERNANDEZ, LISA HOFFMAN, MONICA HOLLAND, LAVERNE HOUSE, KATHRYN INGRAM, ANN MARIE JONES, LOIS JOHNSON, HITHAYARANI KANDAVELU, POTINA KATSOUDAS, HOAWRD KRINICK, NINA LAWSON, JAMES LESLIE, SANDRA MAHMOODI, JEAN MCCORMICK, ROBERT MICHEL, PAMELA MOQUIN, TRACY LYNN MURAD, WALTER OSBOURN III, BONNIE PARKER, ELLIS PENDERGRAFT, STEPHEN PROCK, DEBRA O'SHANE, JUDIE ANN QUIJANO, GORDON ROBERTS, ALEXANDRIA ROSES, LAWRENCE SCHNEIDER, RUBY STOLZE, DEBORAH THOMAS, ARVID TOMILLA, NOELLE GARDNER VAHDAT, MICHAEL WOOLMAN, WILLIAM BEAVER, FRANZE BEISERT, SUSAN BETHEL, RHONDA BRALLEY, LLOYD BRYANT, GARY BUHROW, MELANIE CAMPBELL, KIRK CARTER, ROGER CLARK, SHIRLEY CREELEY, YVONNE DAY, MOZIZ DEWALT, BERNADETTE DODSON, MICHAEL DOLYNUIK, PAUL DUMPSON, VAUGHN EDWARDS, JEFFREY FAIRBAIRN, MARY FLOYD, LUCILLE FORD-BAILEY, RACHEL (MARIA) FREEMAN, VITA FULLER, CURTIS GEE, KATIE GERARD, KRISTI GUTKNECHT, PAULA HALES, PAUL HARRIS, DOROTHY HARRIS, ROGER HIGGINS, TONY HOWELL, PATRICIA JOHNSON, RICHARD JOY, SUSHILA KHANNA, CYNDI KLINE, GILBERT LENNETT, LORI LINCOLN, FRANCES LUCAKS, PHILLIP MALLORY, LISA MASKEVICH, KELLY MCANDREW, VERONICA MILLER, GERALDINE MOONEY, WILLIAM MURRELL, JENNIFER NASELARIS, ALICE FAYE NEWSOME, ARTHUR O'HARE, JOZALYN PALMER, LINDA PHILLIPS, NATAN ROZENFELD, ROBERT SCHMITZ, GLORIA SCHWARTZ, MICHAEL SILVERMAN, SANDRA SMITH, JUDY STEPHENSON, RITA STONE, STEPHEN SWENSON, TERESA THOMPSON, RICK TRIPLETT, LAURA WEST, SANDRA WILKINS, CINDY WISMER, LEATRIS WOMACK JR., GARY YOUNG, WILLIAM AMMERMAN, BETTY ANDERSON, LEONARD ASHLEY, DAVID BRANSON, JACQUELINE BROUGHTON-RUCKER, LINDA BROWNING, VIRGINIA BYERS, CYNTHIA BYRD, JERRY CARTER, ALAN CASWELL, JOSEPH CONVERY, CYNTHIA COOPER, FRANK COSCO, NANCY CRAWFORD, J.W. DEBOARD, IRENE DESANTIS, LEO DESTEFANO, JAMES DUNN SR., GLORIA ESCOE, ROBERT FREEMAN, FREDERICK HAMMERSCHMIDT, SUSAN HANSON, DUSTIN HEITZ, TERRY HEMBY, JAN HILSON, MARY HUBBARD, CAROL HYATT, VIRGINIA JACKSON, VICTORIA JENNINGS, EVELYN JONES, SANDRA JUDD, CYNTHIA KIDD-STEWART, WANDA SUE KINCAID, JOHN JAMES KINNEY, NEVIN KIRK, HAROLD KRAVITZ, LEANN KURTZ, CARLOS LOPEZ, MARTHA LORD, BRODY LOZO, JANIS LUTKE, SUSAN MAGOON-PETIT, HOPE MALNATI, DEBORAH MASON, JULIAN MCCAMY, DAVID MEADE, PATRICIA MEANY, JEAN ANN MILLER, SCOTT MILLER, ANNA MOCCALDI, HELEN MYERS, PATRICIA NEARY, PAMELA NELSON, ALICE NORRIS, ANA PEREIRA, TARA REYES, FRANK RIDLON, LUIS RODRIGUEZ, MILES SMASH, TIFFANY SPEARS, ROMMIE STALNAKER, SHARON STEORT, MARY JANE TAGLIERI, WILLIE TOMPKINS, MICHAEL VIEIRA, ANNIE MAUDE WAGNER, KATHLEEN WALLS, JOANN WILCHER, LORETTA WILHELM, RICHARD WOODS, MICHAEL ABRAHAM, DIANNE ANDIS, CYNTHIA ANDREWS, JANACE BAILEY, NORMA BROOKS,

*EXHIBIT 1 - PAGE 35*

LOIS BURGESS, TAMMY BURNETT, GILBERT CARRASCO, JOAN GASELLI-GROSS, CAROL LEE CHAPPELL, JOSEPH CLARK, LINDA CONOVALOFF, SUSAN WINIFRED DAVIS, JAMES DECKER, RONALD DELCAMP, ROBELIN DELEON, JR., WAYNE PAUL DONALDSON, NANCY EDWARDS, DONNA ERVIN, ELLEN FINLEY, AMNITA FLORES, GARY FOSTER, FREDERICK FREEH, ERNESTO FUSARELLI, ANNETTE GALVAN, GLORIA HAMILTON, MARLISSA HENDRIX, PAUL HILF, TAMECA JENKINS, KAREN JONES, LISA KLAPPENBACK, HERMAN KLINE, BARTON LACHAPPELLE, LINDA LAWLER, CYNTHIA LINDLEY, MICHAEL MALLICOAT, ISABEL MARTINEZ, RAUL MARTINEZ, VAROLYN MCGEE, CYNTHIA MENDEZ, TAWNYA MITCHELL, NICOLE MOORE, MICHAEL MURPHY, ALICE NASH, BAKULA PATEL, DUANE PATTERSON, CARL PAYTON, JEANETTE PESSOLANO, STEVEN PEZZINO, JOAN PICARONE, SHARON PICKARD, THERESA PRIMAVERA, JUDY SLATON, CHARLES SMITH, NANCY LOUISE SMITH, BRENDA STUKEY, JIMMIE TERREL, DOUGLAS WILLIAMS, HOLLY WITWORTH, JOSELITO YAMBAO, DONALD ABNER, JANET ALMOND, LUANN AVEN, PATRICIA BACHISN, JANE ANN BAKER, VICKI BLOMMEL, DAVID BOSWELL, LESLIE BROWN, KIMBERLY BURGH, PEGGY SUE BUSH, ALTON CARTER, BARBARA CASEY, ALICIA CUMMINS, DAVID DARST, STELLA LOUISE DEEDS, ANTHONY DEGIDIO, BRIAN DIETZ, GEORGE FESSLER, RHONDA GILKEY-TREVLEN, LEONARD GOLDBERG, DORIS GORDON, JOANNE HALL, CHARLES HOBBS, DENNIS HOLCOMB, DONNA HOUSTON, DARLENE JANIS, RICK KIDWELL, SANDRA LOGAN, HEIDI LOWE, DONNA LUDWIG, SYLVIA MCELHANNON, RICHARD MOSTELLER, JOYCE ROTH, DIANE RUDE, MARY SACCO, MARY JO SAUERS, KERRI SECHMAN, GAYLAND SELBY, WARREN SHARPE, ELLEN SHUMWAY, FANCES SPENCE, CAROL STARBUCK, MELISSA TEDESHI, JACOB THOMPSON, SHIRLEY THOMPSON, MELVIN TIMBERLAKE, ROSEANNA VALENZANO, RICHARD WALDRON, JOHN WILSON, THOMAS YERIAN, JOSALYN BUCHANAN, KIMBERLY CLARK, JON HURLEY, DAVID MEDINA, DONALD MYERS, PATRICIA NEARY, DAVID NEIGHBORS, ANA PEREIRA, TARA REYES, LECIA SEAMAN, LIDA SHAFFER, EMILY SHELTON, RUTH VEGA, CAROL WILCOX, KERRY WILKES, JOY ATKINS, ANGENETTA BAILEY, JERRY BAILEY, ROBERT LEE BALL, BETTY BARKLEY, DEBORAH BENGE, RHONDA BOUDREAUX, CYNTHIA BURGETT, MICHAEL CARROLTHERS, RICKEY COOPER, MAXINE CROUCH, GARRY DAILEY, PEGGY DAVERSA, ROBERT DAVOLT, TOM DIEM, DONNA DUNCAN, SONJA FASSBENDER, REMY FERRER, BONNIE FOSTER, ROBERT GODWIN, KAYE GOODRICH, BARBARA GORDON-ABSTON, ANNIE HANNAH, ROBERT HARKINS, HOWARD HENDERSON, LAWRENCE HILT, MERLIN HULL, LORI JEAN IRWIN, GERALD JONES, EARL KENT, REX LECLERC, SHELIA LEON, MARION LEONARD, DONALD LIVENGOOD, ROXANNE LUCAS, DEBORAH LUCE, THOMAS MALONEY, BRUNA MATTIOLI, THOMAS MCCANT KATHY ANN MCCRORY, ROBYN MOORE, WILLIE NELSON, JACK PENROD, KATHY POWE, DIANNE RANSOM, KENNETH ROBERTS, CHESTINE SCOTT, ANNIE SCHACKELFORD, ARDEN JESS SMITH, WILLIAM SHORT, RICHARD STOVER, CHARLENE TAYLOR, WILLIAM THILMONT, ALETHEA WATSON-AGEE, KRISTY WAYLAND, SARA WELBORN, VIVIAN WERNTZ, LYNNE WETTIG, SELENA WHEELER, FLORENE WHITE-RAYMOND, LAWRENCE WILSON, ELLSWORTH WRIGHT, MARY ANN ANDERSON, CAROL ANDREWS, DESIREE BOLOGNONE, JUNE CONNOR, THOMAS DARK, ANTHONY DEFELICE, CHARLES DENNISON, KAREN FIELDS, JENNY GRAVES, CHRISTINE HAAR, CHARLES HOOD, JENNIFER JARDINE, ARTHUR LEBOFSKY, DIANE LEWANDOWSKI, JACK MCGINNIS, DANIEL MEINERT, HAROLD OKUN, PEGGY ROSS, CAROLYN STINNETT, DIANA SWENSON, ANTONIO TAYLOR,

*EXHIBIT 1 - PAGE 36*

NORMA THOMPSON, ODESSA UNDERWOOD, BLAIR WEBB, PAULA WELLS, JOSEPH ATKINSON, JOSEPH DEMTY, FANNY DIAZ, DENNIS DICKSON, VIRGINIA DIETRICH, LISA DIXON, LINDA DOMAN, MICHAEL DONOFRIO, BENNY DYE, LOUISE FINELY, SUE FINN, CHARLES FINN III, DIANE FITZGERALD, JERRY FLAKUS, NINA FLEISHER, SHELLY FROMM, MARILYN GOLDBERG, VAN GREENE, VIRGINIA GREGORY, BARBARA HELMINGER, VERONICA HELSBY, JANICE HERRING, RAY HOLMES, DENNIS HORN, GEORGIA IRWIN, GLORIA JACKSON, ALICE JOHNSON, PATRICIA JOHNSON, GERALD KAMINER, LORETTA KAUL, STEVEN KELLY, WANDA KIZER, SHARI KRISBY, MARTIN LALLI, DONNA LAROCHELLE, RICHARD LAROSA SR., LUCILLE LEECH, SUSAN LESOWITZ, THERESA MASUCCI, DORA MATA, BETTY MCKINNIE, WILLIE MCLEAN, JOSEPH MCNALLY, MYRCA MONTREUIL, MARYN MOORE, JAMES NESTOR, NANCY NIETO, CAROLYN ONDRUSEK, ARELYS PEREZ, CHRISTOPHER PORTER, LEE POWERS, EDWARD PUSKAS, JOHN RATHGEB, CAROLE RAY, CYNTHIA REEDY, THEODORE REGAL, DEBRA ROSENFELD, MARC RUBINSON, EARNEST RUSSELL, HALLEH SABET, LYNNE SACHSE, LEROY SANFORD, MELODY SANSBURY, JEANNETTE SANTORE, NANCY SEIB, NORMAN SELF, ELIZABETH SHEEDY, EMILIE SHRIVER, KRISSY SLAWINSKI, RUTH SLONE, CLIFTON SMITH, ELAINE SNYDER, MICHAEL STOLICA, PRISCILLA SWARTWOOD, FRANK TABINO JR., LONNIE THOMAS, JOSETTE THOMPSON, HOBY UNKELBACH, MARK VALENTE, ROSEMARY VANRIPER, CARROLL WARD, JACQUELINE WHEELER, MARGARET WHITE, GLORIA WHITE, JOHN VINELLI, BRADLEY ADDIS, JOHN ALTMAN, BILLIE KAYE ALEXANDER, STEVEN ALTEMEYER, BELA ANTAL, HARRIET ANTHONY, JESSE ARCHER, PRESTON ARNOLD, VIKKI AVILA, PATSY JOAN BAILEY, SCOTT BALLENGER, HELEN BALTIMORE-MINNER, CAROL BANJO, CHERIE BARDEZBAIN, VINCE BATTAGLIA, JAMES BERNEY, PATRICE BETHEA, MARY BEIS, CAROL BERMAN, MARK BESSEN, BERNARD BINGHAM, TODD BISHOP, TERETHA BONGALIS, CHARLOTTE BOATMAN, JACQUELYN BORMANN, PAUL BRAUNGER, NANCY BREWER, VIRGINIA BULLOCK-GREY, GINA LOUISE BURNS, GUY BURNS, JOHN CALVERT, JUDITH COHEN, STACEY COLLINS, JOHN ARTHUR COUILLARD, HARRY CUSHING, LONNIE DEGG, CONNIE DESILVIS, CHERYL DEWITT, BERNICE DISCIANNO, LINDA DOERR, ANTONION DORSEY, LUELLA EDWARDS, ANITA EVANS, ERNEST FALK, JOSEPH FELLER, TERRY FLETCHER, LARRY FOUNTAIN, JASON LEE FRANKLIN, JAN GARRETT, MARCIA GRACE, ELIZABETH GRAVES, BETTY HARDEN, TERESA HARRIMAN, HENRY HOWES, LOUIS JONES, HELEN KANE, JOHN KRAMER, DEBORAH LARAIA, RAMONA LOWELL, CAROL LUCKOW, ROGER MAY, BRADLEY MCCOY, VIOLET MCGEE, GARY MILLER, MARSCHERE MILER, SHARON MONTGOMERY, JOSEPHINE MOURNING, JUDY MULLINS, GERALDINE NEWBY, EUGENE O'NEILL, ANTHONY PALMIERO, DENNIS PARKER, CAROLYN RICKER, JOE ROMERO, DEWEY RUSS JR., FAITH SCHUPANITZ, KEVIN SCOTT, NEIL SCROGGINS, MARY SLAGLE, CHERYL SMITH, CHARLOTTE SOBER, SUSAN STONE, RODNEY THIELBAR, GLENNY TIEPEL, DEREK TRAPP, NICOLE TUCEK, MARY KAY VISSER, MICHAEL ZIELINSKI, GEORGINA ALVAREZ-GRESPO, MICHAEL ALVERSON SR., DIANE AXELROD, RODGER BAKER, ARTHUR BAPTISTER, JOSE BARRIENTOS, DOROTHY BASARABA, FREDERICK BENNETT, MIKE BENTLEY, JOAN BERMAN, STEPHANIE BILDNER, JEANNETTE BIMONTE, MICHAEL BOARD, APRIL BOLOGNA, CAROLYN BRANSCOMB, SYBIL BRITT, RENDER BRITTON, BEVERLY BROWN, DEBRA JEAN BROWN, KAREN BROWN, ESTHER BROWNE-KING, DARRY BROWN-WAKEFIELD, DANA BROWN-WRIGHT, RHONDA FAYE BRYANT, ROBERT BURGIO, BRADEN

*EXHIBIT 1 - PAGE 37*

BYRD, RICHARD CADIEUX, SHARON CAMPBELL, DANNY CARNELL, THEMLA CARTER, SAPHINA CASEY, JOSE CASTELLANOS, MYRON CHESTNUT, HENRY CLAUSON, DIANNE CLAWSON, JASON COOK, JAMES COONEY, BETTY COOPER, WILLIAM CORDREY, ELAINE COUTURE, JUANITA COVINGTON-BROWN, HOLLY CREEL, JULIAN CROSS, MARTIN CROWE, DENNIS CUNNINGHAM, GWENDOLYN CUNNINGHAM, RICHARD D'ALESSANDRO, PAULA DEFOREST, WILLIAM DEJARNETTE, PAUL DEMARIA, SHERYL ELLIS-RICHARDSON, ANDREA ESSARY, MAUREEN FLETCHER, JACKIE FLIPPO, LARRY FLOYD, LORA GRAHAM, LIZ HAGGARD, JANIE HATHOOT, CYNTHIA HENNECK, CHARLES HOLMAN, PATRICIA HOWARD, HELEN JONES, TAMARA JONES, LINDA KANIA, VINCENT KELLY, PEDRO LABARTA, ARCHIE LAIL, PATRICIA LANDRY, MARY LAWTON, SAMUEL LUCAS, SHARON MALOFSKY, DAN MCDOWELL, RICHARD MILSAK, LETA MITCHELL, CATHERINE MULLEN, SUZANNE MURPHY, PAM MYERS, KEVIN SCOTT, RENEE SHEPHERD, ALICE SHORE, PATSY SORRELLS, BARBARA STRAUB, KELLY TAYLOR, ROWLAND TRAVIS, JAMES WEILANDT, ROBERT WIERZBICKY, JULIE KAY ADAMS, CARLOS ALVAREX, JAMES ANDERSON, GAYLE BALDWIN, PAUL BARRETTE, LAURA BERRY, CHERYL BITTERS, ROBERT BOSTIC, WERNER BRANDENBURG, TABITHA BRUAH, CAROLYN BUCK, VERNON CAMERON, PAUL CLIFTON JR., JENNIE CLINGEN, REGINA COLLURA, NORMA CONWAY, PATRICIA COOK, REBECCA CRAWFORD, TERRY CRESWELL, RENE DAVIS, CRYSTAL DOW, PATRICK EDNIE, EDGAR AVANS, FRETTA FOEKS, RAMONA FOSHEE, RENAE FURLONG, CLARENCE GARTIN, MARY JANE GAVIN, RYAN GERHARDT, JESSICA GETSFRID, PAUL GIGUERE, VIRGINIA GILMORE, DAVID GORDON, LORETTA GRAVES, JOHN GRAYBILL, EVONNE HAAK, ANN HAHN, BILLY HARDEE, VARNEY HARMON, STEVEN HARRIS, KEITH HARVEY, DANIEL HOLMAN, WILLIAM HOLLY, TRACY HOOKS, JANET HORSMAN, WILLIAM HUMPHREY, JOYCE ANN HYDE, BRENDA JAEGER, DALLAS JOHNSON, JOUISE JURACKA, SUZANNE KEUPER, RICH KING, LOUANN KOCHER, LARRY KOLLMAR, JOHN MATHEWS, ROBERT MCLENNON, ERIKA MIDKIFF, GLENN CASEY NORDIN JR., JANE OWENBY, TERRY PATTERSON, ANTIONETTE POWERS, ANTONIO PURIFICATO, DAVID REAVIS, ELIZABETH ROBERTSON, JOANN ROS, KATHLEEN ANN RUSSO, ANN SADLER-GODWIN, TERESA SCHANZER, VICKIE ANN SCHMITT, JANICE SCOTTI, REBECCA SCRUGGS, ROBERT SHEFFER, LYNNE SHERLAND-DUPUIS, JAMES SISTARE, PATSY SMITH, RICHARD SMITH, PHYLLIS SONNIER, JAMES SPENCE, WLATER STEWART, JAMES TAYLOR JR., JOYCE TERRY, ROY EUGENE URPMAN, RICKY WAKELAND, RUDOLPH WEINHANDL, EARLEEN WILLIAMS, REBECCA WINCHESTER

*EXHIBIT 1 - PAGE 38*

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

OCT 03 2012

John A. Clarke, Executive Officer/Clerk
BY _____, Deputy

1  Daniel V. Santiago  (State Bar No. 206532)
   Law Offices of Daniel V. Santiago, P.C.
2  KPMG Tower
   355 South Grand Avenue, Ste 2450
3  Los Angeles, California 90071
   Telephone: 1-866-306-9527
4  Facsimile: 1-866-306-9528
5  E-mail: dvs@dvslawoffices.com

6  ATTORNEY FOR PLAINTIFFS

7

8         IN THE SUPERIOR COURT OF CALIFORNIA
                  LOS ANGELES COUNTY
9

10  CLEO FLAUTA, STEVE COBBLE, AL
    NOROOZ, DANIEL STRIEPKE, FRANK
11  DICKERSON, JACQUELINE ENGLE,          Case No. BC492826
    LAWRENCE ST. CIN, DEBORAH             AMENDED
12  HILDEBRANDT, DIANNA MOORE,            JURY TRIAL DEMANDED
    KENNETH MOORE, JANYA SAMPLE,
13  BILLY JOE SUTTON, PAMELA              PLAINTIFFS' COMPLAINT
    DENNISON, DARRELL GRIGGS,
14  SUSAN PRICE, RACHAEL SPEIR,
    ROSETTA COLEMAN, YOLANDA
15  ALVARADO, DAVID ANDERSON,
    MICHAEL ANDERSON, JOHNETTA
16  ATEMAN, LONNIE BANDY, CHARLEY
    BARRON, DANNY BESS, WANDA
17  BOUCHER, GARY BOYD, LINDA
    BRADBERRY, PATTI BRISTER, RALPH
18  BURTS, CAROLYN CALLAHAN,
    SANDRA CAPRARO, ANNIE CARTER,
19  MELODY CRESSLER, ROGER
    DAMNITZ, BERNITA DARLING, LINDA
20  DAVIS, LARRY DAWSON, JENNIFER
    FLIRIS, DAISEY FORD, BARBARA
21  FREY CARLOS GARCIA, JANICE
    GLACKIN, CHRISTINE GREGORY,
22  BARBARA HAMILTON, BERNADINE
    HAMILTON, MARY HANDELAND,
23  ROBERT HANRAHAN, ROBERT
    HERSHFELT, CLAUDINE HILL-
24  AYINDE, VICTORIA JOHNSON,
    SIMONE LAGESSIE, NANCY
25  LATINOVICH, VICTOR LAWSON,
    GARLETTE LEWIS-SEIFER, KELLI
26  LONGACRE, ALPHONSO LYONS,
    SANDRA MARTIN-CLAYTON, DANIEL
27  MCCARTNER, GEORGIA MCCUAN,
    CHRISSIE MCINTOSH, SHIRLEY
28  MCNER, PEGGY MELLEIN, ARTHUR
    MILLER, RUSTY MILLER, MAUREEN

- 1 -

PLAINTIFF'S COMPLAINT

114332v1

*EXHIBIT 1 - PAGE 39*

1   MITCHELL, RONALD MOORE,
THOMAS MOSTETER, CLIVE
2   NORTON, LINDA O'BANION, EDWIN
PAGAN, VELMA PEDEN, KATHLEEN
3   PHILLIPS, LAURINDA PYE, TIFFANY
RAY, LORETTA RICHARDSON,
4   NETTIE ROBEY, SHEIREE
ROCQUEMORE, JAMES ROONEY,
5   BESSIE ROSSIANO, EDWARD
SARNEY, JAMES SAWYER, ROBERT
6   SMITH, MICHAEL ADAMS,
MAGALENE BAILEY, DENNIS
7   BARKWAY, MARILYN BRADFORD,
KAREN BRADLEY, NEIL BRONSTEIN,
8   JAMES JESSE BRROKS, ANNIE
BROWN, JAMES BRUGETTE, MELISSA
9   CAMPBELL, ALFRED CARNAHAN,
JANET LYNN CRAWFORD, MARTHA
10  JANE CUSTER, LOIS DWYER, STEVEN
FARROW, RICKY FOXWORTH,
11  JOANN GEER, SHIRLEY GOLDSTEIN,
SHARON HAMILTON, KAREN
12  HARVERY, ROBERT HASTINGS,
ALICIA HERNANDEZ, PHIL HINSON,
13  LOIS HOWARD, CAROL HOWARD-
LEASURE, WILEY JAMES, MYRON
14  JORDAN, FRANCES KAPLAN,
WILLIAM KRAMER, LUCILLE
15  LAWHON, EDWIN LAWTON,
MICHAEL LEAGUE, LINDA LEFFEW,
16  BRENDA LEGE, MICHELE LOGAN,
BERNARD MAHAN, SHERI MALAR,
17  SHIRLEY ANN MAUNEY, LISA
MITCHELL, ROSA IRENE MOOR,
18  KALMAN PARKER, JOHNNY REED,
DANNY ROBERTS, IRENE
19  RODRIGUEZ, FAITH SCHROEDER,
MICHELLE SMITH, WILSON SPURLIN,
20  BOBIE ST. CHRISTOPHER, NANCY
STAFFORD, BEVERLY STEPHENS,
21  VIRGIL TAYLOR, LORETTA TEALER,
MARCENIA THOMAS, JAMES ULIK,
22  BILLY WALKER, NANCY WARE,
KAREN WELLS, KAREN YOUNG,
23  BEVERLY ZECH, LESTER APPELL,
FANNIE BAKER, MADELYNE BERRY-
24  DAHM, GREG BIRKLAND, ALICE
BREWER, RALPH BROWN, EDWARD
25  CHAIT, LARRY COLEMAN, RALPH
CONSTANTINEAU, PAUL DAUSMAN,
26  DEBBIE DIBIANCE, LYNN ERKMANN,
CLARA GARCIA, EVON GARRETT,
27  CRISTEN CIANNESCHI, DAN HARRIS,
JEANNETTE HART, JENNIFER
28  HOCHBERG, NORMA HOUSER,

116332v1                           - 2 -          PLAINTIFFS' COMPLAINT

**EXHIBIT 1 - PAGE 40**

1  TARENCE JENKINS, CRYSTAL
   KEMPFER, LINDA KUHN, JERRY
2  LONG, SYLVIA LOVE, DAVID MAAS,
   CELINE MARSHALL, MARC
3  MCNEESE, VERNA MCNEIL, HELEN
   MILLER, BERNARD MOLLOY,
4  STEPHEN MONTALBANO, GREGORY
   MORRIS, KIMBERLY MOSS,
5  THERODORA MURRELL, NASSIR
   MATTHEW REHAND, MILDRED
6  ROBINSON, ARNOLD SHARKAN,
   PAMELA SHEPPARD, JOHN SIMON,
7  HENRY SMITH JR., VERNA SMITH,
   THOMAS STUKINS, DARRELL
8  SULLIVAN GWENDOLYN SYKES,
   MICHAEL TEAGUE, MARY JANE
9  THOMPSON, YOLANDA TORRES,
   SANDRA WARREN, KAREN WATSON,
10 NORMA WEBB, MARGARET
   WEINAND, JENNIFER WHITE,
11 CARRIE WILLIAMS, KAREN
   WILLIAMS, SAMUEL WILSON,
12 VERNON WINZELER, TIMOTHY
   WOLFE, DEBRA WOLINSKY, VELMA
13 WYMAN, BELINDA YOUNG, DIANA
   ALLEN, DAVE ARNOLD, ROGER
14 BALES, LARA BATIE, TAMMY BAUER,
   SHIRLEY BENDER, STEPHEN
15 MICHAEL BENSON, TIMOTHY
   BRAZEAL, KELLY BURNETTE,
16 TERESA CASHEN, ANDREA CHAVEZ-
   OCHOA, CANDACE CLOWARD-
17 DOUGLAS, RACHEL COLOMBO,
   MARY COSTA, THERESA DESOTO,
18 NIKOLAI DEZMURA, MATILDE DIAZ-
   SILVA, MALCOME ENGER, HENRY
19 ESTRADA, BRIAN FILSINGER, KATIA
   FLEURY, RONNIE GARCIA, JOHN
20 GARZA, CHARLOTTE GRAVITO,
   CAROL HASTINGS, ROBERT
21 HERNANDEZ, LISA HOFFMAN,
   MONICA HOLLAND, LAVERNE
22 HOUSE, KATHRYN INGRAM, ANN
   MARIE JONES, LOIS JOHNSON,
23 HITHAYARANI KANDAVELU, FOTINA
   KATSOUDAS, HOAWRD KRINICK,
24 NINA LAWSON, JAMES LESLIE,
   SANDRA MAHMOODI, JEAN
25 MCCORMICK, ROBERT MICHEL,
   PAMELA MOQUIN, TRACY LYNN
26 MURAD, WALTER OSBOURN III,
   BONNIE PARKER, ELLIS
27 PENDERGRAFT, STEPHEN PROCK,
   DEBRA O'SHANE, JUDIE ANN
28 QUIJANO, GORDON ROBERTS,

116332v1                    - 3 -          PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 41*

| | |
|---|---|
| 1 | ALEXANDRIA ROSES, LAWRENCE |
| | SCHNEIDER, RUBY STOLZE, |
| 2 | DEBORAH THOMAS, ARVID |
| | TOMILLA, NOELLE GARDNER |
| 3 | VAHDAT, MICHAEL WOOLMAN, |
| | WILLIAM BEAVER, FRANZE |
| 4 | BEISERT, SUSAN BETHEL, RHONDA |
| | BRALLEY, LLOYD BRYANT, GARY |
| 5 | BUHROW, MELANIE CAMPBELL, |
| | KIRK CARTER, ROGER CLARK, |
| 6 | SHIRLEY CREELEY, YVONNE DAY, |
| | MOZIZ DEWALT, BERNADETTE |
| 7 | DODSON, MICHAEL DOLYNUIK, |
| | PAUL DUMPSON, VAUGHN EDWARDS, |
| 8 | JEFFEREY FAIRBAIRN, MARY |
| | FLOYD, LUCILLE FORD-BAILEY, |
| 9 | RACHEL (MARIA) FREEMAN, VITA |
| | FULLER, CURTIS GEE, KATIE |
| 10 | GERARD, KRISTI GUTKNECHT, |
| | PAULA HALES, PAUL HARRIS, |
| 11 | DOROTHY HARRIS, ROGER HIGGINS, |
| | TONY HOWELL, PATRICIA JOHNSON, |
| 12 | RICHARD JOY, SUSHILA KHANNA, |
| | CYNDI KLINE, GILBERT LENNETT, |
| 13 | LORI LINCOLN, FRANCES LUCAKS, |
| | PHILLIP MALLORY,. LISA |
| 14 | MASKEVICH, KELLY MCANDREW, |
| | VERONICA MILLER, GERALDINE |
| 15 | MOONEY, WILLIAM MURRELL, |
| | JENNIFER NASELARIS, ALICE FAYE |
| 16 | NEWSOME, ARTHUR O'HARE, |
| | JOZALYN PALMER, LINDA PHILLIPS, |
| 17 | NATAN ROZENFELD, ROBERT |
| | SCHMITZ, GLORIA SCHWARTZ, |
| 18 | MICHAEL SILVERMAN, SANDRA |
| | SMITH, JUDY STEPHENSON, RITA |
| 19 | STONE, STEPHEN SWENSON, TERESA |
| | THOMPSON, RICK TRIPLETT, LAURA |
| 20 | WEST, SANDRA WILKINS, CINDY |
| | WISMER, LEATRIS WOMACK JR., |
| 21 | GARY YOUNG, WILLIAM |
| | AMMERMAN, BETTY ANDERSON, |
| 22 | LEONARD ASHLEY, DAVID BRANSON, |
| | JACQUELINE BROUGHTON-RUCKER, |
| 23 | LINDA BROWNING, VIRGINIA BYERS, |
| | CYNTHIA BYRD, JERRY CARTER, |
| 24 | ALAN CASWELL, JOSEPH CONVERY, |
| | CYNTHIA COOPER, FRANK COSCO, |
| 25 | NANCY CRAWFORD, J.W. DEBOARD, |
| | IRENE DESANTIS, LEO DESTEFANO, |
| 26 | JAMES DUNN SR., GLORIA ESCOE, |
| | ROBERT FREEMAN, FREDERICK |
| 27 | HAMMERSCHMIDT, SUSAN HANSON, |
| | DUSTIN HEITZ, TERRY HEMBY, JAN |
| 28 | HILSON, MARY HUBBARD, CAROL |

- 4 -

PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 42*

1  HYATT, VIRGINIA JACKSON,
   VICTORIA JENNINGS, EVELYN
2  JONES, SANDRA JUDD, CYNTHIA
   KIDD-STEWART, WANDA SUE
3  KINCAID, JOHN JAMES KINNEY,
   NEVIN KIRK, HAROLD KRAVITZ,
4  LEANN KURTZ, CARLOS LOPEZ,
   MARTHA LORD, BRODY LOZO, JANIS
5  LUTKE, SUSAN MAGOON-PETIT,
   HOPE MALNATI, DEBORAH MASON,
6  JULIAN MCCAMY, DAVID MEADE,
   PATRICIA MEANY, JEAN ANN
7  MILLER, SCOTT MILLER, ANNA
   MOCCALDI, HELEN MYERS,
8  PATRICIA NEARY, PAMELA NELSON,
   ALICE NORRIS, ANA PEREIRA, TARA
9  REYES, FRANK RIDLON, LUIS
   RODRIGUEZ, MILES SMASH,
10 TIFFANY SPEARS, ROMMIE
   STALNAKER, SHARON STEORT,
11 MARY JANE TAGLIERI, WILLIE
   TOMPKINS, MICHAEL VIEIRA, ANNIE
12 MAUDE WAGNER, KATHLEEN
   WALLS, JOANN WILCHER, LORETTA
13 WILHELM, RICHARD WOODS,
   MICHAEL ABRAHAM, DIANNE ANDIS,
14 CYNTHIA ANDREWS, JANACE
   BAILEY, NORMA BROOKS, LOIS
15 BURGESS, TAMMY BURNETT,
   GILBERT CARRASCO, JOAN
16 GASELLI-GROSS, CAROL LEE
   CHAPPELL, JOSEPH CLARK, LINDA
17 CONOVALOFF, SUSAN WINIFRED
   DAVIS, JAMES DECKER, RONALD
18 DELCAMP, ROBELIN DELEON, JR.,
   WAYNE PAUL DONALDSON, NANCY
19 EDWARDS, DONNA ERVIIN, ELLEN
   FINLEY, AMNITA FLORES, GARY
20 FOSTER, FREDERICK FREEH,
   ERNESTO FUSARELLI, ANNETTE
21 GALVAN, GLORIA HAMILTON,
   MARLISSA HENDRIX, PAUL HILF,
22 TAMECA JENKINS, KAREN JONES,
   LISA KLAPPENBACK, HERMAN
23 KLINE, BARTON LACHAPPELLE,
   LINDA LAWLER, CYNTHIA LINDLEY,
24 MICHAEL MALLICOAT, ISABEL
   MARTINEZ, RAUL MARTINEZ,
25 VAROLYN MCGEE, CYNTHIA
   MENDEZ, TAWNYA MITCHELL,
26 NICOLE MOORE, MICHAEL MURPHY,
   ALICE NASH, BAKULA PATEL,
27 DUANE PATTERSON, CARL PAYTON,
   JEANETTE PESSOLANO, STEVEN
28 PEZZINO, JOAN PICARONE, SHARON

PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 43*

PICKARD, THERESA PRIMAVERA, JUDY SLATON, CHARLES SMITH, NANCY LOUISE SMITH, BRENDA STUKEY, JIMMIE TERREL, DOUGLAS WILLIAMS, HOLLY WITWORTH, JOSELITO YAMBAO, DONALD ABNER, JANET ALMOND, LUANN AVEN, PATRICIA BACHISN, JANE ANN BAKER, VICKI BLOMMEL, DAVID BOSWELL, LESLIE BROWN, KIMBERLY BURGE, PEGGY SUE BUSH, ALTON CARTER, BARBARA CASEY, ALICIA CUMMINS, DAVID DARST, STELLA LOUISE DEEDS, ANTHONY DEGIDIO, BRIAN DIETZ, GEORGE FESSLER, RHONDA GILKEY-TREVLEN, LEONARD GOLDBERG, DORIS GORDON, JOANNE HALL, CHARLES HOBBS, DENNIS HOLCOMB, DONNA HOUSTON, DARLENE JANIS, RICK KIDWELL, SANDRA LOGAN, HEIDI LOWE, DONNA LUDWIG, SYLVIA MCELHANNON, RICHARD MOSTELLER, JOYCE ROTH, DIANE RUDE, MARY SACCO, MARY JO SAUERS, KERRI SECHMAN, GAYLAND SELBY, WARREN SHARPE, ELLEN SHUMWAY, FANCES SPENCE, CAROL STARBUCK, MELISSA TEDESHI, JACOB THOMPSON, SHIRLEY THOMPSON, MELVIN TIMBERLAKE, ROSEANNA VALENZANO, RICHARD WALDRON, JOHN WILSON, THOMAS YERIAN, JOSALYN BUCHANAN, KIMBERLY CLARK, JON HURLEY, DAVID MEDINA, DONALD MYERS, PATRICIA NEARY, DAVID NEIGHBORS, ANA PEREIRA, TARA REYES, LECIA SEAMAN, LIDA SHAFFER, EMILY SHELTON, RUTH VEGA, CAROL WILCOX, KERRY WILKES, JOY ATKINS, ANGENETTA BAILEY, JERRY BAILEY, ROBERT LEE BALL, BETTY BARKLEY, DEBORAH BENGE, RHONDA BOUDREAUX, CYNTHIA BURGETT, MICHAEL CARROLTHERS, RICKEY COOPER, MAXINE CROUCH, GARRY DAILEY, PEGGY DAVERSA, ROBERT DAVOLT, TOM DIEM, DONNA DUNCAN, SONJA FASSBENDER, REMY FERRER, BONNIE FOSTER, ROBERT GODWIN, KAYE GOODRICH, BARBARA

116332v1

- 6 -

*EXHIBIT 1 - PAGE 44*

GORDON-ABSTON, ANNIE HANNAH, ROBERT HARKINS, HOWARD HENDERSON, LAWRENCE HILT, MERLIN HULL, LORI JEAN IRWIN, GERALD JONES, EARL KENT, REX LECLERC, SHELIA LEON, MARION LEONARD, DONALD LIVENGOOD, ROXANNE LUCAS, DEBORAH LUCE, THOMAS MALONEY, BRUNA MATTIOLI, THOMAS MCCANT KATHY ANN MCCRORY, ROBYN MOORE, WILLIE NELSON, JACK PENROD, KATHY POWE, DIANNE RANSOM, KENNETH ROBERTS, CHESTINE SCOTT, ANNIE SCHACKELFORD, ARDEN JESS SMITH, WILLIAM SHORT, RICHARD STOVER, CHARLENE TAYLOR, WILLIAM THILMONT, ALETHEA WATSON-AGEE, KRISTY WAYLAND, SARA WELBORN, VIVIAN WERNTZ, LYNNE WETTIG, SELENA WHEELER, FLORENE WHITE-RAYMOND, LAWRENCE WILSON, ELLSWORTH WRIGHT, MARY ANN ANDERSON, CAROL ANDREWS, DESIREE BOLOGNONE, JUNE CONNOR, THOMAS DARK, ANTHONY DEFELICE, CHARLES DENNISON, KAREN FIELDS, JENNY GRAVES, CHRISTINE HAAR, CHARLES HOOD, JENNIFER JARDINE, ARTHUR LEBOFSKY, DIANE LEWANDOWSKI, JACK MCCGINNIS, DANIEL MEINERT, HAROLD OKUN, PEGGY ROSS, CAROLYN STINNETT, DIANA SWENSON, ANTONIO TAYLOR, NORMA THOMPSON, ODESSA UNDERWOOD, BLAIR WEBB, PAULA WELLS, JOSEPH ATKINSON, JOSEPH DEMTY, FANNY DIAZ, DENNIS DICKSON, VIRGINIA DIETRICH, LISA DIXON, LINDA DOMAN, MICHAEL DONOFRIO, BENNY DYE, LOUISE FINELY, SUE FINN, CHARLES FINN III, DIANE FITZGERALD, JERRY FLAKUS, NINA FLEISHER, SHELLY FROMM, MARILYN GOLDBERG, VAN GREENE, VIRGINIA GREGORY, BARBARA HELMINGER, VERONICA HELSBY, JANICE HERRING, RAY HOLMES, DENNIS HORN, GEORGIA IRWIN, GLORIA JACKSON, ALICE JOHNSON, PATRICIA JOHNSON, GERALD KAMINER, LORETTA KAUL,

EXHIBIT 1 - PAGE 45

| | |
|---|---|
| 1 | STEVEN KELLY, WANDA KIZER, SHARI KRISBY, MARTIN LALLI, |
| 2 | DONNA LAROCHELLE, RICHARD LAROSA SR., LUCILLE LEECH, SUSAN |
| 3 | LESOWITZ, THERESA MASUCCI, DORA MATA, BETTY MCKINNIE, |
| 4 | WILLIE MCLEAN, JOSEPH MCNALLY, MYRCA MONTREUIL, MARYN |
| 5 | MOORE, JAMES NESTOR, NANCY NIETO, CAROLYN ONDRUSEK, |
| 6 | ARELYS PEREZ, CHRISTOPHER PORTER, LEE POWERS, EDWARD |
| 7 | PUSKAS, JOHN RATHGEB, CAROLE RAY, CYNTHIA REEDY, THEODORE |
| 8 | REGAL, DEBRA ROSENFELD, MARC RUBINSON, EARNEST RUSSELL, |
| 9 | HALLEH SABET, LYNNE SACHSE, LEROY SANFORD, MELODY |
| 10 | SANSBURY, JEANNETTE SANTORE, NANCY SEIB, NORMAN SELF, |
| 11 | ELIZABETH SHEEDY, EMILIE SHRIVER, KRISSY SLAWINSKI, RUTH |
| 12 | SLONE, CLIFTON SMITH, ELAINE SNYDER, MICHAEL STOLICA, |
| 13 | PRISCILLA SWARTWOOD, FRANK TABINO JR., LONNIE THOMAS, |
| 14 | JOSETTE THOMPSON, HOBY UNKELBACH, MARK VALENTE, |
| 15 | ROSEMARY VANRIPER, CARROLL WARD, JACQUELINE WHEELER, |
| 16 | MARGARET WHITE, GLORIA WHITE, JOHN VINELLI, BRADLEY ADDIS, |
| 17 | JOHN ALTMAN, BILLIE KAYE ALEXANDER, STEVEN ALTEMEYER, |
| 18 | BELA ANTAL, HARRIET ANTHONY, JESSE ARCHER, PRESTON ARNOLD, |
| 19 | VIKKI AVILA, PATSY JOAN BAILEY, SCOTT BALLENGER, HELEN |
| 20 | BALTIMORE-MINNER, CAROL BANJO, CHERIE BARDEZBAIN, VINCE |
| 21 | BATTAGLIA, JAMES BERNEY, PATRICE BETHEA, MARY BEIS, |
| 22 | CAROL BERMAN, MARK BESSEN, BERNARD BINGHAM, TODD BISHOP, |
| 23 | TERETHA BONGALIS, CHARLOTTE BOATMAN, JACQUELYN BORMANN, |
| 24 | PAUL BRAUNGER, NANCY BREWER, VIRGINIA BULLOCK-GREY, GINA |
| 25 | LOUISE BURNS, GUY BURNS, JOHN CALVERT, JUDITH COHEN, STACEY |
| 26 | COLLINS, JOHN ARTHUR COUILLARD, HARRY CUSHING, |
| 27 | LONNIE DEGG, CONNIE DESILVIS, CHERYL DEWITT, BERNICE |
| 28 | DISCIANNO, LINDA DOERR, |

- 8 -

PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 46*

| | |
|---|---|
| 1 | ANTONION DORSEY, LUELLA |
| | EDWARDS, ANITA EVANS, ERNEST |
| 2 | FALK, JOSEPH FELLER, TERRY |
| | FLETCHER, LARRY FOUNTAIN, |
| 3 | JASON LEE FRANKLIN, JAN |
| | GARRETT, MARCIA GRACE, |
| 4 | ELIZABETH GRAVES, BETTY |
| | HARDEN, TERESA HARRIMAN, |
| 5 | HENRY HOWES, LOUIS JONES, |
| | HELEN KANE, JOHN KRAMER, |
| 6 | DEBORAH LARAIA, RAMONA |
| | LOWELL, CAROL LUCKOW, ROGER |
| 7 | MAY, BRADLEY MCCOY, VIOLET |
| | MCGEE, GARY MILLER, MARSCHERE |
| 8 | MILER, SHARON MONTGOMERY, |
| | JOSEPHINE MOURNING, JUDY |
| 9 | MULLINS, GERALDINE NEWBY, |
| | EUGENE O'NEILL, ANTHONY |
| 10 | PALMIERO, DENNIS PARKER, |
| | CAROLYN RICKER, JOE ROMERO, |
| 11 | DEWEY RUSS JR., FAITH |
| | SCHUPANITZ, KEVIN SCOTT, NEIL |
| 12 | SCROGGINS, MARY SLAGLE, |
| | CHERYL SMITH, CHARLOTTE |
| 13 | SOBER, SUSAN STONE, RODNEY |
| | THIELBAR, GLENNY TIEPEL, DEREK |
| 14 | TRAPP, NICOLE TUCEK, MARY KAY |
| | VISSER, MICHAEL ZIELINSKI, |
| 15 | GEORGINA ALVAREZ-GRESPO, |
| | MICHAEL ALVERSON SR., DIANE |
| 16 | AXELROD, RODGER BAKER, ARTHUR |
| | BAPTISTER, JOSE BARRIENTOS, |
| 17 | DOROTHY BASARABA, FREDERICK |
| | BENNETT, MIKE BENTLEY, JOAN |
| 18 | BERMAN, STEPHANIE BILDNER, |
| | JEANNETTE BIMONTE, MICHAEL |
| 19 | BOARD, APRIL BOLOGNA, CAROLYN |
| | BRANSCOMB, SYBIL BRITT, RENDER |
| 20 | BRITTON, BEVERLY BROWN, DEBRA |
| | JEAN BROWN, KAREN BROWN, |
| 21 | ESTHER BROWNE-KING, DARRY |
| | BROWN-WAKEFIELD, DANA BROWN- |
| 22 | WRIGHT, RHONDA FAYE BRYANT, |
| | ROBERT BURGIO, BRADEN BYRD, |
| 23 | RICHARD CADIEUX, SHARON |
| | CAMPBELL, DANNY CARNELL, |
| 24 | THEMLA CARTER, SAPHINA CASEY, |
| | JOSE CASTELLANOS, MYRON |
| 25 | CHESTNUT, HENRY CLAUSON, |
| | DIANNE CLAWSON, JASON COOK, |
| 26 | JAMES COONEY, BETTY COOPER, |
| | WILLIAM CORDREY, ELAINE |
| 27 | COUTURE, JUANITA COVINGTON- |
| | BROWN, HOLLY CREEL, JULIAN |
| 28 | CROSS, MARTIN CROWE, DENNIS |

PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 47*

CUNNINGHAM, GWENDOLYN CUNNINGHAM, RICHARD D'ALESSANDRO, PAULA DEFOREST, WILLIAM DEJARNETTE, PAUL DEMARIA, SHERYL ELLIS-RICHARDSON, ANDREA ESSARY, MAUREEN FLETCHER, JACKIE FLIPPO, LARRY FLOYD, LORA GRAHAM, LIZ HAGGARD, JANIE HATHOOT, CYNTHIA HENNECK, CHARLES HOLMAN, PATRICIA HOWARD, HELEN JONES, TAMARA JONES, LINDA KANIA, VINCENT KELLY, PEDRO LABARTA, ARCHIE LAIL, PATRICIA LANDRY, MARY LAWTON, SAMUEL LUCAS, SHARON MALOFSKY, DAN MCDOWELL, RICHARD MILSAK, LETA MITCHELL, CATHERINE MULLEN, SUZANNE MURPHY, PAM MYERS, KEVIN SCOTT, RENEE SHEPHERD, ALICE SHORE, PATSY SORRELLS, BARBARA STRAUB, KELLY TAYLOR, ROWLAND TRAVIS, JAMES WEILANDT, ROBERT WIERZBICKY, JULIE KAY ADAMS, CARLOS ALVAREX, JAMES ANDERSON, GAYLE BALDWIN, PAUL BARRETTE, LAURA BERRY, CHERYL BITTERS, ROBERT BOSTIC, WERNER BRANDENBURG, TABITHA BRUAH, CAROLYN BUCK, VERNON CAMERON, PAUL CLIFTON JR., JENNIE CLINGEN, REGINA COLLURA, NORMA CONWAY, PATRICIA COOK, REBECCA CRAWFORD, TERRY CRESWELL, RENE DAVIS, CRYSTAL DOW, PATRICK EDNIE, EDGAR AVANS, FRETTA FOEKS, RAMONA FOSHEE, RENAE FURLONG, CLARENCE GARTIN, MARY JANE GAVIN, RYAN GERHARDT, JESSICA GETSFRID, PAUL GIGUERE, VIRGINIA GILMORE, DAVID GORDON, LORETTA GRAVES, JOHN GRAYBILL, EVONNE HAAK, ANN HAHN, BILLY HARDEE, VARNEY HARMON, STEVEN HARRIS, KEITH HARVEY, DANIEL HOLMAN, WILLIAM HOLLY, TRACY HOOKS, JANET HORSMAN, WILLIAM HUMPHREY, JOYCE ANN HYDE, BRENDA JAEGER, DALLAS JOHNSON, JOUISE JURACKA, SUZANNE KEUPER, RICH KING, LOUANN KOCHER, LARRY KOLLMAR, JOHN

116332v1

- 10 -

PLAINTIFFS' COMPLAINT

EXHIBIT 1 - PAGE 48

1  MATHEWS, ROBERT MCLENNON,
   ERIKA MIDKIFF, GLENN CASEY
2  NORDIN JR., JANE OWENBY, TERRY
   PATTERSON, ANTIONETTE POWERS,
3  ANTONIO PURIFICATO, DAVID
   REAVIS, ELIZABETH ROBERTSON,
4  JOANN ROS, KATHLEEN ANN RUSSO,
   ANN SADLER-GODWIN, TERESA
5  SCHANZER, VICKIE ANN SCHMITT,
   JANICE SCOTTI, REBECCA SCRUGGS,
6  ROBERT SHEFFER, LYNNE
   SHERLAND-DUPUIS, JAMES SISTARE,
7  PATSY SMITH, RICHARD SMITH,
   PHYLLIS SONNIER, JAMES SPENCE,
8  WLATER STEWART, JAMES TAYLOR
   JR., JOYCE TERRY, ROY EUGENE
9  URPMAN, RICKY WAKELAND,
   RUDOLPH WEINHANDL, EARLEEN
10 WILLIAMS, REBECCA WINCHESTER

11                                    Plaintiffs,

12    v.

13 JOHNSON & JOHNSON,

14 *Serve:* One Johnson & Johnson Plaza
15        New Brunswick, NJ 08933

16 ORTHO-McNEIL
17 PHARMACEUTICAL, INC.,

18 *Serve:*
          1000 Route 202 South
19        P.O. Box 300
          Raritan, NJ 08869
20
21 JOHNSON & JOHNSON
   PHARMACEUTICAL RESEARCH
22 & DEVELOPMENT, LLC,

23 *Serve:* 920 Route 202 South
          P.O. Box 300
24        Mail Stop: 2628
          Raritan, NJ 08869
25                                    Defendants.

26     Plaintiffs, by and through their attorneys of record, hereby file Plaintiffs' Complaint

27 against Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"),

28 and Johnson &. Johnson Pharmaceutical Research & Development, LLC ("Johnson & Johnson

116332v1                          - 11 -          PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 49*

Pharmaceutical") (hereinafter collectively "Defendants"), and state on information and belief as follows:

INTRODUCTION

1. This case involves the fluoroquinolone antibiotic, levofloxacin.

2. Levofloxacin was designed, formulated, promoted, sold and distributed by Defendants in the United States as Levaquin® from 1997 through the present.

3. Levaquin was approved by the FDA for treatment of a variety of serious infections. However, Defendants market Levaquin as a first line therapy for common bronchitis, sinusitis infections, and for other similar minor conditions where many other safer antibiotics are available for treatment.

4. As compared to other fluoroquinolone antibiotic drugs, Levaquin causes a higher incidence of tendon injuries, including tendon rupture, especially in persons over 60 years of age and/or who are on corticosteroid therapy, none of which was adequately disclosed to Plaintiffs and Plaintiffs' physicians.

5. Levaquin–induced tendon injury involves the degradation of the tendon tissue, leading to severe and permanent injuries.

6. The Plaintiffs suffered severe and debilitating tendon injuries after use of the drug Levaquin.

7. This lawsuit asserts claims against the Defendants for strict product liability for manufacturing and/or design defect; strict product liability for failure to warn; negligence; breach of implied and express warranties for the design, manufacture, production, testing, study, inspection, labeling, marketing, advertising, sales, promotion, and distribution of Levaquin; common law fraud and violation of consumer protection laws.

JURISDICTION AND VENUE

8. This Court has personal jurisdiction over Defendants because Defendants have

116332v1                                    – 12 –                        PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 50*

transacted business and engaged in tortious and fraudulent conduct, by affirmative act or omission, in the State of California such that it reasonably anticipated being subject to personal jurisdiction before the courts of this State.

9. Venue is proper in this Court, including under California Civil Code § 1780, because Defendant Ortho-McNeil does business in Los Angeles County, California, and/or has a registered agent in this County. Additionally, Plaintiff resides in Los Angeles County, and a substantial part of the events or omissions giving rise to the claims occurred in Los Angeles County, California.

10. The Defendants are subject to the jurisdiction of this Court because they conduct substantial, continuous and systematic business within the state of California. Defendants maintain offices and agents in the state for the transaction of their customary business. In addition, Defendants engage in widespread and continuous sales activities within the state of California.

11. The applicable statute of limitations is tolled based on Defendants' fraudulent concealment of the dangers and adverse side effects of Levaquin from Plaintiffs as more fully stated herein, which prevented Plaintiffs from discovering Defendants' wrongdoing. Additionally, for the reasons stated herein, all Defendants are equitably estopped from raising the statute of limitations defense.

## PARTIES

12. Plaintiffs Yolanda Alvarado, Wanda Boucher, Linda Bradberry, Patti Brister, Annie Brown, Melissa Campbell, Janet Lynne Crawford, Frances Kaplan, William Kramer, Frances Cassola, Edward Chait, Ralph Constantineau, Debbie DiBianca, Stephen Montalbano, Collette Fotiadis, Lisa Hoffman, Laverne House, Ann Marie James, Fotini Katsoudas, Howard Krinick, Gilbert Lenett, Deborah Benge, Charles Hood, Pedro Labarta, Gilbert Lenett, Carlos Lopez,

116332v1                                     - 13 -                    PLAINTIFFS' COMPLAINT

EXHIBIT 1 - PAGE 51

Francis Lukacs, Lisa Maskevich, Joseph McNally, Patricia Meany, Geraldine Mooney, Virgil William Murrell, Stephanie Myers, Patricia Neary, Anthony Palmiero, Ana Pereira, Jeannette Pessolano, Steven Pezzino, Joan Picarone, Warren Sharpe, Ellen Shumway, Roseanna Valenzano, Ruth Vega, Selena Wheeler, Florene White-Raymond, Melissa Tedeschi, Mary Ann Verde, Pat Patel, Lena Schnetzinger are citizens and residents of New Jersey and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

13. Plaintiffs Kelli Longacre, Steven Altemeyer, Carol Andrew, Harriet Anthony, Preston Arnold, Vikki Avila, Patsy Joan Bailey, Scott Ballenger, Helen Baltimore-Minner, Carol Banjo, Cherie Bardezbain, Patrice Beathea, Mary Beis, Carol Berman, Mark Bessen, Bernard Bingham, Todd Bishop, Henry Howes, Carolyn McGee, Billie Kaye Alexander are citizens and residents of Missouri and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

14. Plaintiffs Thomas Mosteter, Jerry Bailey, Betty Barkley, Jeannette Bimonte, Maxine Crouch, Peggy Daversa, Sonja Fassbender, Remy Ferrer, Kaye Goodrich, Annie Hannah, Howard Henderson, Jr., Earl Kent, Jr., Mary Lawton, Roxane Lucas, Thomas McCants, Willie Nelson, Kathy Powe, Annie Shackelford, Richard Stover, Alethea Watson-Agee, Kristy Wayland (Bobo), Thomas Dark, Odessa Underwood are citizens and residents of Alabama and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

15. Plaintiffs Michael Adams, JoAnn Geer, Karen Harvey, Nancy Ware are citizens and residents of Alaska and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

116332v1                                  - 14 -                      PLAINTIFFS' COMPLAINT

EXHIBIT 1 - PAGE 52

16.    Plaintiffs  Michael Alverson, Sr., Mary Ann Anderson, Carolyn Branscomb, Dana Brown-Wright, Rhonda Faye Bryant, Braden Byrd, Danny Carnell, Andrea Essary, Jackie Flippo, Larry Floyd, Liz Haggard, Janie Hathoot, Charles Holman, Helen Jones, Vincent Kelly, Archie Lail, Samuel Lucas, Dan Charles McDowell, Richard Milsak, Leta Mitchell, Catherine Mullen, Pam Myers, Renee Shepherd, Barbara Straub, Kelly M. Taylor, Holly Creel, Lora Graham, Patsy Sorrells, Darryl Brown-Wakefield are citizens and residents of Arkansas and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

17.    Plaintiffs Dave Arnold, Lara Batie, Tammy Bauer, Shirley Bender, Teresa Cashen, Rachel Colombo, Theresa Desoto, Malcolm Enger, Katia Fleury, John Garza, Robert Michel, Bonnie Parker, Ellis Pendergraft, Stephen Prock, Debra O'Shane, Judie Ann Quijano, Alexandria Roses, Lawrence Schneider, Ruby Stolze, Deborah Thomas, Arvid Tommila, Wliam DeJarnette, Patricia Landry, Alice Shore, James Weilandt are citizens and residents of Arizona and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

18.    Plaintiffs  Bernard Molloy, Diana Allen, Roger Bales, Stephen Michael Benson, Timothy Brazeal, Kelly Burnette, Andrea Chavez-Ochoa, Candace Cloward-Douglass, Mary Costa, Nikolai Dezmura, Matilda Diaz-Silva, Henry Estrada, Brian Filsinger, Cleo Flauta, Ronnie Garcia, Charlotte Garavito, Robert Hernandez, Monica Holland, Kathryn Ingram, Lois Johnson, Hityarani Kandavelu, Nina Lawson, James Leslie, Sandra Mahmoodi, Jean McCormick, Pamela Moquin, Tracy Lynn Murad, Walter Osbourn III, Gordon Roberts, Noelle Gardner-Vahdat, Michael Woolman, William Beaver, Franz Beisert, Susan Bethel, Melanie Campbell, Kirk Carter, Yvonne Day, Michael Dolyniuk, Paul Dumpson, Jeffrey Fairbairn, Lucille Ford-Bailey, Rachel (Maria) Freeman, Curtis Gee, Katie Gerard, Steve Cobble, Sheryl Ellis-Richardson, Paul Harris,

*EXHIBIT 1 - PAGE 53*

Rodger Higgins, Tony Howell, Richard Joy, Sr., Cyndi Kline, Phillip Mallory, Kelly McAndrew, Al F. Norooz, Arthur O'Hare, Jozalyn Palmer, Natan Rozenfeld, Robert Schmitz, Gloria Schwartz, Michael Silverman, Sandra Smith, Rommie L. Stalnaker, Daniel Striepeke, Stephen Swenson, Teresa Thompson, Cindy Wismer, Leatris Womack, Jr., Joseph Clark, Jack McGinnis, Gary Young, Judith Cohen are citizens and residents of California and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

19.   Plaintiffs  Dianne Andis, Lois Burgess, Susan Winifred Davis, Ronald Delcamp, Frederick Freeh, Annette Galvan, Paul Hilf, Herman Kline, Bakula Patel, Kevin Scott, Emily Shelton, Judy Slaton, Nancy Louise Smith are citizens and residents of Colorado and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

20.   Plaintiffs  Michael Board, Gwendolyn Cunningham, Richard A. D'Alessandro, Maureen Fletcher, Patricia Howard, Linda Kania, Sharon Malofsky, Suzanne Murphy, Rowland Travis, Tamara Jones are citizens and residents of Connecticut and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

21.   Plaintiffs Henry Smith, Jr., Georgina Alvarez-Grespo, Diane Axelrod, Roger Baker, Arthur Baptister, Jose Barrientos, Dorothy Basaraba, Frederic Bennett, Mike Bentley, Joan Berman, Stephanie Bildner, April Bologna, Sybil Britt, Render Britton, Beverly Brown, Debra Jean Brown, Karen Brown, Esther Browne-King, Robert Burgio, Richard Cadieux, Thelma Carter, Saphina Casey, Jose Castellanos, Myron Chestnut, Henry E. Clauson, Dianne Clawson, Jason Cook, James Cooney, Betty Cooper, William Cordrey, Elaine Couture, Juanita Covington-Brown, Julian Cross, Martin Crowe, Dennis Cunningham, Paula DeForest, Paul DeMaria, Joseph

EXHIBIT 1 - PAGE 54

1   Demty, Charles Dnnison, Fanny Diaz, Dennis Dickson, Virginia Dietrich, Lisa Dixon, Linda

2   Doman, Michael Donofrio, Benny Dye, Louise Finley, Sue Finn, Charles Finn III, Diane

3   Fitzgerald, Jerry Flakus, Nina Fleisher, Shelley Fromm, Marilyn Goldberg, Van Greene, Virginia

4   Gregory, Susan Hanson, Barbara Helminger, Veronica Helsby, Janice Herring, Ray Holmes,

5   Dennis Horn, George Irwin, Gloria Jackson, Alice Johnson, Patricia Johnson, Jennifer Johnson,

6   Gerald Kaminer, Loretta Kaul, Steven Kelly, Wanda Kizer, Shari L. Krisby, Martin Lalli, Donna

7   LaRochelle, Richard LaRosa, Sr., Lucille Leech, Susan Lesowitz, Theresa Masucci, Dora Mata,

8   Betty McKinnie, Willie McLean, Myrea Montreuil, Maryn Moore, James Nestor, Nancy Nieto,

9   Carolyn Ondrusek, Arelys Perez, Christopher Porter, Lee Powers, Edward Puskas, John Rathgeb,

10  Carole Ray, Charles Ray, Cynthia Reedy, Theodore Regal, Debra A. Rosenfeld, Marc Brad

11  Rubinson, Earnest Russell, Halleh Sabet, Lynne Sachse, Leroy Sanford, Melody Sansbury,

12  Jeannette Santore, Mary Jo Sauers, Nancy Seib, Norman Self, Elizabeth Sheedy, Emilie Shriver,

13  Krissy Slawinski, Ruth Slone, Clifton Smith, Elaine Snyder, Priscilla Swartwood, Frank Tabino,

14  Jr., Lonnie Thomas, Josette Thompson, Hoby Unkelbach, Mark Valente, Rosemary VanRiper,

15  Annie Maude Wagner, Carroll Ward, Jacqueline Wheeler, Margaret White, Gloria White, Sharon

16  Pickard, John Vinelli, Sharon Campbell, Michael Stolica are citizens and residents of Florida and

17  took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin,

18  Plaintiffs suffered severe and debilitating tendon injuries.

19      22.  Plaintiffs Betty Ammerman, Betty Anderson, Leonard Ashley, David Branson,

20  Jacqueline Broughton-Rucker, Cynthia Byrd, Jerry Carter, Alan Caswell, Cynthia Cooper, J.W.

21  DeBoard, Jr., Gloria Escoe, Robert Freeman, Anna Hammerschmidt, Betty Harden, Dustin Heitz,

22  Jan Hinson, Mary Hubbard, Virginia Jackson, Evelyn Jones, Sandra Judd, Cynthia Kidd-Stewart,

23  Martha Lord, Janis Lutke, Deborah Mason, Julian McCamy, David Meade, Jean Ann Miller,

24  Helen Myers, David Neighbors, Pamela Nelson, Alice Norris, Frank Ridlon, Luis Rodriguez,

*EXHIBIT 1 - PAGE 55*

Miles Smash, Willie Tompkins, Kathleen Walls, Joann Wilcher, Desiree Bolognone, Tiffany Spears are citizens and residents of Georgia and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

23.  Plaintiffs Paul Braunger, John Arthur Couillard, LeAnn Kurtz, Susan Magoon-Pettit, Scott Miller, Cynthia Schupanitz are citizens and residents of Iowa and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

24.  Plaintiffs Vita Fuller, Kristi Gutknecht, Paula Hales are citizens and residents of Idaho and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

25.  Plaintiffs Frank Dickerson, Jacquelyn Engle, Lawrence St. Cin, Deborah Hildebrandt, Diana Moore, Kem1eth Moore, Jayna Sample, Billy Joe Sutton, Pamela Demlison, Darrell Griggs, Susan Price, Rachael Speir, Rosetta Coleman, David Anderson, Michael Anderson, Johnetta Atemen, Lonnie Bandy, Charley Barron, Dam1yBess, Gary Boyd, Ralph Burts, Carolyn Callahan, Sandra Caparro, Annie Carter, Melody Cressler, Roger Damnitz, Bernita Darling, Linda Davis, Larry Dawson, Jennifer Fliris, Daisy Ford, Barbara Frey, Carlos Garcia, Janice Glackin, Christine Gregory, Barbara Hamilton, Bernadine Hamilton, Mary Handeland, Robert Hanrahan, Robert Hershfelt, Claudine Hill-Ayinde, Victoria Johnson, Simone Lagessie, Nancy Latinovich, Victor Lawson, Garlette Lewis-Seifer, Alphonso Lyons, Daniel McCartney, Georgia McCuan, Chrissie Mcintosh, Shirley McNear, Peggy Mellein, Arthur Miller, Rusty Miller, Maureen Mitchell, Ronald Moore, Clive Norton, Linda O'Banion, Edwin Pagan, Vehna Peden, Kathleen Phillips, Laurinda Pye, Tiffany Ray, Loretta Richardson, Nettie Robey, Sheiree Rocquemore, James Rooney, Bessie Rossiano, Edward Sarney, Jmnes Sawyer, Robert

EXHIBIT 1 - PAGE 56

1   Smith, Lester Appell, Fannie Baker, Madalyne Berry-Dahm, Greg Birkland, Alice Brewer, Ralph

2   Brown, Larry Coleman, Paul Dausman, Lynn Erkmann, Clara Garcia, Evon Garrett, Cristen

3   Gianneschi, Dan Harris, Jeanette Hart, Jennifer Hochberg, Nonna Houser, Tarence Jenkins,

4   Crystal Kempfer, Linda Kuhn, Jerry Long, Sylvia Love, David Maas, Celine Marshall, Marc

5   McNeese, Verna McNeil, Helen Miller, Gregory Morris, Kimberly Moss, Therodora Murrell,

6   Nassir Matthew Rehan, Mildred Robinson, Arnold Sharkan, John Simon, Verna Smith, Thomas

7   Stukins, Darrell Sullivan, Gwendolyn Sykes, Michael Teague, Mary Jane Thompson, Yolanda

8   Torres, Sandra Warren, Karen Watson, Norma Webb, Margaret Weinand, Jennifer White, Carrie

9   Williams, Karen Williams, Samuel Wilson, Vernon Winzeler, Timothy Wolfe, Debra Wolinsky,

10  Velma Wyman, Belinda Young, Rickey Wakeland, Michael Murphy are citizens and residents of

11  Illinois and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of

12  Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

13
14       26.    Plaintiffs Pamela Sheppard, Joy Atkins, Rickey Cooper, Garry Dailey, Tom Diem,

15  Donna Duncan, Robert Godwin, Jenny Graves, Teresa Harriman, Gerald Jones, Rex LeClerc,

16  Thomas Maloney, Kathy Ann McCrory, Sharon Montgomery, Jack Penrod, Kenneth Roberts, Joe

17  Romero, William Short, Charlene Taylor, William Thilmont, Sr., Norma Thompson, Sara

18  Welborn, Paula Wells, Carol Wilcox are citizens and residents of Indiana and took Levaquin that

19  was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered

20  severe and debilitating tendon injuries.

21
22       27.    Plaintiffs Robert Lee Ball, Cynthia Burgett, Michael Carrolthers, Bonnie Foster,

23  Merlin Hull, Lori Jean Irwin, Marion Leonard, Donald Livengood, Deborah Luce, Bruna

24  Mattioli, Robyn Moore, Duane Patterson, Dianne Ransom, Chestine Scott, Vivian Werntz, Lynne

25  Wettig, Lawrence Wilson, Ellsworth Wright, Robert Jr. Davolt, Jesse Sherwood are citizens and

26
27
28

116332v1                                    - 19 -                    PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 57*

1   residents of Kansas and took Levaquin that was manufactured by Defendants.   Because of

2   Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

3       28.   Plaintiffs Lloyd Bryant, Gary Buhrow, Roger Clark, Mozziz DeWalt, Mary Floyd,

4   Dorothy Heron, Patricia Johnson, Charlotte Sober, Judy Stephenson, Laura West are citizens and

5   residents of Kentucky and took Levaquin that was manufactured by Defendants.   Because of

6   Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

7

8       29.   Plaintiffs Angenetta Bailey, Rhonda Boudreaux, Kimberly Clark, Robert Harkins,

9   Lawrence Hilts, Sheila Leon, Ellen Finley, Arden Jess Smith are citizens and residents of

10  Louisiana and took Levaquin that was manufactured by Defendants.   Because of Plaintiffs' use of

11  Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

12      30.   Plaintiffs Joseph Feller, Jennifer Jardine, Peggy Ross are citizens and residents of

13  Maine and took Levaquin that was manufactured by Defendants.   Because of Plaintiffs' use of

14

15  Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

16      31.   Plaintiffs Karen Bradley, Shirley Goldstein, Carol Howard-Leasure, Edwin Lawton,

17  Michael League, Michele Logan, Sheri Malar, Lisa Mitchell, Kalman Parker, Faith Schroeder,

18  Marschere Miller, Josephine Mourning are citizens and residents of Maryland and took Levaquin

19  that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered

20  severe and debilitating tendon injuries.

21

22      32.   Plaintiffs Joseph Convery, Irene DeSantis, Leo DeStefano, Terry Hemby, Nevin

23  Kirk, Harold Kravitz, Brody Lozo, Hope Malnati, Anna Moccaldi, Harold Okun, Mary Jane

24  Taglieri, Richard Woods, Diane Lewandowski are citizens and residents of Massachusetts and

25  took Levaquin that was manufactured by Defendants.   Because of Plaintiffs' use of Levaquin,

26  Plaintiffs suffered severe and debilitating tendon injuries.

27

28

116332v1                                  - 20 -                    PLAINTIFFS' COMPLAINT

EXHIBIT 1 - PAGE 58

33.   Plaintiffs  Beverly Zech, John Altman, Vince Battaglia, James Berney, Teretha Bongalis, Virginia Bullock-Gray, Tammy Burnett, Gina Louise Burns, Guy Burns, John Calvert, Stacey Collins, Lonnie Degg, Connie DeSilvis, Cheryl DeWitt, Bernice Discianno, Linda Doerr, Antonio Dorsey, Luella Edwards, Anita Evans, Terry Fletcher, Jason Lee Franklin, Jan Garrett, Elizabeth Graves, Louis Jones, John Kramer, Deborah LaRaia, Roger May, Gary Miller, Geraldine Newby, Dennis Parker, Dewey Russ, Jr., Susan Stone, Glenny Tiepel, Derek Trapp, Nicole Tucek, Mary Kay Visser, Bela Antal, Charlotte Boatman, Marcia Grace, Bradley McCoy, Mary Slagle, Michael Zielinski, Judy Mullins are citizens and residents of Michigan and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

34.   Plaintiffs  Bradley Addis, Jesse Archer, Jacquelyn A. Bormann, Nancy I. Brewer, Harry Cushing, Ernest Falk, Larry Fountain, Helen Kane, Ramona Lowell, Carol Luckow, Violet McGee, Eugene O'Neill, Corlyn Ricker, Rodney Thielbar, Cheryl L. Smith are citizens and residents of Minnesota and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

35.   Plaintiffs Barbara Gordon-Abston is a citizen and resident of Mississippi and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

36.   Plaintiffs Donald Myers is a citizens and resident of Montana and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

37.   Plaintiffs Carol Lee Chappell, Nancy Edwards, Christine Haar, Lisa Klappenback, Theresa Primavera, Charles Smith, Robert Wierzbicky, Joselito Yambao, Jr., Karen Jones, Brenda Stukey, Joan Caselli-Gross are citizens and residents of Nevada and took Levaquin that

EXHIBIT 1 - PAGE 59

was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

38.   Plaintiffs Sandra Martin-Clayton is a citizen and resident of New Hampshire and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

39.   Plaintiffs Jennifer Naselaris is a citizen and resident of New Mexico and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

40.   Plaintiffs Tara Reyes is a citizen and resident of New York and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

41.   Plaintiffs Donald Abner, Vicki S. Blommel, David Boswell, Leslie Brown, Tabitha Bruah, Kimberly Burge, David Darst, Anthony DeGidio, Doris Gordon, JoAnne Hall, Donna Houston, Brenda Jaeger, Darlene Janis, Rick Kidwell, Larry Kollmar, Sandra Logan, Heidi Lowe, Antoinette Powers, Joyce Roth, Mary (Becky) Sacco, Jacob Thompson, Melvin Timberlake, Richard Waldron, Thomas Yerian, Sr., Gayland C. Selby, Kerry Wilkes, Leonard Goldberg are citizens and residents of Ohio and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

42.   Plaintiffs Janet Almond, Luann Avens, Peggy Sue Bush, Alton Carter, Barbara Casey, Stella Louise Deeds, Ramona Foshee, Charles Hobbs, Jon Hurley, Joyce Ann Hyde, Sylvia McElhannon, Frances Spence, Carol Starbuck, Diane Rude are citizens and residents of Oklahoma and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

PLAINTIFFS' COMPLAINT

116332v1

EXHIBIT 1 - PAGE 60

43.   Plaintiffs Lecia Seaman is a citizen and resident of Oregon and took Levaquin that was manufactured by Defendants.   Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

44.   Plaintiffs Patricia Bachisn, Alicia Cummins, Brian Dietz, George Fessler, Rhonda Gilkey-Trexler, Virginia Gilmore, Dennis Holcomb, Donna Ludwig, Richard Mosteller, Kerri Sechman, Shirley Thompson, John Wilson, Fretta Focks, Arthur Lebofsky, Daniel Meinert, Antonio Purificato, Lida Shaffer, Diana Swenson are citizens and residents of Pennsylvania and took Levaquin that was manufactured by Defendants.   Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

45.   Plaintiffs Paul Giguere, Steven Harris, John Mathews, Joyce Terry, Michael Vieira are citizens and residents of Rhode Island and took Levaquin that was manufactured by Defendants.   Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

46.   Plaintiffs James Anderson, Robert Bostic, Carolyn Buck, Vernon Cameron, Paul Clifton, Jr., Regina Collura, Rebecca Crawford, Terry Creswell, Rene Davis, Patrick Ednie, Mary Jane Gavin, Ann Hahn, Billy Hardee, Varney Harmon, Tracy Hooks, Janet Horsman, Suzanne B. Keuper, Alice Faye Newsome, Jane Owenby, Terry Patterson, Vickie Ann Schmitt, Janice Scotti, Rebecca Scruggs, Robert Sheffer, Lynne Sherland-Dupuis, James Sistare, Patsy Smith, Richard Smith, James Spence, Walter Stewart, Blair Webb, Earlean Williams, Rebecca Winchester are citizens and residents of South Carolina and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

47.   Plaintiffs Magalene Bailey, Alfred Carnahan, Linda Leffew, Johnny Reed, June Conner, Patricia Cook, William Holly, Carolyn Stinnett are citizens and residents of Tennessee

EXHIBIT 1 - PAGE 61

1  and took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin,

2  Plaintiffs suffered severe and debilitating tendon injuries.

3      48.  Plaintiffs Dennis Barkway, Marilyn Bradford, Neil Bronstein, James Jesse Brooks,

4  James Brugette, Martha Jane Custer, Lois Dwyer, Steven Farrow, Ricky Foxworth, Sharon

5  Hamilton, Robert Hastings, Alicia Hernandez, Phil Hinson, Lois Howard, Wiley James III,

6

7  Myron Jordan, Lucille Lawhon, Brenda Lege, Bernard Mahan, Shirley Ann Mauney, Rosa Irene

8  Moor, Danny Roberts, Irene Rodriguez, Michele Smith, Wilson Spurlin, Bobie St. Christopher,

9  Nancy Stafford, Beverly Stephens, Virgil Taylor, Loretta Tealer, Marcenia Thomas, James Ulik,

10  Billy Walker, Karen Wells, Karen Young, Michael Abraham, Cynthia Andrews, Janace Bailey,

11  Jane Ann Baker, Josalyn Buchanan, Gilbert Carrasco, Linda Conovaloff, James Decker, Anthony

12  DeFelice, Robelin DeLeon, Jr., Wayne Paul Donaldson, James Dunn, Sr., Donna Ervin,   Karen

13  Fields, Aminta Flores, Gary Foster, Ernesto Fusarelli, Gloria Hamilton, Marlissa Hendrix,

14  Cynthia Henneck, Tameca Jenkins, Barton Lachapelle, Linda Lawler, Cynthia Lindley, Michael

15

16  Mallicoat, Isabel Martinez, Raul Martinez, Robert McLennon, David Medina, Cynthia Mendez,

17  Nicole Moore, Alice Nash, Carl Payton, Ann Sadler-Godwin, Teresa Schanzer, Carol Scroggins,

18  Antonio Taylor, Jimmie Terrell, Douglas Williams, Holly Witworth, Tawnya Mitchell, Glenn

19  Casey Nordin, Jr., Norma Brooks are citizens and residents of Texas and took Levaquin that was

20  manufactured by Defendants.  Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe

21  and debilitating tendon injuries.

22

23      49.  Plaintiffs Carol Hastings, Joseph Atkinson are citizens and residents of Utah and

24  took Levaquin that was manufactured by Defendants.  Because of Plaintiffs' use of Levaquin,

25  Plaintiffs suffered severe and debilitating tendon injuries.

26      50.  Plaintiffs Rhonda Bralley, Shirley Creeley, Bernadette Dodson, Vaughn Edwards,

27  Sushila Khanna, Lori Lincoln, Veronica Miller, Linda Phillips, JoAnn T. Ros, Rita Stone, Rick

28

*EXHIBIT 1 - PAGE 62*

Triplett, Sandra Wilkins are citizens and residents of Virginia and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

51. Plaintiffs Kathleen Ann Russo is a citizen and resident of Vermont and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiff suffered severe and debilitating tendon injuries.

52. Plaintiffs Gayle Baldwin, Laura Berry, Jennie Clingen, Edgar Evans, Clarence J. Gartin, John Graybill, Keith O. Harvey, Daniel Holman, Rick King, David Reavis, Phyllis Sonnier, James Taylor, Jr., Roy Eugene Urpman, Rudolph Weinhandl, Jessica Getsfrid, Loretta Graves, Elizabeth Robertson are citizens and residents of Washington and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

53. Plaintiffs Linda Browning, Virginia Byers, Frank Cosco, Nancy Crawford, Carol Hyatt, Victoria Jennings, Wanda Sue Kincaid, John James Kinney, Jr., Erika Midkiff, Sharon Steorts, Loretta Wilhelm are citizens and residents of West Virginia and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

54. Plaintiffs Julie Kay Adams, Carlos Alvarez, Paul Barrette, Cheryl Bitters, Werner Brandenburg, Norma Conway, Crystal Dow, Renac Furlong, Ryan Gerhardt, David Gordon, Evonne Haak, William Humphrey, Dallas Johnson, Louise Juracka, LouAnn Kocherare citizens and residents of Wisconsin and took Levaquin that was manufactured by Defendants. Because of Plaintiffs' use of Levaquin, Plaintiffs suffered severe and debilitating tendon injuries.

55. Defendant Johnson & Johnson is a New Jersey corporation with its principal place of business in New Brunswick, New Jersey. At all times relevant hereto, Defendant Johnson &

EXHIBIT 1 - PAGE 63

Johnson, either directly or indirectly through third parties or related entities, was and continues to be engaged in the business of testing, developing, manufacturing, distributing, licensing, labeling and marketing the pharmaceutical drug Levaquin.

56.   Defendant Ortho-McNeil is a Delaware corporation with its principal place of business in Raritan, New Jersey. Defendant Ortho-McNeil is a wholly owned subsidiary of Johnson & Johnson.   At all times relevant hereto, Defendant Ortho-McNeil, either directly or indirectly through third parties or related entities, was and continues to be engaged in the business of testing, developing, manufacturing, distributing, licensing, labeling and marketing the pharmaceutical drug Levaquin.

57.   Defendant Johnson & Johnson Pharmaceutical Research & Development is a New Jersey corporation with its principal place of business in Raritan, New Jersey. Defendant Johnson & Johnson Pharmaceutical Research & Development is a wholly owned subsidiary of Johnson & Johnson and was formerly known as R.W. Johnson Pharmaceutical Research Institute.   At all times relevant hereto, Defendant Johnson & Johnson Pharmaceutical Research & Development, either directly or indirectly through third parties or related entities, was and continues to be engaged in the business of testing, developing, manufacturing, distributing, licensing, labeling and marketing the pharmaceutical drug Levaquin.

58.   At all times relevant herein, Defendants tested, studied, researched, designed, formulated, manufactured, inspected, labeled, packaged, promoted, advertised, marketed, distributed, and sold the prescription drug Levaquin in interstate commerce and throughout the State of California. At all times relevant herein, Defendant Ortho-McNeil is and was registered to do business in the State of California.

116332v1                                      - 26 -                          PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 64*

59.   As more particularly pleaded below, Plaintiff maintains that Levaquin is defectively designed, inadequately tested, dangerous to human health, and lacks proper warnings as to the dangers associated with its use.

## FACTS

19.   Levaquin, Defendants' brand name for the antibiotic levofloxacin, is a broad spectrum synthetic antibacterial agent approved for use in the treatment of a variety of upper respiratory infections, urinary tract infections, prostatitis, and other bacterial infections.  It was first introduced into the U.S. market in 1997.

20.   Levaquin is in a class of antibiotics known as fluoroquinolones.  The original quinolone antibiotics were developed in the early 1960s and soon revealed themselves as highly effective against common gram-negative bacteria, but resistance developed rapidly.  Twenty years later, in the early 1980s, fluorinated derivates of the quinolones emerged, revealing a broader, more potent antibiotic, effective against many different types of infections.  These so-called second generation fluoroquinolones included norfloxacin (Noroxin), ciprofloxacin (Cipro), ofloxacin (Floxin), and pefloxacin (never marketed in the U.S.).

21.   Although considered highly effective at killing certain bacteria, fluoroquinolones have long been associated with serious side effects.  Indeed, many fluoroquinolones have been removed from the market due to intolerable adverse events.  For example, Omniflox (temafloxacin) was removed from the market in 1992 because of low blood sugar, kidney failure, and a certain rare form of anemia; Raxar and Zagam were removed because of QT-interval prolongation among other things; Trovan was removed from the market due to severe liver toxicity; and most recently, Tequin was removed from the market in 2006 amid reports of severe blood sugar reactions such as hyperglycemia and hypoglycemia

22.    In sum, though fluoroquinolones may share certain pharmacological properties, their safety profiles can differ immensely.

A.    OFLOXACIN — THE FIRST GENERATION OF LEVAQUIN

23.    To understand the pharmacological properties of Levaquin, one need look no further than to Levaquin's older brother, ofloxacin (Floxin), also manufactured and distributed by Defendants.

24.    Both Floxin and Levaquin were created and developed by Daiichi, a Japanese Company who holds the patent on both agents. Daiichi assigned the patents to Defendants and gave Defendants an exclusive license to manufacture and market both its fluoroquinolone compounds in the United States in return for royalty fees. Daiichi licenses levofloxacin to Aventis for manufacture and market in European counties. To date, Levaquin remains one of Daiichi's best selling pharmaceuticals.

25.    Daiichi ensured that the post market surveillance of levofloxacin would be tracked world-wide by creating an international database to keep track of adverse events. Daiichi shared the results of the post market surveillance with Defendants. This database ensured that Defendants could not ignore the post market experience of levofloxacin in other countries.

26.    Ofloxacin was first introduced into the Japanese market in September 1985. Defendants introduced ofloxacin, under the brand name Floxin, in the United States six years later, in 1991.

27.    Even before ofloxacin was marketed in Japan, Daiichi began researching products that could be the successor of ofloxacin. Daiichi wanted to develop a newer fluoroquinolone in order to be more competitive with Cipro and the other fluoroquinolones by developing a drug with the same or better characteristics of ofloxacin that could be used both orally and by injection.

*EXHIBIT 1 - PAGE 66*

28.    After many derivatives of ofloxacin were explored and synthesized, Daiichi isolated what is now known as levofloxacin. Levofloxacin is a purified version of one optically active form of ofloxacin, more specifically the L-isomer.

29.    Accordingly, ofloxacin and Levaquin are pharmacologically very similar - in fact, they are so similar that Defendants alleged in their New Drug Application for Levaquin that the safety profile of Levaquin would be expected to mirror that of ofloxacin.

30.    Unfortunately, while Levaquin did closely follow the safety profile of ofloxacin, Levaquin had a worse safety profile with respect to certain adverse effects, including tendon toxicity.

B.    **EPIDMIOLOGY OF FLUOROQUINOLONE TENDON TOXICITY — OFLOXACIN IS MORE TENOTOXIC THAN OTHER FLUORQUINOLONES, AND THE ELDERLY AND USERS OF CORTICOSTEROIDS ARE AT A HEIGHTENED RISK**

31.    Tendonitis was first reported as a side effect of fluoroquinolones use in 1983. The first case of Achilles tendon rupture was reported in 1991 in conjunction with pefloxacin — a fluoroquinolone that has never been approved in the U.S, in part due to its tenotoxicity. Potentially due to pefloxacin's early use in France, by 1994 French researchers led by Dr. Pierfitte had identified over 100 French patients with fluoroquinolone tendon disorders (mostly pefloxacin). The researchers observed tendon injury occurred more frequently in patients over 60 and especially in those who had received steroid therapy.

32.    Although the Achilles tendon was affected the most frequently, and bilaterally in many cases, Dr. Pierfitte reported that other tendons could by implicated as well. Accordingly, the French regulatory body was one of the first to notify physicians and their patients about the risk of fluoroquinolones-induced tendon injury. Additionally, as a likely result of Dr. Pierfitte's published observations, pefloxacin became severely restricted in use by 1995.

*EXHIBIT 1 - PAGE 67*

33.    Once pefloxacin became restricted, Defendants' first generation ofloxacin emerged as the most tenotoxic fluoroquinolone on the market.

34.    One of the first published reports regarding the tendon toxicity of ofloxacin was published in 1995 in the British Journal of Clinical Pharmacology (Wilton, L.V., Pearce, G.L. Mann, RD, A comparison of ciprofloxacin, norfloxacin, ofloxacin, azithromycin and cefixime examined by observational cohort studies. Br J Clin Pharmacol 1996; 41:277-284).

35.    In the Wilton report, an analysis of prescription event monitoring data in the United Kingdom (a country where pefloxacin was not approved for market) revealed that ofloxacin was more tenotoxic than the other fluoroquinolones examined.

36.    The United Kingdom's Regulatory Authority issued a bulletin, published in July 1995, stating that it had received 21 reports of tendon damage associated with fluoroquinolone antibiotics.  The Authority reported " . . . elderly patients and those treated concurrently with corticosteroid are at particular risk."

37.    Defendants submitted their New Drug Application regarding Levaquin to the FDA in 1995.  Although Defendants indicated that tendon disorders are associated with fluoroquinolone use, Defendants failed to report that ofloxacin was more tendon toxic than other currently marketed fluoroquinolones and failed to report that the tendon toxicity was exacerbated in the elderly, and especially in those taking corticosteroids.

38.    The first epidemiological study to evaluate the relative risk of fluoroquinolone-induced tendonitis was published in 1999 by pharmacoepidimiologists and researchers at the Department of Epidemiology and Biostatistics and Internal Medicine at Erasmus Medical Center in Rotterdam.  Van der Linden PD, Van de Lie J, Nab HW, Knok A, Stricker B H Ch, Achilles tendonitis associated with fluoroquinolones, Br J Clin Pharmacol 1999; 48: 433-437.

*EXHIBIT 1 - PAGE 68*

39.    Data analyzed in this retrospective cohort study from 41 general practices in the Netherlands from 1995 and 1996 revealed that that ofloxacin had the strongest association with Achilles tendonitis.  The adjusted relative risk of tendonitis to fluoroquinolones was 3.7, while Achilles tendonitis associated with ofloxacin had a relative risk of 10.1.  Upon information and belief, Defendants knew of this study and had an obligation to inform the FDA of this study by supplementing their New Drug Application.  However, Defendants failed to update their New Drug Application or inform the FDA or the medical community or the results of this study.

40.    A second epidemiological study published in 2002 by Van der Linden et al. analyzed data from the IMS Health database in the United Kingdom which contained general practice medical records on a source population of 2 million inhabitants.  Van der Linden, PD, Sturdenboom MCJM, Herings, RMC, Leufkens HGM, Stricker BII Ch, Fluoroquinolones and risk of Achilles tendon disorders: case control study, BMJ 2002; 324:1306-1307.

41.    In this nested case control study, the authors again found that ofloxacin was associated with an eleven-fold increase in tendon disorders.  More specifically, the authors found that the relative risk of Achilles tendon disorders following current use of fluoroquinolones was 1.9, but in patients over 60 years of age, the relative risk was 3.2.  However, in the elderly, the relative risk was 11.5 for current use of ofloxacin, compared to 2.3 and 1.8 for ciprofloxacin and norfloxacin respectively.  In patients of 60 years and older, concurrent use of corticosteroids and fluoroquinolones increased the risk to 6.2. Upon information and belief, Defendants knew of this study and had an obligation to inform the FDA of this study by supplementing their New Drug Application.

42.    Soon thereafter, in 2003, Dr. Van der Linden published his final epidemiological study, a larger population-based case control study that analyzed cases of Achilles tendon rupture and fluoroquinolone use from 1988 to 1998.  Stunningly, his report concluded that the relative

*EXHIBIT 1 - PAGE 69*

risk of a tendon injury in patients over 60 years old taking ofloxacin was 27.7 compared to ciprofloxacin's 3.4. He also found that use of corticosteroids nearly doubled the risk for tendon injury for patients over 60 years old.

43. Even Daiichi, the inventor of ofloxacin and Levaquin, published a 1997 rat study that admitted that Levaquin and ofloxacin were the most toxic to tendons of all the fluoroquinolones marketed in the United States. The study was designed to not only better understand the pathophysiological mechanism of fluoroquinolone-induced tendon disorders, but also to compare the relative tendon toxicity of ten different fluoroquinolones.

44. Although the exact mechanism of how fluoroquinolones cause tendon injury is still being investigated, studies have suggested that fluoroquinolones can degrade tendon cells by causing apoptosis, or a programmable cell death, and therefore lose their integrity, and easily tear and/or rupture.

45. The outcome of Achilles tendon ruptures in persons over 60 — the population most affected by this adverse reaction, is not favorable. Treatment may include a corticosteroid to decrease inflammation -- the very drug that, when combined with a fluoroquinolone, can dramatically increase the risk of a tendon rupture. In the event of a tendon rupture, the leg is often immobilized through a boot or other casting for anywhere between six weeks to six months, and physical therapy is ordered thereafter. Surgery is frequently not recommended in the elderly population due to poor recovery rates. However, even with immobilization for long periods of time and physical therapy, the Achilles tendons in the elderly rarely fully recover.

C.    THE FIRST U.S. TENDON WARNING

46. According to the U.S. consumer watchdog organization, Public Citizen, by 1996 there were over 130 reports of tendon injury from around the world and 52 reports of tendon injury in the United States associated with fluoroquinolone use.

116332v1                           - 32 -                    PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 70*

47.    As there was no mention of any fluoroquinolone-induced tendon injury on the label, Public Citizen petitioned the FDA in 1996, based on the number of adverse event reports world wide, to require that manufacturers of fluoroquinolones revise their product label to alert physicians of this unusual adverse event.

48.    The FDA responded by requiring the following warning on all fluoroquinolone labels:

> "Ruptures of the shoulder, hand, and Achilles tendons that required surgical repair or resulted in prolonged disability have been reported with [the specific drug name]. [The specific drug name] should be discontinued if the patient experiences pain, inflammation, or rupture of a tendon. Patients should rest and refrain from exercise until the diagnosis of tendonitis or tendon rupture has been confidently excluded. Tendon rupture can occur at any time during or after therapy with [the specific drug name]."

49.    By 1997, U.S. manufacturers of fluoroquinolones had modified their label. However, the language was buried in a long list of potential adverse reactions; it was not highlighted in any way, such as with bold lettering, or even a heading titled "tendon injury." Moreover, no mention was made of the fact that age and corticosteroid use tripled the risk of tendon injury. No letter to physicians was disseminated, and Defendants did not highlight this unusual side effect when promoting Levaquin to doctors.

**D.    LEVAQUIN'S EARLY POST-MARKET EXPERIENCE**

50.    Levaquin was first introduced in Japan in 1993 and later introduced in the United States in 1997.

51.    As has previously been alleged and described, before Levaquin's market launch in the United States, Defendants had knowledge that:

a.    Levaquin would be as toxic as ofloxacin;

b.    Ofloxacin was revealing itself as one of the most tenotoxic fluoroquinolones on the market; and

c.    The elderly, and especially those using corticosteroids, were at least three

*EXHIBIT 1 - PAGE 71*

times as likely to suffer a tendon injury.

52.    Despite this unique knowledge, Defendants chose to use the same label that the FDA required on all other fluoroquinolones.  Accordingly, in 1997, most U.S. physicians did not understand fluoroquinolone tendon toxicity, and were completely ignorant of the exceptional vulnerability of the elderly to this antibiotic, especially those dependent on corticosteroids.

53.    A look at Defendants' sales materials could explain why the very group that Levaquin was most toxic to was the very market Defendants were after.  Defendants' target market for Levaquin was the elderly —— especially those with upper respiratory infections who were likely to be chronic corticosteroid users.

54.    More disturbingly, Defendants' promotional campaign was themed on Levaquin's excellent safety profile and failed to disclose the risks of tendon injury.

55.    Defendants capitalized on Levaquin's early introduction into Japan and other countries by using pre-U.S. prescription sales data to assert that Levaquin had been prescribed frequently with few adverse events.

56.    For example, one such advertisement boasted that Levaquin had "An Outstanding Record of Safety" as "[o]ver 63,000,000 patients worldwide" had taken the drug and only diarrhea and nausea had shown up as adverse effects, albeit rarely.

57.    Cleverly, the promotional literature only reported on adverse events in U.S. clinical trials where only a very small sampling of patients took their drug, and where many adverse events do not necessarily reveal themselves.  Consequently, Defendants claimed "proven performance" on the 63,000,000 million people that had used Levaquin outside the United States, but chose not to disclose the adverse events that were being reported on this same population.

58.    As Levaquin gained traction in the market, its "Achilles heel" of heightened tenotoxicity revealed itself.

*EXHIBIT 1 - PAGE 72*

59.    Levaquin enjoyed immediate popularity in the Italian market. Introduced to Italy in 1998, Levaquin became Italy's best selling fluoroquinolone, surpassing Cipro, the major market leader, in just three years. Curiously, ofloxacin, Defendant's previous fluoroquinolone, had the lowest market share, which was consistent with Daiichi's plan to "cannibalize" ofloxacin in favor of Levaquin.

60.    One of the first comparative studies that included post market experience with Levaquin was from Italy. The authors analyzed Italian adverse event data from 1999 to 2001 to help determine the relative toxicity of each marketed fluoroquinolone antibiotic.

61.    The Italian study was published in 2003 and revealed 1) the most frequently reported serious reaction to fluoroquinolones were tendon disorders 2) levofloxacin was the fluoroquinolone with the highest tendonitis reporting rate, and 3) levofloxacin ranked first for tendonitis reports during the same period in the World Health Organization's adverse event database, with 522 reports of levofloxacin-induced tendon disorders and ruptures.

62.    Not surprisingly, in March 2002, the Italian Health Ministry issued a Dear Doctor letter to inform physicians of the risk of Levaquin tendon rupture.

63.    France also reported a particularly large amount of tendon disorders soon after Levaquin was first marketed to that country in September 2000. By June 2001, in just nine months, 333 adverse reactions had been reported, with tendon disorder being the most frequently reported adverse event. Again, the adverse event data supported the epidemiological evidence finding that tendon injuries were more prominent in the elderly, especially when there had been co administration of corticosteroids.

64.    France's regulatory authority published a Dear Doctor letter to highlight this information in 2002.

*EXHIBIT 1 - PAGE 73*

65.    Similarly, the Belgian regulatory authority received 161 reports of Levaquin-induced tendon injury, including 68 reports of tendon rupture, in the first two years of Levaquin's introduction to Belgium.    Again, the average age of patients with levofloxacin-associated tendinopathy was 69 years old and about half of these patients were receiving concomitant corticosteroid treatment.  As with other adverse event data, the tendon injuries were reported to occur soon after Levaquin was ingested.  Belgium also noted, similar to Italy, that the number of tendon disorders associated with levofloxacin was much higher than that of the other fluoroquinolones. Not surprisingly, ofloxacin had the second highest reports of tendon injury.

66.    Recognizing that the number of tendon effects from Levaquin were far more frequent that any of the older fluoroquinolones which had all been on the market over the past ten years, the Belgium regulatory authority also disseminated a Dear Doctor letter in 2002 highlighting their concerns about levofloxacin's toxicity and suggesting that levofloxacin is only justified for the treatment of community-acquired pneumonia in patients who are allergic to beta-lactams.  The agency stressed the elderly and people who used corticosteroids were particularly at risk and encouraged doctors that if levofloxacin treatment was necessary, to watch for tendon injury.

67.    After nearly five years on the market in the United States, and following the post-marketing data out of Europe, Defendants finally decided to update their tendon warning.

E.    **LEVAQUIN'S SECOND TENDON WARNING**

68.    The pre-2002 Levaquin label bore the required tendon warning from its market launch in 1997. It was the last of the warnings listed, with no header or any other identification to alert a practitioner to this unusual side effect.  The warning was behind gastrointestinal affects, hypersensitivity reactions, and even the rare event of anaphylactic shock.

*EXHIBIT 1 - PAGE 74*

69.     Through an international database managed by Daiichi, Defendants had access to the post market surveillance data all over the world, and specifically France, Belgium, Italy, and the United Kingdom. By 2002, the adverse event data in all those countries consistently and unequivocally revealed that the risk of tendon injury was nearly triple for people over 60 as compared to people under 60. Additionally, Defendants had knowledge of at least one epidemiological study confirming the age effects of fluoroquinolone use. All data pointed to the fact that Levaquin was more tendon toxic than all other fluoroquinolones.

70.     In 2002 Defendants updated their label for Levaquin. Despite a wealth of information, Defendants chose not to warn their target patient population — the elderly -- with their 2002 warning. Instead, they muted their additional tendon warning by flipping the confounders. Rather than warn that the risk of tendon injury was increased (tripled) in the elderly, the warning stated that that the risk was possibly increased in those using corticosteroids. According to Defendants' warning, any elderly person not on corticosteroids therefore had no additional risk of a tendon injury, and the fact that the warning was so equivocal regarding corticosteroids diffused any possible effect of warning physicians of the effect of age on the frequency and severity and of this debilitating injury. Moreover, Defendants chose not to warn of Levaquin's greater risk of tendon injury relative to the other fluoroquinolones.

71.     Nor did Defendants make any effort to highlight this new information to its prescribing doctors -- Defendants did not send any Dear Doctor letters regarding the 2002 label change to any healthcare practitioners, as had been done in Italy, Belgium, and France.

72.     Accordingly, despite the 2002 label change, Levaquin prescriptions only increased, and tendon injuries mounted.

F.      **DEFENDANTS THWART EFFORTS TO HIGHLIGHT LEVAQUIN'S INCREASED RISK OF TENDON INJURY**

116332v1                                    - 37 -                    PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 75*

73.    Alarmed by the early post market experience with Levaquin, France, Belgium, Italy, the United Kingdom and other European countries convened before the European Agency for the Evaluation of Medicinal Products (EMEA) as early as September 2001 to discuss a heightened warning for levofloxacin.

74.    The EMEA proposal was that levofloxacin would be singled out as the most tendon toxic of the fluoroquinolones with a warning that stated that levofloxacin (marketed under the brand name Tavanic) was associated with a greater frequency of tendinopathy and tendon rupture than other fluoroquinolones.

75.    Aventis Pharmaceutical was the manufacturer and distributor of levofloxacin in Europe.

76.    Under increasing pressure to agree to the proposed changes to the warning label, Aventis conducted two epidemiological studies in Europe regarding the relative tendon toxicity of levofloxacin. The first study used the United Kingdom's General Practitioners Research Database of medical records from 1997 through 2001, and the second used Germany's Mediplus database of medical records from 1998 to 2001.

77.    Before releasing the results of the two epidemiology studies to the European regulatory authorities, and ostensibly because of the results of the studies, Aventis contracted with Defendants, specifically Johnson & Johnson Pharmaceutical Research & Development, to fund and co-author a study in the United States on tendon rupture and fluoroquinolones.

78.    Advocating that the U.S. Study would be the largest epidemiological study to date and therefore provide the most definitive evidence of the relative risk of levofloxacin and tendon injury, and that the European studies to date were too small from which to base a label change, Aventis convinced the European regulatory authorities to forestall the proposed warning change until the preliminary data from the U.S. study was released.

*EXHIBIT 1 - PAGE 76*

79.    In or around April 2002, Aventis submitted the results of their two European epidemiological studies to the United Kingdom's regulatory authority, the Medicines and Healthcare Products Regulatory Agency (MHRA).

80.    The epidemiology studies conducted by Aventis in Europe concluded that levofloxacin was associated with a higher rate of tendon injury than all the other fluoroquinolones compared. Ofloxacin, the fluoroquinolone indicted in early epidemiological studies as the most tenotoxic, came in second.

81.    An assessor at the MHRA concluded that the two epidemiological studies had findings ". . . supporting a signal generated by spontaneous reporting with respect to an increased risk of tendinopathy with levofloxacin compared to other fluoroquinolones."

82.    Moreover, the assessor remarked ". . . the finding that ofloxacin (the racemate) is associated with an intermediate level of risk makes pharmacological sense, suggesting that the L-rather than the D-isomer of ofloxacin is likely to be responsible for tendon toxicity . . . given the consistency and plausibility of the findings, a real difference is the most likely explanation."

83.    By the time Aventis released the results of their epidemiological studies, the preliminary results of the U.S. study was reportedly only six months away. Accordingly, the European regulatory authorities agreed to wait before forcing a label change.

84.    The U.S. epidemiological study was funded and co-authored by Defendant Johnson & Johnson Pharmaceutical Research & Development.

85.    Unlike the healthcare databases in Europe that contain computerized medical records, Johnson & Johnson PRD used data from the Ingenix Research database which consisted of U.S. health insurance claims data from 1997 to 2001. The study analyzed only Achilles tendon ruptures and sought to examine whether fluoroquinolone exposure was a risk factor for this

*EXHIBIT 1 - PAGE 77*

injury. It did not assess the relative risk of Levaquin tendon toxicity, as had been requested by the United Kingdom.

86. Under the guise of data validation, Defendant Johnson & Johnson PRD created an algorithm that conveniently excluded nearly 70 percent of health claims for elderly persons who suffered Achilles tendon rupture.

87. The algorithm used CPT procedure codes that only related to surgical repair. This algorithm thereby excluded all those Achilles tendon rupture cases where the patient was casted or booted, as is the case in the elderly population.

88. By manipulating the data, Defendant Johnson & Johnson PRD was able to exclude the very group that was prone to tendon rupture.

89. Not surprisingly, the results of the U.S. epidemiological study — the study upon which regulatory action hinged in Europe with ramifications to the U.S. market — revealed for the first time that there was no increased risk of Achilles tendon rupture associated with any fluoroquinolone use. Neither the confounders of age nor corticosteroid use altered these findings.

90. Indeed, when one includes the data that was excluded by the algorithm, the result becomes consistent with the approximately eight other epidemiological studies performed on the topic. *See* Seeger et al. Achilles Tendon Rupture and its Associations with Fluoroquinolone Antibiotics and Other Potential Risk Factors in a Managed Care Population, Pharmacoepidemiology and Drug Safety 2006; 15: 784-792 ("There was a stronger association with fluoroquinolone antibiotic exposure among these "ruled-out" cases of ATR . . . than among the decision rule confirmed cases. This association was stronger with exposure close to the date of the rupture and was more pronounced among the elderly.")

*EXHIBIT 1 - PAGE 78*

91.     As a result of Defendants' misrepresentations in the U.S. Study, the MHRA and the other European regulatory agencies chose not to revise the levofloxacin label as they had previously recommended.

G.     **DEFENDANTS   DOWNPLAY   THE   RISK   OF   LEVAQUIN   TO PHYSICIANS**

92.     Consistent with their plan to downplay Levaquin's known risk of tendon injury, Defendants made no attempts to educate physicians in the United States about this unusual adverse event.  Although Dear Doctor letters had been widely disseminated throughout Europe advising of Levaquin's tendon toxicity and the vulnerability of this adverse event to the elderly, Defendants did not so advise the U.S. physicians.

93.     Defendants plan was to hide behind the class warning and blame any tendon injuries reported on the general pharmacological properties of a fluoroquinolone antibiotic rather than on the L-isomer of the ofloxacin compound as the Aventis studies suggested.

94.     Promotional material designed and distributed by Defendants, and more specifically, by Ortho-McNeil, consistently omits the risk of tendon injury on materials left with physicians.

95.     Accordingly, physicians continued to prescribe Levaquin believing it to have the same safety profile as Cipro and unaware of the heightened affect of Levaquin on the elderly population.

H. **AN EXPLOSION OF TENDON INJURIES RESULTS IN THIRD LABEL CHANGE**

96.     A review of the events in the FDA Adverse Event database from 1997 through 2005, for Levaquin alone, showed 1,044 reports of tendon injuries, with 282 reports of tendon rupture.  This six year figure for tendon affects associated with Levaquin far surpassed the ten

*EXHIBIT 1 - PAGE 79*

1    year history of tendon affects from 1985 through 1995 associated with all pre-Levaquin

2    fluoroquinolones.

3        97.    After Cipro went generic in 2003, Levaquin became the number one prescribed

4    fluoroquinolone in the United States.    And when Zithromax, a highly popular macrolide

5    antibiotic, went generic after its patent expired in 2005, Levaquin became the number one

6    prescribed antibiotic in the world in 2006.

7        98.    Corresponding with Levaquin's increased popularity, the number of adverse events

8    reported to the FDA reported soared. 143 tendon related injuries were reported in 2006, and in

9    just the first quarter 2007, 107 tendon related injuries were reported where Levaquin was the

10   primary suspect.

11       99.    At the request of the FDA, in April 2007, the Levaquin label changed for a third

12   time with regard to tendon injuries.  The new label was not a black box.  The new label continued

13   to bury the tendon warnings in a list of potential side effects that are less frequent and less severe.

14   The new label did not warn of Levaquin's greater tendon toxicity as compared to the other

15   fluoroquinolones available in the U.S. market.

16       100.   The Defendants did not make any efforts to highlight this change or notify doctors

17   of the change in the warning for Levaquin.

18       101.   A fourth label change occurred in or about July 2008, again at the request of the

19   FDA.  Upon information and belief, Defendants negotiated with the FDA and insisted on a class

20   warning to thereby minimize the heightened risk of tendon injury with Levaquin.  Consequently,

21   the new label fails to alert physicians and prescribing health care providers that Levaquin is more

22   toxic to the tendons than the other fluoroquinolones available in the U.S. market.  Health care

23   providers have no warning that Levaquin is much more tenotoxic than other drugs in the class and

24   therefore will interpret the relative risk of a Levaquin-induced tendon injury inappropriately.

116332v1                               - 42 -                    PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 80*

102. While the new label does carry a black box warning of the increased risk of tendinitis and tendon rupture, with a further increased risk in those over age 60, in kidney, heart, and lung transplant recipients, and with use of concomitant steroid therapy these risks continue to be understated by Defendants.

103. Defendants continue to market Levaquin as a first line therapy for the common bronchitis and sinusitis infections, and for other common infections where many other safer antibiotics are available.

**COUNT I**
**(STRICT LIABILITY)**

104. Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein and further allege as follows:

105. At all relevant times hereto, Defendants were engaged in the development, testing, manufacturing, marketing and sale of Levaquin. Defendants designed, manufactured, marketed, and sold Levaquin to medical professionals and their patients, knowing it would be ingested for the treatment of infections.

106. Levaquin as designed, manufactured, marketed and sold by Defendants reached Plaintiffs without substantial change in its condition and was used by Plaintiffs in a reasonably foreseeable and intended manner.

107. Levaquin was defective and unreasonably dangerous when it entered the stream of commerce and was received by Plaintiffs because it was dangerous to an extent beyond that which would be contemplated by the ordinary consumer. At no time did Plaintiffs have reason to believe that Levaquin were in a condition not suitable for its proper and intended use among patients.

108. Levaquin was used in the manner for which it was intended, that is, for treatment of bacterial infections. This use resulted in injury to Plaintiffs.

116332v1                                      – 43 –                          PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 81*

109. Plaintiffs were not able to discover, nor could Plaintiffs have discovered through the exercise of reasonable care, the defective nature of Levaquin. Furthermore, in no way could Plaintiffs have known that Defendants had designed, developed, and manufactured Levaquin in such a way as to increase the risk of harm or injury to the recipients of Levaquin.

110. Levaquin is defective in design because of its propensity to cause tendon ruptures and other serious tendon injuries.

111. Levaquin is unreasonably dangerous because it was sold to Plaintiffs without adequate warnings regarding, inter alia, the propensity of Levaquin to cause serious tendon injuries; Levaquin is more toxic to the tendons than the other fluoroquinolones available in the U.S. market; the post-marketing experience with Levaquin; the increased risk of tendon injury in patients over the age of 60; the numbers of tendon-related adverse events reported; and the probability of suffering an acute tendon injury when ingesting corticosteroids concomitantly with Levaquin or post Levaquin use.

112. Defendants failed to develop and make available alternative products that were designed in a safe or safer manner, even though such products were feasible and marketable at the time Defendants sold Levaquin to Plaintiffs.

113. Defendants had knowledge and information confirming the defective and dangerous nature of Levaquin. Despite this knowledge and information, Defendants failed to adequately and sufficiently warn Plaintiffs and Plaintiffs' physicians that Levaquin causes serious tendon injuries including, without limitation, tendon ruptures.

114. As a direct and proximate result of Defendants' wrongful conduct, including the defective and dangerous nature and design of Levaquin and the inadequate warnings, Plaintiffs have sustained and will continue to sustain severe and debilitating injuries, economic loss, and other damages including, but not limited to, cost of medical care, rehabilitation, lost income,

*EXHIBIT 1 - PAGE 82*

permanent instability and loss of balance, immobility, and pain and suffering, for which Plaintiffs are entitled to compensatory and equitable damages and declaratory relief in an amount to be proven at trial.

WHEREFORE, Plaintiffs demand judgment in Plaintiffs' favor and against Defendants for:

a) Actual and compensatory damages;

b) Costs of suit;

c) Pre-judgment and post-judgment interest; and

d) Such other and further relief as the Court deems just and proper under the circumstances.

## COUNT II
## (NEGLIGENCE)

115. Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein and further allege as follows:

116. At all relevant times, Defendants had a duty to exercise reasonable care in the design, testing, manufacture, marketing, sale, and distribution of Levaquin, including a duty to ensure that Levaquin did not pose a significantly increased risk of bodily injury to its users.

117. Defendants had a duty to exercise reasonable care in the advertising and sale of Levaquin, including a duty to warn Plaintiffs and other consumers of the dangers associated with the consumption of Levaquin that were known or should have been known to Defendants at the time of the sale of Levaquin to the Plaintiffs.

118. Defendants failed to exercise reasonable care in the design, testing, manufacture, marketing, sale and distribution of Levaquin because Defendants knew or should have known that Levaquin had a propensity to cause serious injury, including tendon ruptures and other serious tendon injuries.

116332v1                                    - 45 -                    PLAINTIFFS' COMPLAINT

EXHIBIT 1 - PAGE 83

119.    Defendants failed to exercise ordinary care in the labeling of Levaquin and failed to issue adequate pre-marketing or post-marketing warnings to prescribing doctors and the general public regarding the risk of serious injury, including, without limitation, tendon ruptures.

120.    Defendants knew or should have known it was foreseeable that Plaintiff could suffer an injury as a result of Defendants' failure to exercise ordinary care as described above.

121.    Defendants breached their duty of reasonable care to Plaintiff by failing to exercise due care under the circumstances.

122.    As a direct and proximate result of Defendants' acts and omissions, including their failure to exercise ordinary care in the design, formulation, manufacture, sale, labeling and distribution of Levaquin, Plaintiffs ingested Levaquin and suffered severe and debilitating injuries, economic loss, and other damages, including but not limited to, cost of medical care, rehabilitation, lost income, permanent instability and loss of balance, immobility, and pain and suffering, for which Plaintiffs are entitled to compensatory and equitable damages and declaratory relief in an amount to be proven at trial.

WHEREFORE, Plaintiffs demand judgment in Plaintiffs' favor and against Defendants for:

a)    Actual and compensatory damages;

b)    Costs of suit;

c)    Pre-judgment and post-judgment interest; and

d)    Such other and further relief as the Court deems just and proper under the circumstances.

## COUNT III
## (BREACH OF IMPLIED WARRANTIES)

123.    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein and further allege as follows:

116332v1    - 46 -    PLAINTIFFS' COMPLAINT

EXHIBIT 1 - PAGE 84

124.    Defendants designed, manufactured, marketed, and sold Levaquin as has previously been alleged and described herein.

125.    At the time Defendants marketed, sold and distributed Levaquin, Defendants knew of the use for which Levaquin was intended and impliedly warranted that Levaquin was merchantable, safe and fit for its intended purpose: namely that Plaintiffs could ingest Levaquin without the risk of serious injury.

126.    Plaintiffs, foreseeable users of Levaquin, and Plaintiffs' physicians, reasonably relied upon Defendants' judgment and implied warranties in purchasing and consuming Levaquin as intended.

127.    Levaquin was defective, unmerchantable, and unfit for ordinary use when sold, and subjected Plaintiffs to severe and permanent injuries.

128.    Defendants breached their implied warranties because Levaquin was and continues to be neither of merchantable quality nor safe for its intended use in that Levaquin has the propensity to cause tendon ruptures, other debilitating tendon injuries, and bodily harm.

129.    As a direct and proximate result of Defendants' breach of the implied warranties of merchantability and fitness for its intended purpose, Plaintiffs ingested Levaquin and suffered severe and debilitating injuries, economic loss, and other damages, including but not limited to, cost of medical care, rehabilitation, lost income, permanent instability and loss of balance, immobility, and pain and suffering, for which Plaintiffs are entitled to compensatory and equitable damages in an amount to be proven at trial.

WHEREFORE, Plaintiffs demand judgment in Plaintiffs' favor and against Defendants for:

a)    Actual and compensatory damages;

b)    Costs of suit;

116332v1                              - 47 -                    PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 85*

1     c)  Pre-judgment and post-judgment interest; and

2     d)  Such other and further relief as the Court deems just and

3         proper under the circumstances.

4          **COUNT IV**

5       **(BREACH OF EXPRESS WARRANTY)**

6    130.  Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully

7  set forth herein and further allege as follows:

8    131.  Defendants through their marketing program, promotional activities, product

9

10  labeling, package inserts, and other written and verbal assurances expressly warranted to

   physicians and consumers, including Plaintiffs and/or Plaintiffs' physicians, that Levaquin had

11

12  been shown by scientific study to be safe for its intended use.

13    132.  Plaintiffs, and/or Plaintiffs' physicians, reasonably relied upon Defendants' express

14  warranties in purchasing consuming, and prescribing Levaquin.

15    133.  Defendants breached their express warranties because Levaquin, as manufactured

16

17  and sold by Defendants, does not conform to these express representations in that Levaquin has a

   propensity to cause tendon ruptures, other serious tendon injuries, and bodily harm.

18

19    134.  As a direct and proximate result of Defendants' breach of its express warranties,

20  Plaintiffs ingested Levaquin and suffered severe and debilitating injuries, economic loss, and

21  other damages, including but not limited to, cost of medical care, rehabilitation, lost income,

22  permanent instability and loss of balance, immobility, and pain and suffering, for which Plaintiffs

23  are entitled to compensatory and equitable damages in an amount to be proven at trial.

24    WHEREFORE, Plaintiffs demand judgment in Plaintiffs' favor and against Defendants

25  for:

26

27     a)  Actual and compensatory damages;

28     b)  Costs of suit;

116332v1           - 48 -     PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 86*

c)    Pre-judgment and post-judgment interest; and

d)    Such other and further relief as the Court deems just and proper under the circumstances.

## COUNT V
## (COMMON LAW FRAUD)

135.    Plaintiffs incorporate by reference each and every paragraph of this Complaint as if fully set forth herein and further allege as follows:

136.    Defendants were under a duty and failed to discharge their duty to exercise reasonable care to disclose to Plaintiffs and Plaintiffs' doctors the defective nature and risks that Levaquin can cause severe and permanent injuries, including, without limitation, tendon ruptures, of which they had special knowledge not available to Plaintiffs or Plaintiffs' doctors, and as to which they made affirmative representations in violation of all applicable laws, and concealed material facts relating to the defective nature and risks of Levaquin, which were peculiarly within its knowledge, knowing that Plaintiffs and Plaintiffs' doctors would rely on the presumption that no such facts exist.

137.    Defendants knew that Levaquin has a propensity to cause severe and permanent injuries, including, without limitation, tendon ruptures; indeed, Defendants knew that tendon injuries associated with Levaquin had occurred for years. Defendants had actual knowledge at the time of sale of Levaquin to the Plaintiffs that Levaquin created a risk of serious bodily injury to its users, including, without limitation, tendon injuries, based, in part, upon test results, studies, adverse reaction reports, regulatory action in foreign countries, published reports, and their own clinical trials and post-marketing surveillance of Levaquin and its molecularly similar counterpart, ofloxacin.

138.    At all times during the course of dealing between Defendants and Plaintiffs, Defendants knowingly and recklessly omitted and concealed information peculiarly within their

116332v1                                      - 49 -                    PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 87*

knowledge to the Plaintiffs, Plaintiffs' doctors, the scientific community and to the general public—e.g., the dangers of Levaquin, including the special risk of tendon injury and tendon ruptures, particularly to the elderly-knowing that the scientific community, the general public, the Plaintiffs and Plaintiffs' doctors, would rely on the presumption that the dangers did not exist.

139.    Defendants actively concealed from the Plaintiffs, Plaintiffs' doctors, the scientific community and the general public:

> i.    that their own test results, published studies, and/or clinical trials showed a statistically high risk of serious tendon injuries associated with Levaquin including, without limitation, tendon ruptures; and/or

> ii.    that Levaquin is more toxic to the tendons than the other fluoroquinolones available in the U.S. market

> iii.    that Levaquin was not adequately tested for serious tendon injuries before or after its introduction on the market; and/or

> iv.    that Levaquin was, in fact, unsafe as it posed a risk of injury which outweighed any purported benefits.

140.    Defendants misrepresented that Levaquin was safe and effective for its intended uses by affirmative misrepresentation, and/or active concealment and omission of material facts regarding the safety and effectiveness of Levaquin, and by their course of conscious or intentional conduct succeeded in selling and marketing dangerous, defective, and ineffective antibiotics to be ingested by Plaintiffs.    Defendants intentionally omitted, concealed and/or suppressed this information from consumers, including Plaintiffs and Plaintiffs' doctors, in order to avoid losses in sales to consumers and market share to its major competitors.

*EXHIBIT 1 - PAGE 88*

141.    Moreover, Defendants engaged in an aggressive marketing strategy, which included false representations regarding the safety profile and known adverse side effects of Levaquin to create the impression and to convey to Plaintiffs and the general public that:

  i.    Levaquin had a favorable safety profile and was fit for human consumption;

  ii.    the benefits of taking Levaquin outweighed any associated risks; and

  iii.    the use of Levaquin was safe and had fewer adverse health and side effects than were known or should have been known by Defendants at the time of these representations.

142.    The omissions, misrepresentations and concealment described in the preceding paragraphs occurred, without limitation, in the Levaquin warning labels, advertisements and promotional materials, in the Johnson & Johnson funded or created scientific reports, and the failure to provide other special notification of the dangers of Levaquin to the Plaintiffs or Plaintiffs' physicians, for example, "Dear Doctor" letters. The Defendants' statements omitted, concealed, and misrepresented the dangers of serious injury, including, but not limited to, tendon ruptures, particularly to the elderly, to Plaintiffs and Plaintiffs' prescribing doctors.

143.    Defendants engaged in fraud by deliberately and affirmatively concealing and failing to disclose adverse reactions of Levaquin to Plaintiffs, Plaintiffs' doctors, the scientific community, and the general public, and by disseminating only positive and misleading scientific data, and by concealing scientific data that showed increased risk of tendon-related injury, to Plaintiffs, Plaintiffs' doctors, the scientific community, and the general public.

144.    Plaintiffs and Plaintiffs' doctors relied on the warning labels as they appeared in the patient package insert at the time Plaintiffs were prescribed Levaquin. The applicable warnings concealed and omitted material facts relating to the defective nature and risks of Levaquin. These dangers were peculiarly within the Defendants' knowledge, and were omitted

*EXHIBIT 1 - PAGE 89*

and concealed knowing that Plaintiffs and Plaintiffs' doctors would rely on the presumption that no such facts exist.

145.    Defendants knew or should have known that their representations and omissions regarding the safety of Levaquin were, in fact, false and/or misleading, and actively made such representations and omissions with the intent, design, and purpose that Plaintiffs and others, including prescribing physicians, rely on these representations leading to the prescription, purchase and consumption of Levaquin.

146.    At all times herein, Plaintiffs and Plaintiffs' physicians were unaware of the dangers of Levaquin with respect to tendon ruptures, including the special risk of tendon injury to the elderly, and were reasonably misled by the Defendants' omission of information about this danger.

147.    At all times herein, Plaintiffs and Plaintiffs' physicians were unaware of the falsity underlying Defendants' statements and reasonably believed Defendants' false statements about the safety and efficacy of Levaquin to be true.

148.    Plaintiffs and Plaintiffs' doctors could not have discovered Defendants' fraudulent and misleading conduct at an earlier date through the exercise of reasonable diligence because Defendants actively concealed their deceptive, misleading and unlawful activities.

149.    Plaintiffs and Plaintiffs' physicians did, and could be expected to, reasonably and justifiably rely on Defendants' representations and omissions because Defendants held themselves out as having expertise and specialized knowledge in the pharmaceutical industry.

150.    Plaintiffs justifiably relied upon to Plaintiffs' detriment and/or were induced by Defendants' false statements and active concealment over the safety of Levaquin, in part, because at no time did Plaintiffs or Plaintiffs' physicians have the knowledge or expertise necessary to independently evaluate the safety of Levaquin.

*EXHIBIT 1 - PAGE 90*

151.    Defendants' misrepresentations, concealment, suppression and omissions were made willfully, wantonly, uniformly, deliberately, and/or recklessly, in order to induce Plaintiffs to purchase Levaquin and Plaintiffs and Plaintiffs' physicians did reasonably and justifiably rely upon the material misrepresentations and omissions made by the Defendants about Levaquin when agreeing to purchase and/or ingest Levaquin.

152.    As a direct and proximate result of Defendants' false representations and/or active concealment of material facts regarding the safety and efficacy of Levaquin, Plaintiffs ingested Levaquin and suffered severe and debilitating injuries and economic loss, including but not limited to, cost of medical care, rehabilitation, lost income, permanent instability and loss of balance, immobility, and pain and suffering in an amount to be proven at trial.

WHEREFORE, Plaintiffs demand judgment in Plaintiffs' favor and against Defendants for:

a)    Actual and compensatory damages;

b)    Costs of suit;

c)    Pre-judgment and post-judgment interest;

d)    Attorney's fees, and

e)    Such other and further relief as the Court deems just and proper under the circumstances.

## COUNT VI
## (UNJUST ENRICHMENT)

153.    Plaintiffs incorporate by reference each and every paragraph of this Complaint as if fully set forth herein and further allege as follows:

154.    As the intended and expected result of their conscious wrongdoing, Defendants have profited and benefited from the purchase and implementation of Levaquin by Plaintiffs.

*EXHIBIT 1 - PAGE 91*

155.    Defendants have voluntarily accepted and retained those profits and benefits, derived from Plaintiffs, with full knowledge and awareness that, as a result of Defendants' fraud and other conscious and intentional wrongdoing, Plaintiffs were not receiving a product of the quality, nature, or fitness that had been represented by Defendants, or that Plaintiffs, as reasonable consumers, expected to receive.

156.    By virtue of the conscious wrongdoing alleged above, Defendants have been unjustly enriched at the expense of Plaintiffs, who are entitled in equity, and hereby seek, the disgorgement and restitution of Defendants' wrongful profits, revenues and benefits, to the extent and in the amount deemed appropriate by the Court; and such other relief as the Court deems just and proper to remedy Defendants' unjust enrichment.

WHEREFORE, Plaintiffs demand judgment in Plaintiffs' favor and against the Defendants for:

          a)    Actual and compensatory damages;

          b)    Costs of suit;

          c)    Pre-judgment and post-judgment interest; and

          d)    Such other and further relief as the Court deems just and proper under the circumstances.

### DEMAND FOR JURY TRIAL

The Plaintiffs hereby demand a trial by jury on all Counts and as to all issues.

Date: September 25, 2012          Respectfully Submitted,

By: _____

Daniel V. Santiago  (State Bar No. 206532)
Law Offices of Daniel V. Santiago, P.C.
KPMG Tower
355 South Grand Avenue, Ste 2450
Los Angeles, California 90071
Telephone: 1-866-306-9527

*EXHIBIT 1 - PAGE 92*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: 1-866-306-9528
E-mail: dvs@dvslawoffices.com

Corey D. Sullivan
(pro hac vice application to be filed)
8235 Forsyth Blvd. Ste. 1100
St. Louis, MO 63105
Tele: 314-725-7700
Fax: 314-721-0905
Email: csullivan@careydanis.com

**ATTORNEY FOR PLAINTIFFS**

116332v1

- 55 -

PLAINTIFFS' COMPLAINT

*EXHIBIT 1 - PAGE 93*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel V. Santiago - State Bar No. 206532<br>Law Offices of Daniel V. Santiago, P.C.<br>KPMG Tower<br>355 South Grand Avenue, Ste 2450, Los Angeles, CA 90071<br>TELEPHONE NO: 1-866-306-9527    FAX NO: 1-866-306-9528<br>ATTORNEY FOR *(Name)*: Cleo Flauta, et al. | CONFORMED COPY<br>ORIGINAL FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>SEP 27 2012<br><br>John A. Clarke, Executive Officer/Clerk<br>BY Cristina Grijalva, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Stanley Mosk Courthouse
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

CASE NAME: Cleo Flauta, et al. v. Johnson & Johnson, et al.
[See Attached Exhibit A for list of all Plaintiffs]

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | BC 4 9 2 8 2 6 |
| | | | JUDGE: | |
| | | | DEPT: | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☑ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/Unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☑ Large number of witnesses
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☑ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: 6 (strict liab., neglig., implied warr., express warr., fraud + unj. enrichment)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 27, 2012

Daniel V. Santiago
_____        _____
(TYPE OR PRINT NAME)                            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

*EXHIBIT 1 - PAGE 94*

## EXHIBIT A

CLEO FLAUTA, STEVE COBBLE, AL NOROOZ, DANIEL STRIEPKE, FRANK DICKERSON, JACQUELINE ENGLE, LAWRENCE ST. CIN, DEBORAH HILDEBRANDT, DIANNA MOORE, KENNETH MOORE, JANYA SAMPLE, BILLY JOE SUTTON, PAMELA DENNISON, DARRELL GRIGGS, SUSAN PRICE, RACHAEL SPEIR, ROSETTA COLEMAN, YOLANDA ALVARADO, DAVID ANDERSON, MICHAEL ANDERSON, JOHNETTA ATEMAN, LONNIE BANDY, CHARLEY BARRON, DANNY BESS, WANDA BOUCHER, GARY BOYD, LINDA BRADBERRY, PATTI BRISTER, RALPH BURTS, CAROLYN CALLAHAN, SANDRA CAPRARO, ANNIE CARTER, MELODY CRESSLER, ROGER DAMNITZ, BERNITA DARLING, LINDA DAVIS, LARRY DAWSON, JENNIFER FLIRIS, DAISEY FORD, BARBARA FREY CARLOS GARCIA, JANICE GLACKIN, CHRISTINE GREGORY, BARBARA HAMILTON, BERNADINE HAMILTON, MARY HANDELAND, ROBERT HANRAHAN, ROBERT HERSHELT, CLAUDINE HILL-AYINDE, VICTORIA JOHNSON, SIMONE LAGESSIE, NANCY LATINOVICH, VICTOR LAWSON, GARLETTE LEWIS-SEIFER, KELLI LONGACRE, ALPHONSO LYONS, SANDRA MARTIN-CLAYTON, DANIEL MCCARTNER, GEORGIA MCCUAN, CHRISSIE MCINTOSH, SHIRLEY MCNER, PEGGY MELLEIN, ARTHUR MILLER, RUSTY MILLER, MAUREEN MITCHELL, RONALD MOORE, THOMAS MOSTETER, CLIVE NORTON, LINDA O'BANION, EDWIN PAGAN, VELMA PEDEN, KATHLEEN PHILLIPS, LAURINDA PYE, TIFFANY RAY, LORETTA RICHARDSON, NETTIE ROBEY, SHEIREE ROCQUEMORE, JAMES ROONEY, BESSIE ROSSIANO, EDWARD SARNEY, JAMES SAWYER, ROBERT SMITH, MICHAEL ADAMS, MAGALENE BAILEY, DENNIS BARKWAY, MARILYN BRADFORD, KAREN BRADLEY, NEIL BRONSTEIN, JAMES JESSE BRROKS, ANNIE BROWN, JAMES BRUGETTE, MELISSA CAMPBELL, ALFRED CARNAHAN, JANET LYNN CRAWFORD, MARTHA JANE CUSTER, LOIS DWYER, STEVEN FARROW, RICKY FOXWORTH, JOANN GEER, SHIRLEY GOLDSTEIN, SHARON HAMILTON, KAREN HARVERY, ROBERT HASTINGS, ALICIA HERNANDEZ, PHIL HINSON, LOIS HOWARD, CAROL HOWARD-LEASURE, WILEY JAMES, MYRON JORDAN, FRANCES KAPLAN, WILLIAM KRAMER, LUCILLE LAWHON, EDWIN LAWTON, MICHAEL LEAGUE, LINDA LEFFEW, BRENDA LEGE, MICHELE LOGAN, BERNARD MAHAN, SHERI MALAR, SHIRLEY ANN MAUNEY, LISA MITCHELL, ROSA IRENE MOOR, KALMAN PARKER, JOHNNY REED, DANNY ROBERTS, IRENE RODRIGUEZ, FAITH SCHROEDER, MICHELLE SMITH, WILSON SPURLIN, BOBIE ST. CHRISTOPHER, NANCY STAFFORD, BEVERLY STEPHENS, VIRGIL TAYLOR, LORETTA TEALER, MARCENIA THOMAS, JAMES ULIK, BILLY WALKER, NANCY WARE, KAREN WELLS, KAREN YOUNG, BEVERLY ZECH, LESTER APPELL, FANNIE BAKER, MADELYNE BERRY-DAHM, GREG BIRKLAND, ALICE BREWER, RALPH BROWN, EDWARD CHAIT, LARRY COLEMAN, RALPH CONSTANTINEAU, PAUL DAUSMAN, DEBBIE DIBIANCE, LYNN ERKMANN, CLARA GARCIA, EVON GARRETT, CRISTEN CIANNESCHI, DAN HARRIS, JEANNETTE HART, JENNIFER HOCHBERG, NORMA HOUSER, TARENCE JENKINS, CRYSTAL KEMPFER, LINDA KUHN, JERRY LONG, SYLVIA LOVE, DAVID MAAS, CELINE MARSHALL, MARC MCNEESE, VERNA MCNEIL, HELEN MILLER, BERNARD MOLLOY, STEPHEN MONTALBANO, GREGORY MORRIS, KIMBERLY MOSS, THERODORA MURRELL, NASSIR MATTHEW REHAND, MILDRED ROBINSON, ARNOLD SHARKAN, PAMELA SHEPPARD, JOHN SIMON, HENRY SMITH JR., VERNA SMITH, THOMAS STUKINS, DARRELL SULLIVAN GWENDOLYN SYKES, MICHAEL TEAGUE, MARY JANE THOMPSON, YOLANDA TORRES, SANDRA WARREN, KAREN WATSON, NORMA WEBB, MARGARET WEINAND,

*EXHIBIT 1 - PAGE 95*

JENNIFER WHITE, CARRIE WILLIAMS, KAREN WILLIAMS, SAMUEL WILSON, VERNON WINZELER, TIMOTHY WOLFE, DEBRA WOLINSKY, VELMA WYMAN, BELINDA YOUNG, DIANA ALLEN, DAVE ARNOLD, ROGER BALES, LARA BATIE, TAMMY BAUER, SHIRLEY BENDER, STEPHEN MICHAEL BENSON, TIMOTHY BRAZEAL, KELLY BURNETTE, TERESA CASHEN, ANDREA CHAVEZ-OCHOA, CANDACE CLOWARD-DOUGLAS, RACHEL COLOMBO, MARY COSTA, THERESA DESOTO, NIKOLAI DEZMURA, MATILDE DIAZ-SILVA, MALCOME ENGER, HENRY ESTRADA, BRIAN FILSINGER, KATIA FLEURY, RONNIE GARCIA, JOHN GARZA, CHARLOTTE GRAVITO, CAROL HASTINGS, ROBERT HERNANDEZ, LISA HOFFMAN, MONICA HOLLAND, LAVERNE HOUSE, KATHRYN INGRAM, ANN MARIE JONES, LOIS JOHNSON, HITHAYARANI KANDAVELU, FOTINA KATSOUDAS, HOAWRD KRINICK, NINA LAWSON, JAMES LESLIE, SANDRA MAHMOODI, JEAN MCCORMICK, ROBERT MICHEL, PAMELA MOQUIN, TRACY LYNN MURAD, WALTER OSBOURN III, BONNIE PARKER, ELLIS PENDERGRAFT, STEPHEN PROCK, DEBRA O'SHANE, JUDIE ANN QUIJANO, GORDON ROBERTS, ALEXANDRIA ROSES, LAWRENCE SCHNEIDER, RUBY STOLZE, DEBORAH THOMAS, ARVID TOMILLA, NOELLE GARDNER VAHDAT, MICHAEL WOOLMAN, WILLIAM BEAVER, FRANZE BEISERT, SUSAN BETHEL, RHONDA BRALLEY, LLOYD BRYANT, GARY BUHROW, MELANIE CAMPBELL, KIRK CARTER, ROGER CLARK, SHIRLEY CREBLEY, YVONNE DAY, MOZIZ DEWALT, BERNADETTE DODSON, MICHAEL DOLYNUIK, PAUL DUMPSON, VAUGHN EDWARDS, JEFFEREY FAIRBAIRN, MARY FLOYD, LUCILLE FORD-BAILEY, RACHEL (MARIA) FREEMAN, VITA FULLER, CURTIS GEE, KATIE GERARD, KRISTI GUTKNECHT, PAULA HALES, PAUL HARRIS, DOROTHY HARRIS, ROGER HIGGINS, TONY HOWELL, PATRICIA JOHNSON, RICHARD JOY, SUSHILA KHANNA, CYNDI KLINE, GILBERT LENNETT, LORI LINCOLN, FRANCES LUCAKS, PHILLIP MALLORY,. LISA MASKEVICH, KELLY MCANDREW, VERONICA MILLER, GERALDINE MOONEY, WILLIAM MURRELL, JENNIFER NASELARIS, ALICE FAYE NEWSOME, ARTHUR O'HARE, JOZALYN PALMER, LINDA PHILLIPS, NATAN ROZENFELD, ROBERT SCHMITZ, GLORIA SCHWARTZ, MICHAEL SILVERMAN, SANDRA SMITH, JUDY STEPHENSON, RITA STONE, STEPHEN SWENSON, TERESA THOMPSON, RICK TRIPLETT, LAURA WEST, SANDRA WILKINS, CINDY WISMER, LEATRIS WOMACK JR., GARY YOUNG, WILLIAM AMMERMAN, BETTY ANDERSON, LEONARD ASHLEY, DAVID BRANSON, JACQUELINE BROUGHTON-RUCKER, LINDA BROWNING, VIRGINIA BYERS, CYNTHIA BYRD, JERRY CARTER, ALAN CASWELL, JOSEPH CONVERY, CYNTHIA COOPER, FRANK COSCO, NANCY CRAWFORD, J.W. DEBOARD, IRENE DESANTIS, LEO DESTEFANO, JAMES DUNN SR., GLORIA ESCOE, ROBERT FREEMAN, FREDERICK HAMMERSCHMIDT, SUSAN HANSON, DUSTIN HEITZ, TERRY HEMBY, JAN HILSON, MARY HUBBARD, CAROL HYATT, VIRGINIA JACKSON, VICTORIA JENNINGS, EVELYN JONES, SANDRA JUDD, CYNTHIA KIDD-STEWART, WANDA SUE KINCAID, JOHN JAMES KINNEY, NEVIN KIRK, HAROLD KRAVITZ, LEANN KURTZ, CARLOS LOPEZ, MARTHA LORD, BRODY LOZO, JANIS LUTKE, SUSAN MAGOON-PETIT, HOPE MALNATI, DEBORAH MASON, JULIAN MCCAMY, DAVID MEADE, PATRICIA MEANY, JEAN ANN MILLER, SCOTT MILLER, ANNA MOCCALDI, HELEN MYERS, PATRICIA NEARY, PAMELA NELSON, ALICE NORRIS, ANA PEREIRA, TARA REYES, FRANK RIDLON, LUIS RODRIGUEZ, MILES SMASH, TIFFANY SPEARS, ROMMIE STALNAKER, SHARON STEORT, MARY JANE TAGLIERI, WILLIE TOMPKINS, MICHAEL VIEIRA, ANNIE MAUDE WAGNER, KATHLEEN WALLS, JOANN WILCHER, LORETTA WILHELM, RICHARD WOODS, MICHAEL ABRAHAM, DIANNE ANDIS, CYNTHIA ANDREWS, JANACE BAILEY, NORMA BROOKS,

*EXHIBIT 1 - PAGE 96*

LOIS BURGESS, TAMMY BURNETT, GILBERT CARRASCO, JOAN GASELLI-GROSS, CAROL LEE CHAPPELL, JOSEPH CLARK, LINDA CONOVALOFF, SUSAN WINIFRED DAVIS, JAMES DECKER, RONALD DELCAMP, ROBELIN DELEON, JR., WAYNE PAUL DONALDSON, NANCY EDWARDS, DONNA ERVIN, ELLEN FINLEY, AMNITA FLORES, GARY FOSTER, FREDERICK FREEH, ERNESTO FUSARELLI, ANNETTE GALVAN, GLORIA HAMILTON, MARLISSA HENDRIX, PAUL HILF, TAMECA JENKINS, KAREN JONES, LISA KLAPPENBACK, HERMAN KLINE, BARTON LACHAPPELLE, LINDA LAWLER, CYNTHIA LINDLEY, MICHAEL MALLICOAT, ISABEL MARTINEZ, RAUL MARTINEZ, VAROLYN MCGEE, CYNTHIA MENDEZ, TAWNYA MITCHELL, NICOLE MOORE, MICHAEL MURPHY, ALICE NASH, BAKULA PATEL, DUANE PATTERSON, CARL PAYTON, JEANETTE PESSOLANO, STEVEN PEZZINO, JOAN PICARONE, SHARON PICKARD, THERESA PRIMAVERA, JUDY SLATON, CHARLES SMITH, NANCY LOUISE SMITH, BRENDA STUKEY, JIMMIE TERREL, DOUGLAS WILLIAMS, HOLLY WITWORTH, JOSELITO YAMBAO, DONALD ABNER, JANET ALMOND, LUANN AVEN, PATRICIA BACHISN, JANE ANN BAKER, VICKI BLOMMEL, DAVID BOSWELL, LESLIE BROWN, KIMBERLY BURGE, PEGGY SUE BUSH, ALTON CARTER, BARBARA CASEY, ALICIA CUMMINS, DAVID DARST, STELLA LOUISE DEEDS, ANTHONY DEGIDIO, BRIAN DIETZ, GEORGE FESSLER, RHONDA GILKEY-TREVLEN, LEONARD GOLDBERG, DORIS GORDON, JOANNE HALL, CHARLES HOBBS, DENNIS HOLCOMB, DONNA HOUSTON, DARLENE JANIS, RICK KIDWELL, SANDRA LOGAN, HEIDI LOWE, DONNA LUDWIG, SYLVIA MCELHANNON, RICHARD MOSTELLER, JOYCE ROTH, DIANE RUDE, MARY SACCO, MARY JO SAUERS, KERRI SECHMAN, GAYLAND SELBY, WARREN SHARPE, ELLEN SHUMWAY, FANCES SPENCE, CAROL STARBUCK, MELISSA TEDESHI, JACOB THOMPSON, SHIRLEY THOMPSON, MELVIN TIMBERLAKE, ROSEANNA VALENZANO, RICHARD WALDRON, JOHN WILSON, THOMAS YERIAN, JOSALYN BUCHANAN, KIMBERLY CLARK, JON HURLEY, DAVID MEDINA, DONALD MYERS, PATRICIA NEARY, DAVID NEIGHBORS, ANA PEREIRA, TARA REYES, LECIA SEAMAN, LIDA SHAFFER, EMILY SHELTON, RUTH VEGA, CAROL WILCOX, KERRY WILKES, JOY ATKINS, ANGENETTA BAILEY, JERRY BAILEY, ROBERT LEE BALL, BETTY BARKLEY, DEBORAH BENGE, RHONDA BOUDREAUX, CYNTHIA BURGETT, MICHAEL CARROLTHERS, RICKEY COOPER, MAXINE CROUCH, GARRY DAILEY, PEGGY DAVERSA, ROBERT DAVOLT, TOM DIEM, DONNA DUNCAN, SONJA FASSBENDER, REMY FERRER, BONNIE FOSTER, ROBERT GODWIN, KAYE GOODRICH, BARBARA GORDON-ABSTON, ANNIE HANNAH, ROBERT HARKINS, HOWARD HENDERSON, LAWRENCE HILT, MERLIN HULL, LORI JEAN IRWIN, GERALD JONES, EARL KENT, REX LECLERC, SHELIA LEON, MARION LEONARD, DONALD LIVENGOOD, ROXANNE LUCAS, DEBORAH LUCE, THOMAS MALONEY, BRUNA MATTIOLI, THOMAS MCCANT KATHY ANN MCCRORY, ROBYN MOORE, WILLIE NELSON, JACK PENROD, KATHY POWE, DIANNE RANSOM, KENNETH ROBERTS, CHESTINE SCOTT, ANNIE SCHACKELFORD, ARDEN JESS SMITH, WILLIAM SHORT, RICHARD STOVER, CHARLENE TAYLOR, WILLIAM THILMONT, ALETHEA WATSON-AGEE, KRISTY WAYLAND, SARA WELBORN, VIVIAN WERNTZ, LYNNE WETTIG, SELENA WHEELER, FLORENE WHITE-RAYMOND, LAWRENCE WILSON, ELLSWORTH WRIGHT, MARY ANN ANDERSON, CAROL ANDREWS, DESIREE BOLOGNONE, JUNE CONNOR, THOMAS DARK, ANTHONY DEFELICE, CHARLES DENNISON, KAREN FIELDS, JENNY GRAVES, CHRISTINE HAAR, CHARLES HOOD, JENNIFER JARDINE, ARTHUR LEBOFSKY, DIANE LEWANDOWSKI, JACK MCGINNIS, DANIEL MEINERT, HAROLD OKUN, PEGGY ROSS, CAROLYN STINNETT, DIANA SWENSON, ANTONIO TAYLOR,

*EXHIBIT 1 - PAGE 97*

NORMA THOMPSON, ODESSA UNDERWOOD, BLAIR WEBB, PAULA WELLS, JOSEPH ATKINSON, JOSEPH DEMTY, FANNY DIAZ, DENNIS DICKSON, VIRGINIA DIETRICH, LISA DIXON, LINDA DOMAN, MICHAEL DONOFRIO, BENNY DYE, LOUISE FINELY, SUE FINN, CHARLES FINN III, DIANE FITZGERALD, JERRY FLAKUS, NINA FLEISHER, SHELLY FROMM, MARILYN GOLDBERG, VAN GREENE, VIRGINIA GREGORY, BARBARA HELMINGER, VERONICA HELSBY, JANICE HERRING, RAY HOLMES, DENNIS HORN, GEORGIA IRWIN, GLORIA JACKSON, ALICE JOHNSON, PATRICIA JOHNSON, GERALD KAMINER, LORETTA KAUL, STEVEN KELLY, WANDA KIZER, SHARI KRISBY, MARTIN LALLI, DONNA LAROCHELLE, RICHARD LAROSA SR., LUCILLE LEECH, SUSAN LESOWITZ, THERESA MASUCCI, DORA MATA, BETTY MCKINNIE, WILLIE MCLEAN, JOSEPH MCNALLY, MYRCA MONTREUIL, MARYN MOORE, JAMES NESTOR, NANCY NIETO, CAROLYN ONDRUSEK, ARELYS PEREZ, CHRISTOPHER PORTER, LEE POWERS, EDWARD PUSKAS, JOHN RATHGEB, CAROLE RAY, CYNTHIA REEDY, THEODORE REGAL, DEBRA ROSENFELD, MARC RUBINSON, BARNEST RUSSELL, HALLEH SABET, LYNNE SACHSE, LEROY SANFORD, MELODY SANSBURY, JEANNETTE SANTORE, NANCY SEIB, NORMAN SELF, ELIZABETH SHEEDY, EMILIE SHRIVER, KRISSY SLAWINSKI, RUTH SLONE, CLIFTON SMITH, ELAINE SNYDER, MICHAEL STOLICA, PRISCILLA SWARTWOOD, FRANK TABINO JR., LONNIE THOMAS, JOSETTE THOMPSON, HOBY UNKELBACH, MARK VALENTE, ROSEMARY VANRIPER, CARROLL WARD, JACQUELINE WHEELER, MARGARET WHITE, GLORIA WHITE, JOHN VINELLI, BRADLEY ADDIS, JOHN ALTMAN, BILLIE KAYE ALEXANDER, STEVEN ALTEMEYER, BELA ANTAL, HARRIET ANTHONY, JESSE ARCHER, PRESTON ARNOLD, VIKKI AVILA, PATSY JOAN BAILEY, SCOTT BALLENGER, HELEN BALTIMORE-MINNER, CAROL BANJO, CHERIB BARDEZBAIN, VINCE BATTAGLIA, JAMES BERNEY, PATRICE BETHEA, MARY BEIS, CAROL BERMAN, MARK BESSEN, BERNARD BINGHAM, TODD BISHOP, TERETHA BONGALIS, CHARLOTTE BOATMAN, JACQUELYN BORMANN, PAUL BRAUNGER, NANCY BREWER, VIRGINIA BULLOCK-GREY, GINA LOUISE BURNS, GUY BURNS, JOHN CALVERT, JUDITH COHEN, STACEY COLLINS, JOHN ARTHUR COUILLARD, HARRY CUSHING, LONNIE DEGG, CONNIE DESILVIS, CHERYL DEWITT, BERNICE DISCIANNO, LINDA DOERR, ANTONION DORSEY, LUELLA EDWARDS, ANITA EVANS, ERNEST FALK, JOSEPH FELLER, TERRY FLETCHER, LARRY FOUNTAIN, JASON LEE FRANKLIN, JAN GARRETT, MARCIA GRACE, ELIZABETH GRAVES, BETTY HARDEN, TERESA HARRIMAN, HENRY HOWES, LOUIS JONES, HELEN KANE, JOHN KRAMER, DEBORAH LARAIA, RAMONA LOWELL, CAROL LUCKOW, ROGER MAY, BRADLEY MCCOY, VIOLET MCGEE, GARY MILLER, MARSCHERE MILER, SHARON MONTGOMERY, JOSEPHINE MOURNING, JUDY MULLINS, GERALDINE NEWBY, EUGENE O'NEILL, ANTHONY PALMIERO, DENNIS PARKER, CAROLYN RICKER, JOE ROMERO, DEWEY RUSS JR., FAITH SCHUPANITZ, KEVIN SCOTT, NEIL SCROGGINS, MARY SLAGLE, CHERYL SMITH, CHARLOTTE SOBER, SUSAN STONE, RODNEY THIELBAR, GLENNY TIEPEL, DEREK TRAPP, NICOLE TUCEK, MARY KAY VISSER, MICHAEL ZIBLINSKI, GEORGINA ALVAREZ-GRESPO, MICHAEL ALVERSON SR., DIANE AXELROD, RODGER BAKER, ARTHUR BAPTISTER, JOSE BARRIENTOS, DOROTHY BASARABA, FREDERICK BENNETT, MIKE BENTLEY, JOAN BERMAN, STEPHANIE BILDNER, JEANNETTE BIMONTE, MICHAEL BOARD, APRIL BOLOGNA, CAROLYN BRANSCOMB, SYBIL BRITT, RENDER BRITTON, BEVERLY BROWN, DEBRA JEAN BROWN, KAREN BROWN, ESTHER BROWNE-KING, DARRY BROWN-WAKEFIELD, DANA BROWN-WRIGHT, RHONDA FAYE BRYANT, ROBERT BURGIO, BRADEN

*EXHIBIT 1 - PAGE 98*

BYRD, RICHARD CADIEUX, SHARON CAMPBELL, DANNY CARNELL, THEMLA CARTER, SAPHINA CASEY, JOSE CASTELLANOS, MYRON CHESTNUT, HENRY CLAUSON, DIANNE CLAWSON, JASON COOK, JAMES COONEY, BETTY COOPER, WILLIAM CORDREY, ELAINE COUTURE, JUANITA COVINGTON-BROWN, HOLLY CREEL, JULIAN CROSS, MARTIN CROWE, DENNIS CUNNINGHAM, GWENDOLYN CUNNINGHAM, RICHARD D'ALESSANDRO, PAULA DEFOREST, WILLIAM DEJARNETTE, PAUL DEMARIA, SHERYL ELLIS-RICHARDSON, ANDREA ESSARY, MAUREEN FLETCHER, JACKIE FLIPPO, LARRY FLOYD, LORA GRAHAM, LIZ HAGGARD, JANIE HATHOOT, CYNTHIA HENNECK, CHARLES HOLMAN, PATRICIA HOWARD, HELEN JONES, TAMARA JONES, LINDA KANIA, VINCENT KELLY, PEDRO LABARTA, ARCHIE LAIL, PATRICIA LANDRY, MARY LAWTON, SAMUEL LUCAS, SHARON MALOFSKY, DAN MCDOWELL, RICHARD MILSAK, LETA MITCHELL, CATHERINE MULLEN, SUZANNE MURPHY, PAM MYERS, KEVIN SCOTT, RENEE SHEPHERD, ALICE SHORE, PATSY SORRELLS, BARBARA STRAUB, KELLY TAYLOR, ROWLAND TRAVIS, JAMES WEILANDT, ROBERT WIERZBICKY, JULIE KAY ADAMS, CARLOS ALVAREX, JAMES ANDERSON, GAYLE BALDWIN, PAUL BARRETTE, LAURA BERRY, CHERYL BITTERS, ROBERT BOSTIC, WERNER BRANDENBURG, TABITHA BRUAH, CAROLYN BUCK, VERNON CAMERON, PAUL CLIFTON Jr., JENNIE CLINGEN, REGINA COLLURA, NORMA CONWAY, PATRICIA COOK, REBECCA CRAWFORD, TERRY CRESWELL, RENE DAVIS, CRYSTAL DOW, PATRICK EDNIE, EDGAR AVANS, FRETTA FOEKS, RAMONA FOSHEE, RENAE FURLONG, CLARENCE GARTIN, MARY JANE GAVIN, RYAN GERHARDT, JESSICA GETSFRID, PAUL GIGUERE, VIRGINIA GILMORE, DAVID GORDON, LORETTA GRAVES, JOHN GRAYBILL, EVONNE HAAK, ANN HAHN, BILLY HARDEE, VARNEY HARMON, STEVEN HARRIS, KEITH HARVEY, DANIEL HOLMAN, WILLIAM HOLLY, TRACY HOOKS, JANET HORSMAN, WILLIAM HUMPHREY, JOYCE ANN HYDE, BRENDA JAEGER, DALLAS JOHNSON, JOUISE JURACKA, SUZANNE KEUPER, RICH KING, LOUANN KOCHER, LARRY KOLLMAR, JOHN MATHEWS, ROBERT MCLENNON, ERIKA MIDKIFF, GLENN CASEY NORDIN Jr., JANE OWENBY, TERRY PATTERSON, ANTIONETTE POWERS, ANTONIO PURIFICATO, DAVID REAVIS, ELIZABETH ROBERTSON, JOANN ROS, KATHLEEN ANN RUSSO, ANN SADLER-GODWIN, TERESA SCHANZER, VICKIE ANN SCHMITT, JANICE SCOTTI, REBECCA SCRUGGS, ROBERT SHEFFER, LYNNE SHERLAND-DUPUIS, JAMES SISTARE, PATSY SMITH, RICHARD SMITH, PHYLLIS SONNIER, JAMES SPENCE, WLATER STEWART, JAMES TAYLOR Jr., JOYCE TERRY, ROY EUGENE URPMAN, RICKY WAKELAND, RUDOLPH WEINHANDL, EARLEEN WILLIAMS, REBECCA WINCHESTER

*EXHIBIT 1 - PAGE 99*

| SHORT TITLE: Cleo Flauta, et al. v. Johnson & Johnson, et al. | CASE NUMBER BC492826 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES    CLASS ACTION? ☐ YES    LIMITED CASE? ☐ YES    TIME ESTIMATED FOR TRIAL ____ ☐ HOURS/ ☑ DAYS

Item II. Indicate the correct district and courthouse location (4 steps – if you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> ### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

|  | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☑ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

### CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

Local Rule 2.0
Page 1 of 4

*EXHIBIT 1 - PAGE 100*

| SHORT TITLE: Cleo Flauta, et al. v. Johnson & Johnson, et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury Property Damage Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation    Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

*EXHIBIT 1 - PAGE 101*

| SHORT TITLE: Cleo Flauta, et al. v. Johnson & Johnson, et al. | | CASE NUMBER |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus<br>☐ A6152 Writ - Mandamus on Limited Court Case Matter<br>☐ A6153 Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007 Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment<br>☐ A6160 Abstract of Judgment<br>☐ A6107 Confession of Judgment (non-domestic relations)<br>☐ A6140 Administrative Agency Award (not unpaid taxes)<br>☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112 Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only<br>☐ A6040 Injunctive Relief Only (not domestic/harassment)<br>☐ A6011 Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment<br>☐ A6123 Workplace Harassment<br>☐ A6124 Elder/Dependent Adult Abuse Case<br>☐ A6190 Election Contest<br>☐ A6110 Petition for Change of Name<br>☐ A6170 Petition for Relief from Late Claim Law<br>☐ A6100 Other Civil Petition | 2., 3., 8.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

*EXHIBIT 1 - PAGE 102*

| SHORT TITLE: Cleo Fiauta et al. v. Johnson & Johnson et al. | CASE NUMBER |
|---|---|

**Item III. Statement of Location:** Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☑1. ☑2. ☐3. ☑4. ☐5. ☐6. ☐7. ☑8. ☐9. ☐10. | ADDRESS:<br>Superior Court of California Los Angeles County<br>Central Division<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 |
|---|---|
| CITY:<br>Los Angeles | STATE:<br>CA | ZIP CODE:<br>90004 | |

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___Stanley Mosk___ courthouse in the ___Central___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: 9/27/2012

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).
5. Payment in full of the filing fee, unless fees have been waived.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

| LACIV 109 (Rev. 03/11)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | Local Rule 2.0<br>Page 4 of 4 |
|---|---|---|

*EXHIBIT 1 - PAGE 103*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE (NON-CLASS ACTION)

Case Number

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 3.3(c)). There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Carolyn B. Kuhl | 1 | 534 | Hon. Debre Katz Weintraub | 47 | 507 |
| Hon. Michael P. Linfield | 10 | 631 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Barbara A. Meiers | 12 | 636 | Hon. Deirdre Hill | 49 | 509 |
| Hon. Terry A. Green | 14 | 300 | Hon. John L. Segal | 50 | 508 |
| Hon. Richard Fruin | 15 | 307 | Hon. Abraham Khan | 51 | 511 |
| Hon. Rita Miller | 16 | 306 | Hon. Susan Bryant-Deason | 52 | 510 |
| Hon. Richard E. Rico | 17 | 309 | Hon. Steven J. Kleifield | 53 | 513 |
| Hon. Kevin C. Brazile | 20 | 310 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Robert L. Hess | 24 | 314 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Mary Ann Murphy | 25 | 317 | Hon. Michael Johnson | 56 | 514 |
| Hon. James R. Dunn | 26 | 316 | Hon. Ralph W. Day | 57 | 517 |
| Hon. Yvette M. Palazuelos | 28 | 318 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Barbara Scheper | 30 | 400 | Hon. David L. Minning | 61 | 632 |
| Hon. Alan S. Rosenfield | 31 | 407 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Mary H. Strobel | 32 | 406 | Hon. Mark Mooney | 68 | 617 |
| Hon. Charles F. Palmer | 33 | 409 | Hon. Ramona See | 69 | 621 |
| Hon. Amy D. Hogue | 34 | 408 | Hon. Soussan G. Bruguera | 71 | 729 |
| Hon. Daniel Buckley | 35 | 411 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Gregory Alarcon | 36 | 410 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. Joanne O'Donnell | 37 | 413 | Hon. William F. Fahey | 78 | 730 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | **Hon. Emilie H. Elias** | **324** | **CCW** |
| Hon. Michelle R. Rosenblatt | 40 | 414 | **Hon. Elihu M. Berle** | **323** | **CCW** |
| Hon. Ronald M. Sohigian | 41 | 417 | other | | |
| Hon. Holly E. Kendig | 42 | 416 | | | |
| Hon. Mel Red Recana | 45 | 529 | | | |
| Hon. Fredrick C. Shaller | 46 | 601 | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____      JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

NOTICE OF CASE ASSIGNMENT –

UNLIMITED CIVIL CASE

LACIV CCH 190 (Rev. 01/12)
LASC Approved 05-06
For Optional Use

*EXHIBIT 1 - PAGE 104*

# INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the Chapter Three Rules, as applicable in the Central District, are summarized for your assistance.

## APPLICATION

The Chapter Three Rules were effective January 1, 1994. They apply to all general civil cases.

## PRIORITY OVER OTHER RULES

The Chapter Three Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

## CHALLENGE TO ASSIGNED JUDGE

A challenge under Code of Civil Procedure section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

## TIME STANDARDS

Cases assigned to the Individual Calendaring Court will be subject to processing under the following time standards:

COMPLAINTS: All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days of filing.

CROSS-COMPLAINTS: Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

A Status Conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

## FINAL STATUS CONFERENCE

The Court will require the parties at a status conference not more than 10 days before the trial to have timely filed and served all motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested jury instructions, and special jury instructions and special jury verdicts. These matters may be heard and resolved at this conference. At least 5 days before this conference, counsel must also have exchanged lists of exhibits and witnesses and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Eight of the Los Angeles Superior Court Rules.

## SANCTIONS

The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party or if appropriate on counsel for the party.

This is not a complete delineation of the Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is absolutely imperative.

LACIV CCH 190 (Rev. 01/12)
LASC Approved 05-06
For Optional Use

NOTICE OF CASE ASSIGNMENT –

UNLIMITED CIVIL CASE

Page 2 of 2

*EXHIBIT 1 - PAGE 105*

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

For additional ADR information and forms, visit the Court ADR web application at www.lasuperiorcourt.org (click on ADR).

The plaintiff/petitioner shall serve a copy of this form on each defendant/respondent along with the complaint (civil only).

**What is ADR:**
Alternative Dispute Resolution (ADR) is the term used to describe all the other options available for settling a dispute which once had to be settled in court. ADR processes, such as arbitration, mediation, neutral evaluation, and settlement conference are less formal than a court process and provide opportunities for parties to reach an agreement using a problem-solving approach.

There are many different kinds of ADR. All of them utilize a "neutral", an impartial person, to decide the case or help the parties reach an agreement.

**Arbitration:**
In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." Binding arbitration means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Nonbinding arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

    **Cases for Which Arbitration May Be Appropriate**
    Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

    **Cases for Which Arbitration May Not Be Appropriate**
    If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation:**
In mediation, a neutral person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

    **Cases for Which Mediation May Be Appropriate**
    Mediation may be particularly useful when parties have a dispute between or among family members, neighbors, or business partners. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

    **Cases for Which Mediation May Not Be Appropriate**
    Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation:**
In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

    **Cases for Which Neutral Evaluation May Be Appropriate**
    Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

    **Cases for Which Neutral Evaluation May Not Be Appropriate**
    Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conference:**
A settlement conference may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

LAADR 005 (Rev. 01-12)
LASC Adopted 10-03
For Mandatory Use

ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

Cal. Rules of Court, rule 3.221
Page 1 of 2

*EXHIBIT 1 - PAGE 106*

## COURT ADR PROGRAMS

**CIVIL:**
- Arbitration (non-binding) (Code Civ. Proc. §§ 1141.10-1141.31, Cal. Rules of Court, rules 3.810-3.830, and Local Rules, rule 3.252 et seq.)
- Mediation (Code Civ. Proc. §§ 1775-1775.15, Cal. Rules of Court, rules 3.850-3.860, 3.865-3.872 and 3.890-3.898, Evid. Code §§ 1115-1128, and Local Rules, rule 3.252 et seq.)
  - o Civil Harassment Mediation
  - o Eminent Domain Mediation (Code Civ. Proc. §1250.420)
  - o Small Claims Mediation
- Neutral Evaluation (Local Rules, rule 3.252 et seq.)
- Settlement Conference
  - o Voluntary Settlement Conference (Local Rules, rule 3.252 et seq.)
  - o Retired Judge Settlement Conference

**FAMILY (non-custody):**
- Arbitration (non-binding) (Fam. Code § 2554 and Local Rules, rule 5.18)
- Mediation (Local Rules, rule 5.18)
- Settlement Conference
  - o Forensic Certified Public Accountant (CPA)
  - o Spanish Speaking Settlement Conference

**PROBATE:**
- Mediation
- Settlement Conference

### NEUTRAL SELECTION

Parties may select an arbitrator, mediator, or evaluator from the Party Select Panel or may hire someone privately, at their discretion. If the parties utilize the Random Select Panel, the ADR staff will assign on a random basis the name of one neutral who meets the case criteria entered on the court's website.

### COURT ADR PANELS

| Party Select Panel | The Party Select Panel consists of arbitrators, mediators, and evaluators who have achieved a specified level of experience in court-annexed cases. The parties (collectively) are charged $150.00 per hour for the first three hours of hearing time. Thereafter, parties may stipulate in writing for additional hearing time at the rate established by the neutral. |
| Random Select Panel | The Random Select Panel consists of trained arbitrators, mediators, evaluators, and settlement officers who make themselves available pro bono as a way of supporting the judicial system. It is the policy of the Court that Random Select Panel neutrals provide three hours hearing time per case on a pro bono basis. Thereafter, parties may stipulate in writing for additional hearing time at the rate established by the neutral. |

### ADR ASSISTANCE

For assistance regarding ADR, please contact the ADR clerk at the courthouse in which your case was filed.

| COURTHOUSE | ADDRESS | ROOM | CITY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|
| Antonovich | 42011 4th St. West | 1st Fl. | Lancaster, CA 93534 | 661-974-7275 | 661-945-6173 | AntelopeADR@lasuperiorcourt.org |
| Chatsworth | 9425 Penfield Ave. | 3100 | Chatsworth, CA 91311 | 818-576-8565 | 818-576-8733 | ChatsworthADR@lasuperiorcourt.org |
| Compton | 200 W. Compton Blvd. | 1002 | Compton, CA 90220 | 310-603-3072 | 310-223-0337 | ComptonADR@lasuperiorcourt.org |
| Glendale | 600 E. Broadway | 273 | Glendale, CA 91206 | 818-500-3160 | 818-548-5470 | GlendaleADR@lasuperiorcourt.org |
| Long Beach | 415 W. Ocean Blvd. | 316 | Long Beach, CA 90802 | 562-491-6272 | 562-437-3802 | LongBeachADR@lasuperiorcourt.org |
| Norwalk | 12720 Norwalk Blvd. | 308 | Norwalk, CA 90650 | 562-807-7243 | 562-462-9019 | NorwalkADR@lasuperiorcourt.org |
| Pasadena | 300 E. Walnut St. | 109 | Pasadena, CA 91101 | 626-356-5685 | 626-666-1774 | PasadenaADR@lasuperiorcourt.org |
| Pomona | 400 Civic Center Plaza | 106 | Pomona, CA 91766 | 909-620-5183 | 909-629-0283 | PomonaADR@lasuperiorcourt.org |
| San Pedro | 505 S. Centre St. | 209 | San Pedro, CA 90731 | 310-519-5151 | 310-514-0314 | SanPedroADR@lasuperiorcourt.org |
| Santa Monica | 1725 Main St. | 203 | Santa Monica, CA 90401 | 310-260-1829 | 310-319-0130 | SantaMonicaADR@lasuperiorcourt.org |
| Stanley Mosk | 111 N. Hill St. | 113 | Los Angeles, CA 90012 | 213-974-5425 | 213-633-5115 | CentralADR@lasuperiorcourt.org |
| Torrance | 825 Maple Ave. | 100 | Torrance, CA 90503 | 310-222-1701 | 310-782-7036 | TorranceADR@lasuperiorcourt.org |
| Van Nuys | 6230 Sylmar Ave. | 418 | Van Nuys, CA 91401 | 818-374-2337 | 818-902-2440 | VanNuysADR@lasuperiorcourt.org |

LAADR 005 (Rev. 01-12)
LASC Adopted 10-03
For Mandatory Use

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

Cal. Rules of Court, rule 3.221
Page 2 of 2

*EXHIBIT 1 - PAGE 107*

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### DISPUTE RESOLUTION PROGRAM ACT (DRPA) PROVIDERS

ALTERNATIVE DISPUTE RESOLUTION (ADR) DEPARTMENT

JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK

California Rules of Court, rule 3.221, requires counties participating in the Dispute Resolution Programs Act (DRPA) to provide information about the availability of local dispute resolution programs funded under DRPA. For more information regarding these programs, contact the Los Angeles County Department of Community and Senior Services Contracts Administration Office at 213-738-2621. The following is a list of the local dispute resolution programs funded in Los Angeles County.

Superior Court of California, County of Los Angeles, ADR Office 213-974-5425
www.lasuperiorcourt.org/ADR

**STAFF AND VOLUNTEERS OF THE FOLLOWING AGENCIES ARE NOT EMPLOYEES OF THE SUPERIOR COURT:**

Asian-Pacific American Dispute Resolution Center 213-250-8190 www.apadrc.org

California Academy of Mediation Professionals 818-377-7250 www.campmediation.org

California Lawyers for the Arts, Arbitration, and Mediation Service 310-998-5590
www.calawyersforthearts.org

Center for Civic Mediation 877-473-7658 213-896-6533 www.centerforcivicmediation.org

Center for Conflict Resolution 818-705-1090 www.ccr4peace.org

Centinela Youth Services, City of Hawthorne 310-970-7702 www.cys.la.org

Inland Valleys Justice Center 877-832-9325 www.ivjc.org

Korean American Coalition 4.29 Dispute Resolution Center 213-365-5999 www.kacla.org

Los Angeles County Department of Consumer Affairs, Dispute Settlement Services 213-974-0825
www.dca.lacounty.gov

Loyola Law School, The Center for Conflict Resolution 213-736-1145 www.lls.edu/ccr

Norwalk Dispute Resolution Program 562-929-5603 www.ci.norwalk.ca.us/socialservices2.asp

Office of the Los Angeles City Attorney, Dispute Resolution Program 213-485-8324
www.atty.lacity.org/mediate

**THE PROGRAMS LISTED ABOVE DO NOT OFFER LEGAL ADVICE OR HELP YOU RESPOND TO A SUMMONS; HOWEVER, THEY MAY ASSIST IN RESOLVING YOUR PROBLEM THROUGH MEDIATION.**

LAADR 007 (Rev. 01-12)

DISPUTE RESOLUTION PROGRAM ACT (DRPA) PROVIDERS

Cal. Rules of Court, rule 3.221
Page 1 of 1

*EXHIBIT 1 - PAGE 108*

| NAME, ADDRESS, TELEPHONE, FAX, and E-MAIL: | STATE BAR NUMBER: | Reserved for Clerk's File Stamp |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Click on the button to select the appropriate court address.

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| STIPULATION TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: |
|---|---|

The undersigned parties in the above-titled action stipulate to participate in the Alternative Dispute Resolution (ADR) process checked below:

☐ Mediation                    ☐ Neutral Evaluation

☐ Arbitration (non-binding)    ☐ Settlement Conference

☐ Arbitration (binding)        ☐ Other ADR Process (describe): _____

| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
|---|---|---|---|
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff ☐ Cross-complainant ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |

☐ Number of additional pages attached to this document: _____

Cal. Rules of Court, rule 3.221
Page 1 of 1

LAADR 001 (Rev. 04-12)
LASC Approved 10-04
For Optional Use

**STIPULATION TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION (ADR)**

*EXHIBIT 1 - PAGE 109*

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**

**abtl**

**Association of
Business Trial Lawyers**

**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

❖**Los Angeles County Bar Association Litigation Section**❖

❖ **Los Angeles County Bar Association Labor and Employment Law Section**❖

❖**Consumer Attorneys Association of Los Angeles**❖

❖**Southern California Defense Counsel**❖

❖**Association of Business Trial Lawyers**❖

❖**California Employment Lawyers Association**❖

*EXHIBIT 1 - PAGE 110*

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:      FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

The parties agree that:

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

*EXHIBIT 1 - PAGE 111*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h.  Computation of damages, including documents not privileged or protected from disclosure, on which such computation is based;

i.  Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lasuperiorcourt.org* under "*Civil*" and then under "*General Information*").

2.  The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
    (INSERT DATE)                                      (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation.

3.  The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR PLAINTIFF)

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR DEFENDANT)

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR DEFENDANT)

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR DEFENDANT)

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR _____)

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR _____)

Date:

_____                ➤    _____
(TYPE OR PRINT NAME)                                  (ATTORNEY FOR _____)

LACIV 229 (new)                    **STIPULATION – EARLY ORGANIZATIONAL MEETING**                    Page 2 of 2
LASC Approved 04/11

*EXHIBIT 1 - PAGE 112*

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:  FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| | CASE NUMBER: |
|---|---|
| **STIPULATION – DISCOVERY RESOLUTION** | |

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

   a. The party requesting the Informal Discovery Conference will:

      i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

      ii. Include a brief summary of the dispute and specify the relief requested; and

      iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

   b. Any Answer to a Request for Informal Discovery Conference must:

      i. Also be filed on the approved form (copy attached);

      ii. Include a brief summary of why the requested relief should be denied;

| LACIV 036 (new) | **STIPULATION – DISCOVERY RESOLUTION** | Page 1 of 3 |
|---|---|---|
| LASC Approved 04/11 | | |

*EXHIBIT 1 - PAGE 113*

SHORT TITLE:                                                                                    CASE NUMBER:

   iii.   Be filed within two (2) court days of receipt of the Request; and

   iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

  c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

  d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

  e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

    It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

---

*EXHIBIT 1 - PAGE 114*

| SHORT TITLE | | CASE NUMBER |
|---|---|---|

**The following parties stipulate:**

Date:

_____ ⟩ _____
(TYPE OR PRINT NAME)                    (ATTORNEY FOR PLAINTIFF)

Date:

_____ ⟩ _____
(TYPE OR PRINT NAME)                    (ATTORNEY FOR DEFENDANT)

Date:

_____ ⟩ _____
(TYPE OR PRINT NAME)                    (ATTORNEY FOR DEFENDANT)

Date:

_____ ⟩ _____
(TYPE OR PRINT NAME)                    (ATTORNEY FOR DEFENDANT)

Date:

_____ ⟩ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

Date:

_____ ⟩ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

Date:

_____ ⟩ (ATTORNEY FOR _____ )
(TYPE OR PRINT NAME)

*EXHIBIT 1 - PAGE 115*

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
FAX NO. (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:
   ☐ Request for Informal Discovery Conference
   ☐ Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. For a Request for Informal Discovery Conference, **briefly** describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, **briefly** describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.

LACIV 094 (new)
LASC Approved 04/11

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

*EXHIBIT 1 - PAGE 116*

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:  FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER -- MOTIONS IN LIMINE | CASE NUMBER |
|---|---|

This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.

**The parties agree that:**

1. At least ____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

*EXHIBIT 1 - PAGE 117*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

The following parties stipulate:

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR PLAINTIFF)

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date: _____                    ➤ _____
        (TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

## THE COURT SO ORDERS.

Date: _____                    _____
                                                          JUDICIAL OFFICER

**STIPULATION AND ORDER – MOTIONS IN LIMINE**                    Page 2 of 2

*EXHIBIT 1 - PAGE 118*

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

4

5

On October 23, 2012, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY)** on the interested parties in this action as follows:

6

7

8

Daniel .V. Santiago

Law Offices of Daniel V. Santiago, P.C.

Attorneys for Plaintiffs

9

KPMG Tower

355 South Grand Avenue, Ste 2450

T:    866-306-9527
F:    866-3.06-9528

10

Los Angeles, CA 90071

Email:    dvs@dvslawoffices.com

11

12

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13

14

15

16

**BY CM/ECF** for parties that are CM/ECF participants.  Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

17

18

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

19

20

Executed on October 23, 2012, at Los Angeles, California.

21

22

_____

23

Deanna Castellanos

24

25

26

27

28

831271.1 / 25-373

CH01/ 26040704.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV12- 9095 PSG (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CLEO FLAUTA, STEVE COBBLE, AL NOROOZ, DANIEL STRIEPKE, FRANK DICKERSON, JACQUELINE ENGLE, LAWRENCE ST. CIN, DEBORAH HILDEBRANDT, DIANNA MOORE, KENNETH MOORE, et al.

**DEFENDANTS**
JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC. (formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and incorrectly named as Ortho-McNeil Pharmaceutical, Inc.) et al.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Daniel V. Santiago
LAW OFFICES OF DANIEL V. SANTIAGO, P.C. (866) 306-9527
KPMG Tower 355 S. Grand Avenue, Ste 2450; Los Angeles CA 90071

Attorneys (If Known)

Alexander G. Calfo, Kelley S. Olah
YUKEVICH CLAFO & CAVANAUGH
355 S. Grand Ave., 15th Floor
Los Angeles, CA 90071

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** In Excess of $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Sections 1441 and 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☒ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

# CV12-9095

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Please See Attachment A | Please See Attachment A |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New Jersey, Pennsylvania |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Please See Attachment A | Please See Attachment A |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date October 23, 2012

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**ATTACHMENT "A"**

**STATES WHERE PLAINTIFFS RESIDE AND WHERE CLAIM AROSE:**

1. Alabama

2. Alaska

3. Arkansas

4. Arizona

5. California (Plaintiffs' Complaint does not specify the California County for any Plaintiff)

6. Colorado

7. Connecticut

8. Florida

9. Georgia

10. Iowa

11. Idaho

12. Illinois

13. Indiana

14. Kansas

15. Kentucky

16. Louisiana

17. Maine

18. Maryland

19. Massachusetts

20. Michigan

21. Minnesota

22. Mississippi

23. Missouri

24. Montana

25. Nevada

26. New Hampshire

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

| | | |
|---|---|---|
| 1 | 27. | New Jersey |
| 2 | 28. | New Mexico |
| 3 | 29. | New York |
| 4 | 30. | Ohio |
| 5 | 31. | Oklahoma |
| 6 | 32. | Oregon |
| 7 | 33. | Pennsylvania |
| 8 | 34. | Rhode Island |
| 9 | 35. | South Carolina |
| 10 | 36. | Tennessee |
| 11 | 37. | Texas |
| 12 | 38. | Utah |
| 13 | 39. | Virginia |
| 14 | 40. | Vermont |
| 15 | 41. | Washington |
| 16 | 42. | West Virginia |
| 17 | 43. | Wisconsin |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On October 23, 2012, I served true copies of the following document(s) described as **CIVIL COVER SHEET** on the interested parties in this action as follows:

Daniel .V. Santiago
Law Offices of Daniel V. Santiago, P.C.
KPMG Tower
355 South Grand Avenue, Ste 2450
Los Angeles, CA 90071

Attorneys for Plaintiffs

T:    866-306-9527
F:    866-3.06-9528

Email:    dvs@dvslawoffices.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 23, 2012, at Los Angeles, California.

Deanna Castellanos